# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CV-137-RJC-DCK

| | |
|---|---|
| CMT USA, INC., and CMT UTENSILI S.P.A., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| APEX TOOL GROUP LLC, and APEX BRANDS, INC., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 55) filed by Joshua B. Durham, concerning Edgar H. Haug, on February 13, 2024. Edgar H. Haug seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 55) is **GRANTED**. Edgar H. Haug is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: February 13, 2024

David C. Keesler
United States Magistrate Judge