IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-137-RJC-DCK

| | |
|---|---|
| CMT USA, INC., and CMT UTENSILI S.P.A., ) ) ) Plaintiffs, ) ) v. ) ) APEX TOOL GROUP LLC, and APEX BRANDS, INC., ) ) ) Defendants. ) ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 57) filed by Joshua B. Durham, concerning Jessica M. Stookey, on February 13, 2024. Jessica M. Stookey seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 57) is **GRANTED**. Jessica M. Stookey is hereby admitted *pro hac vice* to represent Plaintiffs.

    **SO ORDERED**.

Signed: February 13, 2024

David C. Keesler
United States Magistrate Judge