**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-137-RJC-DCK**

| | | |
|---|---|---|
| CMT USA, INC., and CMT UTENSILI S.P.A., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| APEX TOOL GROUP LLC, and APEX BRANDS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 64) filed by Jason M. Sneed on March 19, 2024, concerning Aaron David Johnson. Aaron David Johnson seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 64) is **GRANTED**. Aaron David Johnson is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: March 20, 2024

David C. Keesler
United States Magistrate Judge