IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-137-RJC-DCK

| | |
|---|---|
| CMT USA, INC., and CMT UTENSILI S.P.A., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>APEX TOOL GROUP LLC, and )<br>APEX BRANDS, INC., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 69) filed by Joshua B. Durham, concerning Chinmay Bagwe, on June 6, 2024. Chinmay Bagwe seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 69) is **GRANTED** Chinmay Bagwe is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: June 6, 2024

David C. Keesler
United States Magistrate Judge