IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-137-RJC-DCK

| | |
|---|---|
| CMT USA, INC., and CMT UTENSILI S.P.A., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| APEX TOOL GROUP LLC, and APEX BRANDS, INC., | ) ) ) |
| Defendants. | ) ) ) |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Modify Scheduling Order" (Document No. 79) filed July 8, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Modify Scheduling Order" (Document No. 79) is **GRANTED**. The case deadlines are revised as follows: fact discovery completion – **September 13, 2024**; opening expert reports – **October 4, 2024**; rebuttal expert reports – **November 1, 2024**; dispositive motions – **November 26, 2024**; and trial – **May 5, 2024**.

**SO ORDERED**.

Signed: July 8, 2024

David C. Keesler
United States Magistrate Judge