IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-137-RJC-DCK

| | |
|---|---|
| CMT USA, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| APEX TOOL GROUP LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 82) filed by Local Counsel Jason Matthew Sneed on August 5, 2024.

Applicant Joy Tacy Allen Woller seeks to appear as counsel *pro hac vice* for Defendants Apex Tool Group LLC and Apex Brands, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 82) is **GRANTED**. Joy Tacy Allen Woller is hereby admitted *pro hac vice* to represent Defendants Apex Tool Group LLC and Apex Brands, Inc.

**SO ORDERED**.

Signed: August 5, 2024

David C. Keesler
United States Magistrate Judge