**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION**

| | |
|---|---|
| **CMT USA, INC. and CMT UTENSILI S.P.A.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**APEX TOOL GROUP LLC and APEX BRANDS, INC.,**<br><br>**Defendants.** | **Case No. 3:24-CV-00137-RJC-DCK** |

**DECLARATION OF LUCIA SPALLACCI**

I, Lucia Spallacci, declare under penalty of perjury under the laws of the United States that the following is true and correct to the best of my knowledge:

1. My name is Lucia Spallacci, and I reside in Pesaro, Italy.

2. I submit this declaration in support of Plaintiffs CMT Utensili S.p.A.'s and CMT USA, Inc.'s Opposition to Defendants' Motion for Leave to File Sur-Reply in Support of their Motion to Compel Plaintiffs to Supplement Discovery Responses. I have personal knowledge of the facts stated herein and I am competent to testify to them. Indeed, I currently expect to sit for a deposition in this case on August 12, 2024.

3. I am currently employed as Head HR & International Trademark Manager of CMT Utensili S.p.A., where I have worked for approximately 20 years.

4. CMT Utensili is an Italian corporation and has its headquarters at Via della Meccanica, Pesaro, Italy 61122. CMT USA is a wholly owned subsidiary of CMT Utensili,headquartered at 7609 Bentley Rd. Ste. D., Greensboro, North Carolina, 27409.

5. On July 29, 2024 Defendants Apex Tool Group LLC and Apex Brands, Inc. filed a Motion for Leave to File Sur-Reply in Support of their Motion to Compel Plaintiffs To Supplement Discovery Responses.

6. As part of this Motion, Apex submitted a declaration from Matt King, the President of Contractor Tool Supply.

7. Contractor Tool Supply sells both CMT and Apex's CRESCENT branded saw blades.

**I. CMT's Takedown Request Against Apex's CRESCENT Branded Saw Blades**

8. I am responsible for submitting CMT's infringement allegations or "takedown requests" against products listed on Amazon that infringe CMT's intellectual property rights.

9. A takedown request can be submitted against specific products listed under unique Amazon Standard Identification Number ("ASIN"). Different sellers can list the same product under the same ASIN, and ASINs are consistent across Amazon's platforms in different countries.

10. I recently submitted several takedown requests against Amazon listings that infringe CMT's U.S. Reg. No. 3,038,625 for the color orange as applied to circular blades for power saws for cutting wood and CMT's Canadian Reg. No. TMA712918 for the color orange as applied to saw blades.

11. I have only ever submitted takedown requests against Apex's CRESCENT branded saw blades that are designed for cutting wood.

12. On May 29, 2024, I submitted takedown requests for the following ASINs on Amazon.com:

| ASIN | Product |
|---|---|
| B0BK77L6CJ | 6-1/2" x 24-Tooth NailSlicer™ Framing Circular Saw Blade |

| ASIN | Product |
|---|---|
| B0B1F3FQ8X | Evolution Power Tools R165TCT-18T (Rage) TCT Blade Multi-Material Cutting Cut Steel Aluminium Plastic Wood (even with embedded nails)Virtually No Sparks or Heat, For Circular Saws, 6-1/2 Inch |
| B0BV6DY3MB | 6-1/2-Inch Circular Saw Blades,40 Teeth Wood Cutting Disc forCutting Hard & Soft Wood,Chipboard & Plywood (6-1/2" 40T (1Pc)) |
| B0CSDCW4F2 | Lezard 1pcs 115mm 24 Teeth TCT Wood Circular Saw Blade OrangeCoating Cutting Disc Carbide Tipped Saw Blade for Wood (Color : 1pcs) |
| B0CSDBD74X | Lezard 1pcs 115mm 24 Teeth TCT Wood Circular Saw Blade OrangeCoating Cutting Disc Carbide Tipped Saw Blade for Wood (Color : 2pcs) |

13. Only ASIN B0BK77L6CJ corresponds to a CRESCENT branded saw blade. The other ASINs pertain to third-party saw blades. I have attached the confirmation page for these takedown requests as **Exhibit 1**.

14. On May 29, 2024, I received email confirmation from Amazon for these takedown requests, with Complaint IDs: 15358853461, 15358966351, and 15358669531. I have attached this confirmation email as **Exhibit 2**.

15. On June 2, 2024, Amazon confirmed that ASIN B0BK77L6CJ was being removed under Complaint ID: 15358966351. I have attached this confirmation email as **Exhibit 3**.

16. On July 3, 2024, I submitted a takedown request for the following ASIN on Amazon.com:

| ASIN | Product |
|---|---|
| B09FGQW7Y2 | Crescent Circular Saw Blade 6 1/2" X 18 Tooth Nailslicer Framing |

17. The confirmation page for this takedown request is attached as **Exhibit 4**.

18. On July 3, 2024, I received email confirmation from Amazon for this takedown request with Complaint ID: 15560645731. I have attached this confirmation email as **Exhibit 5**.

19. On July 3, 2024, Amazon confirmed that ASIN B09FGQW7Y2 was being removed under Complaint ID: 15560645731. I have attached this confirmation email as **Exhibit 6**.

20. On July 5, 2024, I submitted takedown requests for the following ASINs on Amazon.com:

| ASIN | Product |
|---|---|
| B0B4B9X5KH | Industrial Products Crescent CSBFR-724-10 Nail Slicer 7-1/4" 24Tooth Framing Blade - 10 Pack of Blades |
| B09FGPN5WK | Crescent Circular Saw Blade 7 1/4" X 60 Tooth Fine Cut Ultra FineFinishing |

21. I have attached the confirmation page for this takedown requests as **Exhibit 7**.

22. On July 5, 2024, I received email confirmation from Amazon for these takedown requests with Complaint IDs: 15573823031 and 15573939581. I have attached this confirmation email as **Exhibit 8**.

23. On July 7, 2024, Amazon confirmed that ASIN B09FGPN5WK was being removed under Complaint ID: 15573939581. On July 11, 2024, Amazon confirming that ASIN B0B4B9X5KH was being removed under Complaint ID: 15573823031. I have attached these confirmation emails as **Exhibit 9**.

24. On July 9, 2024, I submitted takedown requests for the following ASINs on Amazon.ca, which is Amazon's platform specifically for Canada:

| ASIN | Product |
|---|---|
| B09FGQ6TKJ | Crescent 10" 60T FineCut™ Fine Finishing Saw Blade CSBFF-1060 |
| B09FGPN5WK | Crescent 7-1/4" 60T FineCut™ Ultra Fine Finishing Saw Blade CSBUF-760 |
| B09FGPC1PV | Crescent 6-1/2" 40T FineCut™ Fine Finishing Saw Blade CSBFF-640 |
| B09FGQ85MG | Crescent 7-1/4" 40T FineCut™ Finishing Saw Blade CSBFN-740 |
| B09FGPB57B | Crescent Circular Saw Blade 10" X 50 Tooth Combination - CSBCM-1050 |
| B09FGPN189 | Crescent 12" 80T FineCut™ Fine Finishing Saw Blade CSBFF-1280 |

| ASIN | Product |
|---|---|
| B09FGMPKQQ | Crescent Circular Saw Blade 12" X 60 Tooth Combination - CSBCM-1260 |
| B09FGNX7XD | Crescent 8-1/4" 40T FineCut™ Finishing Saw Blade CSBFN-840 |
| B09FGMFFQV | Crescent 12" 44T General Purpose Saw Blade CSBGN-1244 |
| B09FGPVSKV | Crescent 10" 40T General Purpose Saw Blade CSBGN-1040 |
| B09FGQB2G9 | Crescent 10" 24T Ripping Saw Blade CSBRP-1024 |

25. I have attached the confirmation page for these takedown requests as **Exhibit 10**.

26. On July 9, 2024, I received email confirmation from Amazon for these takedown requests with Complaint IDs: 15598043561 and 15598275481. I have attached this confirmation email as **Exhibit 11**.

27. On July 11, 2024, Amazon confirmed that ASIN: B09FGQ85MG was being removed under Complaint ID: 15598275481. I have attached this confirmation email as **Exhibit 12**. On July 12, 2024, Amazon confirmed that ASINs: B09FGQ6TKJ, B09FGQB2G9, B09FGPN189, B09FGMFFQV, B09FGMPKQQ, B09FGNX7XD, B09FGPB57B, B09FGPN5WK, B09FGPC1PV and B09FGPVSKV were being removed. I have attached this confirmation email as **Exhibit 13**.

## II. Mr. King's Declaration

28. Mr. King attached as Exhibit 1 to his declaration a screenshot of the IP violation he apparently received from Amazon. King Declaration (Dkt. 81-3), ¶ 3; King Declaration, Ex. 1 (Dkt. 81-4). I had not seen this document before Apex filed its motion. This exhibit shows a message with Complaint ID: 15573823031 for ASIN B0B4B9X5KH, which matches one of my July 5, 2024 takedown requests on Amazon.com. The exhibit also includes a blue table of ASINs and partial product names, which I have reproduced below with an added column for the corresponding takedown requests.

| ASIN | Product | Takedown Request |
|---|---|---|
| B09FGQ85MG | Crescent Circular Saw Blade 7 ¼” x 40 Tooth Fine Cut Finishing... | 7/9/24 |
| B09FGQB2G9 | Crescent Circular Saw Blade 10” x 24 Tooth Ripping… | 7/9/24 |
| B09FGPYDCL | Crescent Apex Circular Saw Blade 10” x 6 Tooth Fiber Cement… | N/A |
| B09FGPB57B | Crescent Apex Circular Saw Blade 10” x 50 Tooth Combination… | 7/9/24 |
| B09HW3R66L | Crescent 7-1/4” 24T NailSlicer™ Framing Saw Blade CSBFR-724… | N/A |
| B09FGPN189 | Crescent Circular Saw Blade 12” x 80 Tooth Fine Cut Fine Finishing… | 7/9/24 |
| B09FGPGQFT | Crescent Circular Saw Blade 8 ¼” x 24 Tooth NailSlicer Framing… | N/A |
| B09FGMPKQQ | Crescent Apex Circular Saw Blade 12” x 60 Tooth Combination… | 7/9/24 |

29. As shown in my declaration and exhibits, I have not submitted takedown requests for ASINs B09FGPYDCL, B09HW3R66L, and B09FGPGQFT.

30. Mr. King claims that CMT’s takedown request with Complaint ID: 15573823031 “included a complaint against the listing for a CRESCENT 10" X 6 Tooth Fiber Cement Circular Saw Blade, SKU #B09FGPN189.” King Declaration (Dkt. 81-3), ¶ 5.

31. This statement is incorrect for two reasons. First, ASIN B09FGPN189 corresponds to the product Crescent 12" 80T FineCut™ Fine Finishing Saw Blade CSBFF-1280, which is one of Apex’s CRESCENT branded saw blades for cutting wood. *See* **Exhibit 10**. In addition, Mr. King’s own Exhibit 1 shows this product corresponds to this ASIN in the blue table. *See* King Declaration, Ex. 1 (Dkt. 81-4). According to Mr. King’s Exhibit 1, the ASIN for CRESCENT 10" X 6 Tooth Fiber Cement Circular Saw Blade is B09FGPYDCL. *See* King Declaration, Ex. 1 (Dkt. 81-4). Second, the takedown request having Complaint ID 15573823031 was for ASIN: B0B4B9X5KH, and did not include any of the ASINs listed in Mr. King’s Exhibit 1 table. *See* **Exhibits 7** and **8**.

32. Mr. King also attached as Exhibit 2 to his declaration a screenshot of a product listing CRESCENT 10" X 6 Tooth Fiber Cement Circular Saw Blade. King Declaration, Ex. 2 (Dkt. 81-5). This listing is from Contractor Tool Supply's website, not Amazon.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed by me on the 7th day of August, 2024.

________________________________

Lucia Spallacci

Head HR & International Trademark Manager, CMT Utensili S.p.A.