UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:24-CV-00137-RJC-DCK

CMT USA, INC. and CMT UTENSILI S.P.A.,

    Plaintiffs,

v.

APEX TOOL GROUP LLC and APEX BRANDS, INC.

    Defendants.

**PROOF OF SERVICE OF SUBPOENAS**

Patrick Lavery certifies as follows:

1. I am an attorney of record for the Plaintiffs in this matter.

2. Attached hereto as **Exhibit A** is the Subpoena for the production of documents that I caused to be issued to non-party witness Matthew King (the "Documents Subpoena").

3. Attached hereto as **Exhibit B** is the Subpoena that I caused to be issued to Matthew King requiring his appearance at a deposition (the "Deposition Subpoena").

4. We sent the Documents Subpoena and the Deposition Subpoena to process server Accurate Serve of Ocala for service. The Documents Subpoena and Deposition Subpoena were served on Matthew King on August 21, 2024, as evidenced by the Verified Returns of Service executed by George Hanzimanolis, which are attached hereto as **Exhibit C** and **Exhibit D**.

This the 27th day of August 2024.

    */s/ Patrick Lavery*
Patrick Lavery (*pro hac vice*)

Edgar H. Haug (*pro hac vice*)
Robert E. Colletti (*pro hac vice*)
Chinmay Bagwe (*pro hac vice*)
**HAUG PARTNERS LLP**
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

ehaug@haugpartners.com
rcolletti@haugpartners.com
cbagwe@haugpartners.com
plavery@haugpartners.com

Edward B. Davis (NC Bar ID 27546)
Joshua B. Durham (NC Bar ID 25414)
**BELL, DAVIS & PITT**
227 W. Trade St., Suite 1800
Charlotte, NC 28202
(704) 227-0400
ward.davis@belldavispitt.com
jdurham@belldavispitt.com

*Attorneys for Plaintiffs CMT USA, Inc. and CMT Utensili S.p.A.*

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the foregoing was served on counsel for all parties who have made an appearance in this proceeding via the Court's CM/EFF filing system.

I also certify that on the date indicated below, a copy of the foregoing was served upon the addressee(s) listed below via email and by depositing a copy hereof in a postpaid wrapper in a post office or official depository by first class mail under the exclusive care and custody of the United States Post Office Department properly addressed as follows:

Michael Kelley
Lawson Huck Gonzalez, PLLC
4705 South Apopka Vineland Road, Suite 210
Orlando, FL  32819
michael@lawsonhuckgonzalez.com

*Attorneys for Matthew King*

This the 27th day of August 2024.

/s/ Joshua B. Durham