# EXHIBIT D

# VERIFIED RETURN OF SERVICE – DEPOSITION SUBPOENA

# VERIFIED RETURN OF SERVICE

Job # O241665

## Client Info:

HAUG PARTNERS LLP
745 Fifth Avenue
New York, NY 10151

## Case Info:

**PLAINTIFF:**
CMT USA, INC.; ET AL.
-versus-
**DEFENDANT:**
APEX TOOL GROUP LLC; ET AL.

USDC FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Court Date: 9/5/2024 Time: 09:00 AM
Court Case # **3:24-CV-000137-RJC-DCK**

## Service Info:

**Received by George Hanzimanolis: on August, 16th 2024 at 04:35 PM**
**Service:** I Served **MATTHEW KING**
**With: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; $70.16 WFC**
by leaving with **MATHEW KING, INDIVIDUALLY**

**At Business CONTRACTOR TOOL SUPPLY, 1818 GREENLEAF LANE LEESBURG, FL 34748**
Latitude: **28.837204**, Longitude: **-81.899055**

On **8/21/2024** at **03:10 PM**
**Manner of Service: 0. INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

## Served Description: (Approx)

Age: **60**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 11"**, Weight: **210**, Hair: **Gray** Glasses: **No**

## Military Status:

**Military Status = Subject  refused  to answer.**

## Marital Status:

Inquired if subject was married and they refused to answer.

## Service Comments:

MR. KING TRIED TO TELL SERVER THAT HE HAD TO SERVE HIS ATTORNEY AND PROVIDED A HANDWRITTEN NOTE WITH HIS ATTORNEYS NAME AND PHONE NUMBER. SERVER ADVISED DEFENDANT THAT THESE DOCUMENTS WERE ADDRESSED TO HIM INDIVIDUALLY AND NOT TO HIS ATTORNEY. AT THIS POINT MR KING REFUSED TO ACCEPT, SERVER READ DOCUMENTS AND LEFT ON COUNTER. AT THIS POINT MR KING BECAME EXTREMELY HOSTILE AND THREW PAPERS AT SERVER AND GOT IN SERVERS FACE AND SAID &ldquo;GET OFF MY F-ING PROPERTY&rdquo; AND FOLLOWED SERVER OUT TO HIS VEHICLE AND CONTINUED TO THREATEN SERVER, BECAUSE SERVER WASN'T MOVING FAST ENOUGH CALI G SERVER SEVERAL VULGAR NAMES. MR KING WAS SERVED.

## Service was Attempted on:

**(1) 8/17/2024** at **02:10 PM**, by **George Hanzimanolis** Loc: **1106 MYRTLE BREEZES COURT, FRUITLAND PARK, FL 34731**   Latitude:**28.845154**   Longitude:**-81.922730**
**Notes:** GIVEN ADDRESS IS A PRIVATE RESIDENCE. THREE VEHICLE'S PARKED IN DRIVEWAY. FROM BENDING CLOSED DOOR, SPOKE WITH DOG SITTER WHO STATES THAT SHE DOES NOT LIVE HERE AND THAT THE KING FAMILY IS OUT OF TOWN. DUE BACK MONDAY OR TUESDAY

**(2) 8/20/2024** at **03:27 PM**, by **George Hanzimanolis** Loc: **1106 MYRTLE BREEZES COURT, FRUITLAND PARK, FL 34731**   Latitude:**28.844559**   Longitude:**-81.923163**
**Notes:** TWO VEHICLES PARKED IN DRIVEWAY, A GMC TAG"74ANTD" AND ANOTHER GMC , TAG"EKJZ79". TWO DOGS INSIDE, RANG DOORBELL, NO ANSWER.

I **George Hanzimanolis** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*[signature]*

**George Hanzimanolis**
Lic # **101819-15**

**ACCURATE SERVE OF OCALA**
3101 SW 34th AVE
SUITE 905, UNIT 401
Ocala, FL 34474
Phone: (352) 278-2188

Our Job # **O241665**