# Exhibit 1

# Exhibit 1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

|  |  |  |
|---|---|---|
| CMT USA, Inc. and CMT Utensili S.p.A. | : | |
| | : | |
| *Plaintiffs*, | : | |
| | : | Case No. 3:24-cv-00137-RJC-DCK |
| *v.* | : | |
| | : | |
| Apex Tool Group LLC and Apex Brands, Inc., | : | |
| | : | |
| *Defendants*. | : | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF JAMES ROBERTS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), plaintiffs CMT USA, Inc. and CMT Utensili S.p.A, by and through its undersigned counsel, will take the deposition of James Roberts at BELL, DAVIS & PITT, 227 W. Trade St., Suite 1800 Charlotte, North Carolina, beginning at 9:00 a.m. Eastern Time on September 4, 2024 or at some other date, time, or location that is mutually agreed upon by counsel. The deposition will be taken before a notary public or other person authorized to administer oaths and take testimony, and will be recorded by any means permitted under the Federal Rules of Civil Procedure, including by stenographic means, audiotape, videotape, and/or real time interactive transcription (e.g., LiveNote). The deposition will continue from day to day until completed. You are invited to attend and cross examine the witness.

DATE:  August 15, 2024                    /s/ *Ed Haug*

> Ward Davis (NC Bar ID 27546)
> Joshua B. Durham (NC Bar ID 25414)
> BELL, DAVIS & PITT
> 227 W. Trade St., Suite 1800
> Charlotte, NC 28202
> (704) 227-0400
> ward.davis@belldavispitt.com
> jdurham@belldavispitt.com
>
> Edgar H. Haug
> Robert E. Colletti
> Chinmay Bagwe
> Patrick J. Lavery
> HAUG PARTNERS LLP
> 745 Fifth Avenue
> New York, NY 10151
> Tel: (212) 588-0800
> ehaug@haugpartners.com
> rcolletti@haugpartners.com
> cbagwe@haugpartners.com
> plavery@haugpartners.com
>
> *Attorneys for Plaintiffs*
> *CMT USA, Inc. and CMT Utensili S.p.A.*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 15, 2024 a copy of Plaintiffs' Notice of Deposition of James Roberts was delivered via email on the below listed counsel for Apex Tool Group LLC and Apex Brands, Inc.:

Jason M. Sneed
Megan E. Sneed
SNEEDPLLC
445 S. Main St., Suite 400
Davidson, NC 28036
(844) 763-3347
JSneed@SneedLegal.com
MSneed@SneedLegal.com

Aaron D. Johnson
David A. Jackson
Michael J. McCue
Joy Allen Woller
LEWIS ROCA ROTHGERBER CHRISTIE LLP
100 Pine St., Ste. 1750
San Francisco, CA 94111
Tel: 650-687-8426
Fax: 650-391-1395
ADJohnson@lewisroca.com
DJackson@lewisroca.com
MMcCue@lewisroca.com
jwoller@lewisroca.com

DATE: August 15, 2024

/s/ *Patrick J. Lavery*
Patrick J. Lavery
**HAUG PARTNERS LLP**
745 Fifth Avenue, 10th Floor
New York, New York 10151
Phone: (212) 588-0800

*Attorney for Plaintiffs CMT USA, Inc.*
*and CMT Utensili S.p.A.*

3