IN THE UNITED STATES DISTRIC COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:24-CV-00137-RJC-DCK

| | |
|---|---|
| CMT USA, INC. and CMT UTENSILI, S.P.A.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>APEX TOOL GROUP LLC AND APEX BRANDS, INC.<br><br>　　　　Defendants. | <u>ORDER</u> |

　　**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Michael Kelley] (document # 89) filed August 29, 2024. For the reasons set forth therein, the Motion will be <u>granted</u>.

　　The Clerk is directed to send copies of this Order to counsel for the parties, including moving counsel, <u>and to the Honorable Robert J. Conrad.</u>

　　SO ORDERED.

　　　　　　　　　　　　　　　Signed: _____


　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　David C. Keesler
　　　　　　　　　　　　　　　United States Magistrate Judge