IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-137-RJC-DCK

| | |
|---|---|
| CMT USA, INC., and CMT UTENSILI S.P.A., | ) ) ) |
| Plaintiff, | ) **ORDER** |
| v. | ) ) ) |
| APEX TOOL GROUP LLC, and APEX BRANDS, INC., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 100) filed by Local Counsel Joshua B. Durham on October 1, 2024.

Applicant Mark Basanta seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 100) is **GRANTED**. Mark Basanta is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

_____
David C. Keesler
United States Magistrate Judge