# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:24-CV-137-RJC-DCK

| | |
|---|---|
| CMT USA, INC., and <br> CMT UTENSILI S.P.A., <br><br> Plaintiffs, <br><br> v. <br><br> APEX TOOL GROUP LLC, and <br> APEX BRANDS, INC., <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Extend Case Deadlines" (Document No. 105) filed October 8, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Extend Case Deadlines" (Document No. 105) is **GRANTED**. The case deadlines are as follows: fact discovery completion – **November 1, 2024**; opening expert reports – **November 22, 2024**; rebuttal expert reports – **December 20, 2024**; dispositive motions – **January 24, 2025**; and trial – **May 5, 2025**. **SO ORDERED**.

Signed: October 9, 2024

David C. Keesler
United States Magistrate Judge