|  |  |  |
|---|---|---|
| CMT USA, Inc. and CMT Utensili S.p.A., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **MOTION TO WITHDRAW**<br>(as to Chinmay P. Bagwe) |
| Apex Tool Group LLC and Apex Brands, Inc., | ) ) ) | |
| Defendants. | ) ) ) | |

**NOW COMES** undersigned counsel for Plaintiffs CMT USA, Inc. and CMT Utensili S.p.A. ("Plaintiffs") and respectfully moves this Court for an Order permitting the withdrawal of Chinmay P. Bagwe as counsel from the above-captioned matter. In support of this Motion, the undersigned informs the Court that Chinmay P. Bagwe is no longer with the law firm of Haug Partners, LLP, of New York, New York and is therefore no longer appearing *pro hac vice* in this matter.

The undersigned has conferred with counsel for Defendants, who have indicated they consent to this motion.

**WHEREFORE**, for the reason set forth herein, undersigned counsel respectfully requests this Court issue an Order allowing the withdrawal of Chinmay P. Bagwe as counsel appearing *pro hac vice* for Plaintiffs CMT USA, Inc. and CMT Utensili S.p.A.

Respectfully submitted, this 30th day of October 2024.

/s/ Joshua B. Durham
Joshua B. Durham, N.C. State Bar No. 25414
Edward B. Davis, N.C. State Bar No. 27546
BELL, DAVIS & PITT, P.A.
227 W. Trade Street, Suite 1800
Charlotte, NC  28202
Phone: (704) 227-0400
Email: jdurham@belldavispitt.com
        ward.davis@belldavispitt.com

Robert E. Coletti, *admitted pro hac vice*
Edgar H. Haug, *admitted pro hac vice*
Mark Basanta, *admitted pro hac vice*
HAUG PARTNERS LLP
745 Fifth Avenue, 10th Floor
New York, NY 10151
Phone: (212) 588-0800
Email: rcolletti@haugpartners.com
        ehaug@haugpartners.com
        mbasanta@haugpartners.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2024, I electronically filed the foregoing *Motion to Withdraw* with the Clerk of Court using the CM/ECF system. Service of same on any counsel of record will be accomplished through the Court's electronic filing system in accordance with F.R.C.P. 5(b)(2)(E).

*/s/ Joshua B. Durham*