UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-CV-00137-RJC-DCK

| | |
|---|---|
| CMT USA, Inc. and CMT Utensili S.p.A.,<br><br>Plaintiffs,<br><br>v.<br><br>Apex Tool Group LLC and Apex Brands, Inc.,<br><br>Defendants. | **DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO PROVIDE A COMPETENT 30(b)(6) WITNESS OR SUPPLEMENTAL ANSWER TO INTERROGATORY 13 FOR INFORMATION RELATING TO ENFORCEMENT ACTIVITY** |

Pursuant to Federal Rule of Civil Procedure 37(a), Defendants Apex Tool Group LLC and Apex Brands, Inc. (collectively, "Apex") hereby move this Court for an Order compelling Plaintiffs CMT USA, Inc. and CMT Utensili S.p.A. (collectively, "Plaintiffs") to remedy the deficiencies in both their answer to Apex's Interrogatory No. 13 and their refusal to produce a 30(b)(6) witness competent to testify on Topic 27 in the notice of deposition of Plaintiffs.

Both of these deficiencies relate to a single issue: the amount of enforcement activity, if any, Plaintiffs engaged in relating to their alleged rights in the color orange on circular saw blades prior to Plaintiffs' initial cease-and-desist letter to Apex. Despite an interrogatory and a 30(b)(6) topic directly on point, Plaintiffs have to date refused to provide a complete response to Interrogatory 13, and have refused to make available a 30(b)(6) witness with knowledge on the topic.

Therefore, Apex respectfully requests that the Court compel Plaintiffs to provide either (1) a 30(b)(6) witness who can testify as to Plaintiffs' relevant enforcement activity prior to the letter, or (2) supplement their response to Interrogatory 13 to verify that they are not aware of any other enforcement activity prior to the letter.

Dated: October 30, 2024
LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/Aaron D. Johnson*
Michael McCue
Aaron D. Johnson
David A. Jackson
MMcCue@lewisroca.com
ADJohnson@lewisroca.com

DJackson@lewisroca.com
100 Pine Street, Suite 1750
San Francisco, CA 94111
Telephone: 650.391.1380
Facsimile: 650.391.1395

SNEED PLLC
Jason M. Sneed (NC Bar No. 29593)
Megan Sneed (NC Bar No. 38525)
JSneed@SneedLegal.com
MSneed@SneedLegal.com
Litigation@SneedLegal.com

445 South Main Street, Suite 400
Davidson, NC 28036
Tel: 844-763-3347

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2024, I electronically filed the foregoing Defendants' Motion to Compel Plaintiffs to Supplement Responses to Defendants' First Set of Interrogatories with the Clerk of Court using the CM/ECF System. Service of same on any counsel of record will be accomplished through the Court's electronic filing system in accordance with F.R.C.P. 5(b)(2)(E).

/s/ Aaron D. Johnson