# EXHIBIT B

# [FILED SEPARATELY UNDER SEAL]

# EXHIBIT B