# EXHIBIT C

# [FILED SEPARATELY UNDER SEAL]

# EXHIBIT C