UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:24-CV-00137-RJC-DCK

| | |
|---|---|
| CMT USA, INC. and CMT UTENSILI S.P.A., <br><br> Plaintiffs, <br><br> v. <br><br> APEX TOOL GROUP LLC and APEX BRANDS, INC. <br><br> Defendants. | **NOTICE OF FILING OF PUBLIC VERSIONS OF EXHIBITS** |

Pursuant to the Order entered on November 1, 2024 (Document No. 119), Plaintiffs CMT USA, Inc., and CMT Utensili S.p.A. ("Plaintiffs") are filing public, redacted versions of Exhibits A and J (Document Nos. 117-1 and 117-10) (collectively, the "Sealed Exhibits") to Plaintiffs' "Memorandum in Support of Plaintiffs' Motion to Compel Defendants to Produce Third-Party Communications" (Document No. 115). Plaintiffs' counsel has consulted with Defendants' counsel concerning the redactions and filing of the public versions of the Sealed Exhibits, and they approve the redactions. The public, redacted versions of the Sealed Exhibits are attached to this notice. Defendants' counsel has also agreed that Document No. 117-9 can be filed publicly in its unredacted form.

Respectfully submitted, this 8th day of November, 2024.

/s/ Joshua B. Durham
Joshua B. Durham, N.C. State Bar No. 25414
Edward B. Davis, N.C. State Bar No. 27546
BELL, DAVIS & PITT, P.A.
227 W. Trade Street, Suite 1800
Charlotte, NC  28202
Phone: (704) 227-0400
Email: jdurham@belldavispitt.com
          ward.davis@belldavispitt.com


Edgar H. Haug (admitted pro hac)
Robert E. Colletti (admitted pro hac)
Mark Basanta (admitted pro hac)
HAUG PARTNERS LLP
745 Fifth Avenue
New York, NY 10151
Tel: (212) 588-0800
ehaug@haugpartners.com
rcolletti@haugpartners.com
mbasanta@haugpartners.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on November 8, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Service of same on any counsel of record will be accomplished through the Court's electronic filing system in accordance with F.R.C.P. 5(b)(2)(E).

*/s/ Joshua B. Durham*