UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-CV-00137-RJC-DCK

| | |
|---|---|
| CMT USA, Inc. and CMT Utensili S.p.A.,<br><br>Plaintiffs,<br><br>v.<br><br>Apex Tool Group LLC and Apex Brands, Inc.,<br><br>Defendants. | **NOTICE OF FILING PUBLIC VERSIONS OF EXHIBITS** |

Pursuant to this Court's Order entered on November 1, 2024 (ECF No. 121), Defendants Apex Tool Group LLC and Apex Brands, Inc. ("Defendants") hereby file public, redacted versions of documents ECF Nos. 111, 111-1, 111-2, and 111-3. The redactions reflect those requested by Plaintiffs' counsel, as documents 111-2 and 111-3 were previously designated as "Confidential" and/or "Highly Confidential" by Plaintiffs, and documents 111 and 111-1 refer to and quote from documents 111-2 and 111-3.

The public, redacted versions of the Sealed Exhibits are attached to this notice.

Defendants disagree with the extent of the redactions in Documents ECF Nos. 111 and 111-1, and believe the redactions are overbroad and inappropriate, but were unable to get Plaintiffs' counsel to agree to more limited redactions.

Dated: November 8, 2024

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/Aaron D. Johnson*
Michael McCue
Aaron D. Johnson
David A. Jackson
MMcCue@lewisroca.com
ADJohnson@lewisroca.com
DJackson@lewisroca.com
100 Pine Street, Suite 1750
San Francisco, CA 94111
Telephone: 650.391.1380
Facsimile: 650.391.1395

SNEED PLLC
Jason M. Sneed (NC Bar No. 29593)
Megan Sneed (NC Bar No. 38525)
JSneed@SneedLegal.com
MSneed@SneedLegal.com
Litigation@SneedLegal.com

445 South Main Street, Suite 400
Davidson, NC 28036
Tel: 844-763-3347

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, I electronically filed the foregoing Defendants' Motion to Compel Plaintiffs to Supplement Responses to Defendants' First Set of Interrogatories with the Clerk of Court using the CM/ECF System. Service of same on any counsel of record will be accomplished through the Court's electronic filing system in accordance with F.R.C.P. 5(b)(2)(E).

*/s/ Aaron D. Johnson*