UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-CV-00137-RJC-DCK

| | |
|---|---|
| CMT USA, Inc. and CMT Utensili S.p.A.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>Apex Tool Group LLC and Apex Brands, Inc.,<br><br>　　　　Defendants. | NOTICE OF FILING OF PUBLIC VERSION OF SEALED DOCUMENTS |

　　　　Pursuant to the Order entered on November 22, 2024 [ECF No.: 136], Defendants Apex Tool Group LLC and Apex Brands, Inc. (collectively, "Apex") are filing public, redacted versions of The Reply to Response to Motion re [110] Motion to Compel and Exhibit B [ECF No.: 131, 131-2] (collectively, the "Sealed Documents") to Defendants' Reply in Support of Their Motion to Compel Plaintiffs to Provide a Competent 30(b)(6) Witness or Supplemental Answer to Interrogatory 13 for Information Relating to Enforcement Activity [ECF No.: 130]. The public, redacted versions of the Sealed Documents are attached to this notice.

　　　　Respectfully submitted this 25th day of November, 2024.

　　　　　　　　　　　　　　　　　　LEWIS ROCA ROTHGERBER CHRISTIE LLP

　　　　　　　　　　　　　　　　　　By: /s/ Aaron D. Johnson
　　　　　　　　　　　　　　　　　　Michael McCue
　　　　　　　　　　　　　　　　　　Aaron D. Johnson
　　　　　　　　　　　　　　　　　　David Jackson
　　　　　　　　　　　　　　　　　　MMcCue@lewisroca.com
　　　　　　　　　　　　　　　　　　ADJohnson@lewisroca.com
　　　　　　　　　　　　　　　　　　DJackson@lewisroca.com
　　　　　　　　　　　　　　　　　　100 Pine Street, Suite 1750
　　　　　　　　　　　　　　　　　　San Francisco, CA  94111
　　　　　　　　　　　　　　　　　　Telephone:　　650.391.1380

　　　　　　　　　　　　　　　　　　SNEED PLLC
　　　　　　　　　　　　　　　　　　Jason M. Sneed (NC Bar No. 29593)
　　　　　　　　　　　　　　　　　　Megan Sneed (NC Bar No. 38525)
　　　　　　　　　　　　　　　　　　JSneed@SneedLegal.com
　　　　　　　　　　　　　　　　　　MSneed@SneedLegal.com

Litigation@SneedLegal.com
428 South Main Street, Suite B-175
Davidson, NC  28036
Tel:  844-763-3347
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System. Service of same on any counsel of record will be accomplished through the Court's electronic filing system in accordance with F.R.C.P. 5(b)(2)(E).

*/s/ Aaron D. Johnson*