# Exhibit B

# Exhibit B

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

-------------------------------------X

CMT USA, INC. and CMT UTENSILI

S.P.A.,

                Plaintiffs,

    vs.        Case No. 3:24-cv-00137

APEX TOOL GROUP LLC and

APEX BRANDS, INC.,

                Defendants.

-------------------------------------X

           DATE:  August 13, 2024

           TIME:  9:01 a.m.


    VIDEOTAPED DEPOSITION of LUCIA SPALLACCI, a 30(b)(6) witness, held at the offices of ArentFox Schiff LLP, 1301 Avenue of the Americas, New York, New York 10019, before Roberta Caiola, a Court Reporter and Notary Public of the State of New York.

```
 1   A P P E A R A N C E S:

 2

 3   HAUG PARTNERS LLP

 4   Attorneys for the Plaintiffs

 5   CMT USA, INC. and CMT UTENSILI S.p.A.

 6        745 Fifth Avenue

 7        New York, New York 10151

 8        (212) 588-0800

 9   BY:  ROBERT E. COLLETTI, ESQ.

10        rcolletti@haugpartners.com

11

12   LEWIS ROCA ROTHGERBER CHRISTIE, L.L.P.

13   Attorneys for the Defendants

14   APEX TOOL GROUP LLC and APEX

15   BRANDS, INC.

16        100 Pine Street, Suite 1750

17        San Francisco, California 94111

18        (650) 687-8426

19   BY:  AARON D. JOHNSON, ESQ.

20        ADJohnson@LewisRoca.com

21        MICHAEL J. McCUE, ESQ.

22        MMcCue@LewisRoca.com

23

24

25
```

1  A P P E A R A N C E S:

2

3  ALSO PRESENT:

4       MARCELLO TOMMASSINI

5       MASSIMO RICCI

6       MICHAEL BENNETT, Videographer

7       SANTUZZA MIRTO, Interpreter

```
 1                  Lucia Spallacci
 2            MR. COLLETTI:  For that reason.
 3            MR. McCUE:  Yes.
 4            MR. COLLETTI:  Understood.
 5            MR. McCUE:  We will do the same
 6       for your 30(b)(6) examination of us.
 7            MR. COLLETTI:  Understood.  And
 8       I will let you know after lunch.
 9            MR. JOHNSON:  Sure.
10       ███████████████████████████████████
11       █████████████████
12            ██████████████████████████████
13       ████████████████████
14              ████████████████████████████
15            █████████████████████████
16         ████████████████████████████████
17         ███████████████████████████████
18         ██████
19              ██████████████████████████
20         ██████████████████████████████████
21         ██████████████████████
22              ████████████████████████████
23         ██████████████████████
24         ████████████████████████████████
25         █████████████████
```

1                  Lucia Spallacci
2        A.    You mean the Wen design?
3        Q.    I mean the amount of orange,
4   because you previously said that the only
5   similarity between these two blades was
6   that they're both in the color orange,
7   primarily.  And then you differentiated
8   that with the Wen, because you said it was
9   not primarily an orange color.
10             So my question is, then, if the
11  Crescent blade had the same amount of
12  orange as on the Wen, would that also then
13  remove that similarity?
14             MR. COLLETTI:  Object to the
15        form of the question.  Outside the
16        scope.
17       A.    Can I answer this question
18  after I take action against Wen?
19       Q.    If you want to come back for
20  another deposition.  How about answer it
21  right now?
22             MR. TOMMASSINI:  She loves New
23  York.
24             MR. JOHNSON:  Please.  We can
25        talk off the record.