**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-137-RJC-DCK**

| | | |
|---|---|---|
| **CMT USA, INC., and**<br>**CMT UTENSILI S.P.A.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **APEX BRANDS, INC., and**<br>**APEX TOOL GROUP LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Modify The Case Schedule" (Document No. 140) filed January 8, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with the Conrad chambers, the undersigned will <u>grant</u> the motion.

By the instant motion, the parties request an extension of "the expert deposition deadline to February 14, 2025, to extend the dispositive motion deadline to February 28, 2025, and to schedule a conference with the Parties to discuss the trial date." The Court will allow the requested extensions but will respectfully decline to schedule a conference "to discuss the trial date" at this time. Counsel for the parties are encouraged to confer and then file an appropriate motion proposing a revised trial date and/or explaining the need for conference on that issue.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Modify The Case Schedule" (Document No. 140) is **GRANTED**. The parties shall complete expert depositions by **February 14, 2025**, and shall file dispositive motions on or before **February 28, 2025**.

**SO ORDERED**.

Signed: January 9, 2025

David C. Keesler
United States Magistrate Judge