**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-137-RJC-DCK**

| | | |
|---|---|---|
| **CMT USA, INC., and**<br>**CMT UTENSILI S.P.A.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **APEX BRANDS, INC., and** | ) | |
| **APEX TOOL GROUP LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Extend Certain Deadlines" (Document No. 145) filed February 28, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Extend Certain Deadlines" (Document No. 145) is **GRANTED**. The case deadlines are revised as follows: expert deposition deadline – **March 14, 2025**, and dispositive motions deadline – **April 2, 2025**.

**SO ORDERED**.

Signed: March 3, 2025

David C. Keesler
United States Magistrate Judge