UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-CV-00137-RJC-DCK

| | |
|---|---|
| CMT USA, Inc. and CMT Utensili S.p.A.,<br><br>Plaintiffs,<br><br>v.<br><br>Apex Tool Group LLC and Apex Brands, Inc.,<br><br>Defendants. | **DEFENDANTS' MOTION TO EXCEED PAGE LIMIT** |

Defendants Apex Tool Group LLC and Apex Brands, Inc. (collectively, "Apex") move this Court for permission to exceed the 25-page limit by 5 pages for both parties' Motion for Summary Judgment and response brief. In support of this Motion, Apex states as follows:

1. Additional pages are warranted due to the number of claims under which Apex is moving for summary judgment in this case.

2. Prior to bringing the instant motion, the parties conferred via multiple email correspondences starting March 25, 2025 to discuss an expansion of the page limit. Apex proposed that both parties should receive reciprocal 5-page extensions on the party's opening and opposition briefs. Plaintiffs initially indicated that they would agree to a 2-page extension for each party's opening and opposition briefs. The parties could not reach a final agreement on the page extension, but agreed that any page extension should apply equally to both parties.

WHEREFORE, Apex respectfully requests that this Court grant this Motion to Exceed Page Limit for both parties to receive a 5-page extension on opening and opposition briefs.

DATED: March 31, 2025

/s/ *David Jackson*
Jason M. Sneed (NC Bar ID 29593)
Megan E. Sneed (NC Bar ID 38525)
SNEED PLLC
445 S. Main St., Suite 400
Davidson, NC 28036
(844) 763-3347
Jsneed@Sneedlegal.Com
Msneed@Sneedlegal.Com

Michael J. McCue
Aaron D. Johnson
David A. Jackson
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Ste. 2750
San Francisco, CA 94111
(650) 687-8426
Michael.McCue@wbd-us.com
Aaron.Johnson@wbd-us.com
David.Jackson@wbd-us.com

*Attorneys for Defendants*
*Apex Tool Group LLC and Apex Brands, Inc*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 31st day of March, 2025, the foregoing Motion to Exceed Page Limit was served via electronic means through CM/ECF on the following counsel of record:

Ward Davis (NC Bar ID 27546)
Joshua B. Durham (NC Bar ID 25414)
BELL, DAVIS & PITT
227 W. Trade St., Suite 1800
Charlotte, NC 28202
(704) 227-0400
ward.davis@belldavispitt.com
jdurham@belldavispitt.com

Edgar H. Haug (*pro hac vice*)
Robert E. Colletti (*pro hac vice*)
Jessica M. Stookey (*pro hac vice*)
Patrick J. Lavery (*pro hac vice*)
HAUG PARTNERS LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
ehaug@haugpartners.com
rcolletti@haugpartners.com
jstookey@haugpartners.com
plavery@haugpartners.com

*Attorneys for Plaintiffs CMT USA, Inc.
and CMT Untensili S.p.A.*

/s/ *Aaron D. Johnson*