IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-137-RJC-DCK

| | |
|---|---|
| CMT USA, INC., and CMT UTENSILI S.P.A., ) ) ) Plaintiffs, ) ) v. ) ) APEX BRANDS, INC., and APEX TOOL GROUP LLC, ) ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Exceed Page Limit" (Document No. 147) filed March 31, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion with modification.

The undersigned respectfully advises counsel that concise, focused briefs of twenty-five (25) pages or less, are generally most effective. Nevertheless, in this instance, the undersigned will allow an extension of the page limit.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Exceed Page Limit" (Document No. 147) is **GRANTED with modification**. Defendant may file a memorandum in support of a motion for summary judgment of twenty-eight (28) pages or less; Plaintiff may file a response of twenty-eight (28) pages or less.

**SO ORDERED**.

Signed: April 1, 2025

David C. Keesler
United States Magistrate Judge