# FILED

# UNDER SEAL