# EXHIBIT A

EXHIBIT FILED

UNDER SEAL