# EXHIBIT O

WILEY

# Survey Errors and Survey Costs

ROBERT M. GROVES

WILEY SERIES IN SURVEY METHODOLOGY

Case 3:24-cv-00137-TMR-DCK Document 196-15 Filed 05/09/25 Page 2 of 13

WNC
HB
849.4
.G76
2004
MAY 13 '06

# Survey Errors and Survey Costs

ROBERT M. GROVES
The University of Michigan

WILEY-INTERSCIENCE

A JOHN WILEY & SONS, INC., PUBLICATION

A NOTE TO THE READER
This book has been electronically reproduced from digital information stored at John Wiley & Sons, Inc. We are pleased that the use of this new technology will enable us to keep works of enduring scholarly value in print as long as there is a reasonable demand for them. The content of this book is identical to previous printings.

Copyright © 1989, 2004 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 750-4470. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department within the U.S. at 877-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print, however, may not be available in electronic format.

***Library of Congress Cataloging-in-Publication is available.***

ISBN 0-471-67851-1

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1

Case 3:24-cv-00137-TMR-DCK Document 196-15 Filed 05/09/25 Page 4 of 13

# CHAPTER 1

# AN INTRODUCTION TO SURVEY ERRORS

*For constantly I felt I was moving among two groups—comparable in intelligence, identical in race, not grossly different in social origin, earning about the same incomes, who had almost ceased to communicate at all, who in intellectual, moral and psychological climate had so little in common that instead of going from Burlington House or South Kensington to Chelsea, one might have crossed an ocean.*

*C. P. Snow,* The Two Cultures, *1959, p. 2*

## 1.1 DIVERSE PERSPECTIVES ON SURVEY RESEARCH

Survey research is not itself an academic discipline, with a common language, a common set of principles for evaluating new ideas, and a well-organized professional reference group.[1] Lacking such an organization the field has evolved through the somewhat independent and uncoordinated contributions of researchers trained as statisticians, psychologists, political scientists, and sociologists.

Such a *melange* of workers certainly breeds innovation, but it also spawns applications of the method for radically different purposes, suffers severe problems of communication, and produces disagreements about the importance of various components of survey quality. The word "survey" is not well defined. Its requisite components have not been enumerated. Surveys have not been distinguished formally from "polls," despite the latter's connotation of less rigorous methodology. Furthermore, surveys are used for myriad purposes.

Every month interviewers from the U.S. Census Bureau visit or telephone over 50,000 households and administer a short labor force survey. Years of research and analysis have been devoted to developing

[1] Providing a formal definition of "survey research" seems requisite in a first chapter of a book entitled *Survey Errors and Survey Costs*, but I do not provide a succinct one. By the end of this chapter the reader should have a notion of the extent of the concept as I use it.



Case 3:24-cv-00137-TMR-DCK Document 196-15 Filed 05/09/25 Page 5 of 13

sampling procedures that minimize the likely deviation of the unemployment rate as computed on the sample households from the corresponding rate in the full population. Thousands of Bureau staff have carefully implemented procedures to ensure that all types of residence have been given a chance of being selected for the interview. Interviewers strive to contact each sample household, enumerate all members of the household, and ask a series of questions about the employment status of household members. Complex editing procedures are used in an attempt to improve the quality of the recorded answers. Within a matter of days after the last interview is taken the monthly unemployment rate for the United States is publicly announced. The estimate is a complex statistical function of the answers obtained on the short questionnaire. Its computations reflect all the complexities of the data collection design used. The number is viewed as a *description* of an important characteristic of the society at that moment. At the time of its release no analysis has been performed to understand why the sample persons have succeeded or failed to be employed. The number is given meaning by comparing it to similar numbers available from previous editions of the survey. The next month another wave of interviewing produces that month's unemployment rate estimate.

At the same time as this survey is being conducted throughout the year hundreds of social scientists request computer tapes from data archives for various years of the National Election Studies. The existence of these large data archives permits researchers who have no direct knowledge of the data collection process to analyze the data. In this case, the data were collected in telephone and personal interviews of adults throughout an election year. Which candidate won the election is well known from published vote totals. Description of the election outcome is not the purpose of the exercise. The analysts use the data to test theories about political attitudes or electoral behavior. The theories may involve the effects of several variables on decisions to vote for one candidate or another. The theories are tested by the analyst's use of statistical models that posit the particular way various personal attributes (e.g., financial status, attention to media coverage of political events) produce the tendency to vote for one candidate or another. The analysts may be unconcerned about the fact that only about 70 percent of the sampled persons provided answers to the survey questions. Instead, efforts are made to include in the model all those variables that affect the vote decision. The analysts will argue that if the model is well formulated, these weaknesses will not impede a good test of the theory. Thousands of different models, attempting to explain several different attitudes or behaviors, are tested with the same set of data over many years of use.

These two examples illustrate how *describers* and *modelers* use survey data differently. Describers are interested in discovering some property of a fixed set of people (e.g., the unemployment rate in March 1989). The sample survey is a cost-efficient way to do so. Modelers are motivated by hypotheses about the cause of social phenomena (e.g., does having a broad set of skills reduce risks of unemployment?). Government agencies often specialize in descriptive uses of survey data, while academic social scientists specialize in analytic uses.

Because of these different purposes, different strengths and weaknesses of the survey method are of interest to the two types of user. The describers focus on whether the sample reflects the population they are seeking to describe (e.g., are people who are transient between two households disproportionately missed by the survey?). The modelers focus on whether the survey measures fully capture the concepts involved in their theory (e.g., is "years of education" a sufficiently strong indicator of skill mix to form a useful test of the theory?).

Describers and modelers form only one dichotomy among users of survey research. There is a large literature, scattered across journals of various disciplines, which identifies what components of surveys affect the quality of information obtained by them. Statistical sampling theory came into its own in the 1930s and describes how the selection of those interviewed in a survey can affect the survey quality. Studies into the properties of interviewing and question wording started about the same time but arose from a psychological perspective. Because of disciplinary boundaries there are few researchers who make major contributions to both areas.

Most *sampling statisticians* devote all their energies to the measurement and reduction of sampling error in survey estimates, the error arising because only a subset of the population was measured. They attempt to do this not only by increasing the sample size as long as resources permit but also by assuring representation of different groups in the sample (through stratification), by adjusting probabilities of selection for different subgroups to reduce sampling error, and by using clustered selections to increase cost efficiency. A separate, rarely overlapping group of researchers attempts to reduce nonresponse and measurement errors, sometimes referred to as examples of nonsampling error. They study ways of writing survey questions to seek better answers, of contacting sample persons to improve cooperation, and of training interviewers to obtain consistent behavior from respondents. Research in sampling error is unified by statistical sampling theory and is described in terms of empirical estimates of error. Research in nonsampling errors, since nonresponse and measurement problems arise from human behavior, is sometimes based on social science theories but often fails to obtain useful

measures of nonsampling error. New analytic statistical models have provided social scientists with ways of acknowledging the effects of nonresponse and measurement errors in their substantive analysis. Little research exists, however, in combined estimates of sampling and nonsampling error on survey estimates.

The third important division of interest to us in this book lies within research on survey nonsampling errors. Within this literature are efforts to *reduce* the various errors afflicting surveys and efforts to *measure* the errors. On the side of reduction are scores of efforts to train interviewers in techniques of obtaining information freed from any influence they themselves might exert on the respondent, examples of question wording that improves the quality of the information collected, and efforts to increase response rates in order to improve the extent to which all eligible population members have a chance of selection in the sample. Most of this research uses an experimental design imbedded in a survey to compare two or more methods of doing the same work. Sometimes a source of information external to the survey (e.g., administrative records) is used to identify the "best" method. For example, there are studies comparing different ways of measuring reports of voting, compared to records on voting. There are studies comparing ways of asking persons about past criminal victimizations, compared to police reports. There are other studies of reports of hospital stays and doctor visits, compared to medical records on the same events. On the whole these studies are designed as one-time efforts to reduce survey error by identifying a better method than that currently in use. They offer no way of routine assessment of the size of the remaining errors. In the absence of such routine measurement the researcher has no assurance that "best" method might vary by survey topic, population studied, or other aspects of the survey design.

In sharp contrast to this research is a set of statistical models of nonsampling errors, designed to estimate their magnitudes. These include measures of interviewer effects that vary over different interviewers, variability in answers from the same respondent over repeated administrations, and the relative quality of different questions attempting to measure the same concept in the same questionnaire. All these methods yield empirical estimates of nonsampling error, but all of them require some assumptions about the data collection process, which may or may not be completely warranted.

Reducing nonsampling error requires an understanding of the causes of the errors. Measuring nonsampling errors requires a data collection design compatible with a statistical model of the errors. Unfortunately, many of the efforts to reduce error have not simultaneously attempted clear specification of statistical models of the errors. Hence, the two

Case 3:24-cv-00137-TMR-DCK Document 196-15 Filed 05/09/25 Page 8 of 13

streams of research have rarely merged. Clearly, reduction *and* measurement of error are preferable to either singly because measurement evaluates how successfully the error was reduced.

In short, the diverse approaches to survey research can be described by a series of interlocking and overlapping perspectives, each with its set of practitioners and its own set of academic or professional organizations. They are:

1. those who use surveys to describe characteristics of a fixed population (describers) and those who seek to identify causes of phenomena constantly occurring in a society (modelers),

2. those who study sampling error (sampling statisticians) and those who study nonsampling error (field and substantive experts), and

3. those who attempt to measure errors (measurers) and those who attempt to reduce them (reducers).

These groups are not mutually exclusive. Instead, they mostly define categories of work within survey research. There are, however, many specialist researchers who concentrate their efforts on only one side of each of the dichotomies.

These groups rarely enjoy a single forum for interchange of ideas. They have, between the 1930s and the 1980s, in both the United States and Europe, chosen different problems to study, developed separate languages, and constructed distinct practices in survey methods. In general, they hold each other in mild disdain, not unlike the "intellectuals" and "scientists," or the "numerate" and "nonnumerate" encountered by Snow in Britain in the 1950s (Snow, 1959).[2]

This book has the immodest goal of comparing and contrasting the perspectives of these groups. It is addressed to the professionals in each of the groups and seeks to call their attention to noteworthy research findings by other groups. It is also addressed to serious students, now just learning their trade, in order to arm them with knowledge about other perspectives on the same issues. At the minimum, it attempts to juxtapose the various perspectives; at its most ambitious, it seeks to integrate them into one unified perspective.

---

[2] As is discussed later, the same debate about the value of quantification and the use of mathematical notation as a language of discourse is involved in the different approaches to survey research.

# CHAPTER 6

## COSTS AND ERRORS ARISING FROM SAMPLING

*Just as an experienced cook can tell how a large pot of soup will taste by trying only a spoonful, it is possible to learn the opinions of a very large group of people by talking to a small number of them.*

Why We Ask You, *Survey Research Center booklet for sampled persons*

### 6.1 INTRODUCTION

This chapter is unlike others in this book because it can appeal to a set of well-founded principles of error measurement and reduction. Many fine sampling texts cover this material in greater depth than will be possible in this chapter (e.g., Hansen, et al., 1953; Kish, 1965; Cochran, 1977; Wolter, 1985). There is no attempt to duplicate that material, and readers desiring a thorough description of sample design and estimation should review those texts. Instead, this chapter offers a treatment of sampling error which parallels the treatments of other errors discussed in this book. We begin by describing the nature of sampling error in surveys, then identify its causes, review the procedures used to reduce sampling error in surveys, and finally discuss methods of cost modeling and sampling error modeling that permit the minimization of sampling error for a survey of specified cost. Whenever possible we reinforce the perspective of other chapters. Above all, we repeatedly note the ways in which sampling error estimates can be gross underestimates of the total error of survey statistics.



Case 3:24-cv-00137-TMR-DCK Document 196-15 Filed 05/09/25 Page 10 of 13

## 6.2 THE NATURE OF SAMPLING ERROR

Sampling error is an error of nonobservation. Survey estimates are subject to sampling error because not all members of the frame population are measured. If they were, sampling error would be eliminated. The notion of sampling error generally includes the possibility that the entire selection process that produced the sample at hand could be repeated, yield a different set of sample persons from the same population, and hence produce different estimates of the frame population's characteristics.[1]

Most work in sampling error concerns sampling *variance*. An estimator is subject to sampling variance to the extent that its achieved values would vary over different samples drawn with the same design. Sampling *bias* exists to the extent that the estimates from all the samples of a given design are subject to the same departure from the frame population parameter. This occurs when a distinctive subset of the population is given no chance of selection.

In the notation of Chapter 1, sampling variance of a survey statistic, $y$, can be described as average squared deviations of individual sample values of the statistic and its own average value:

$$E[y_r - E(y_r)]^2 ,$$

where $y_r$ is a sample statistic on the $r$th distinct sample of the sample design ($r$, for realization of the design) and $E(y_r)$ is the expected value of $y_r$ over all samples of the given design. The sampling variance is thus a feature of a distribution over all possible samples that could be drawn with a particular design. Each observation in that sampling distribution is the result of one sample of the given design. Figure 6.1 presents a sampling distribution of a correlation coefficient, $\hat{\rho}_{xy}$, between two survey variables. This particular statistic is *biased*; that is, the average value over all samples is not equal to the population value of the correlation. In notation, this is

$$E(\hat{\rho}_{xy}) \neq \rho_{xy} \text{ or } [E(\hat{\rho}_{xy}) - \rho_{xy}] \neq 0.$$

The variance measuring the dispersion of this distribution is the sampling variance of the sample estimate of the correlation. The set of $\hat{\rho}_{xy}$ values

---

[1] The frame population is the only population relevant to sampling error, given our definition of coverage error as arising from discrepancies between the frame population and the target population (see Chapter 3) and the specification of the sample as a subset of the frame population.

Case 3:24-cv-00137-TMR-DCK Document 196-15 Filed 05/09/25 Page 11 of 13




**Figure 6.1 Sampling distribution of correlation coefficient estimated on a sample.**

that appear in the sampling distribution are all possible samples (say, $r = 1, 2, ..., R$) that could be drawn given the design.

Why does sampling error exist? The heterogeneity of the frame population itself produces the variation over samples in estimated values. If the population were homogeneous, if all the frame population members shared the same traits, then all samples (of any size) would yield the same value for the survey statistic. It would not be subject to sampling error. Sampling error therefore arises because sample units (ultimately people in household surveys) are different from one another and because only a subset of the population is measured in a sample survey. The statistic of interest for the researcher (e.g., a sample mean, a regression coefficient) will vary in value over different possible samples of persons, given the sample design.

There are thus three types of distribution that should be kept conceptually distinct when considering sampling error. The first is the distribution of variable (the characteristic to be measured in the survey)

in the frame population, the **population distribution**. This distribution is unknown to the researcher but does exist and contains observations for all members of the frame population. Figure 6.2 presents the population distributions for $X$ and $Y$ (two variables to be measured in the survey). It also shows the joint or bivariate population distribution of $X$ and $Y$. Population distributions of elements form the first type of distribution; they have $N$ points, for each of the $N$ elements in the frame population. Sample surveys draw a set of points from these distributions; these are the samples of size $n$, based on a particular sample design.

The second type of distribution is the **sample distribution**. Imagine one of samples which could be drawn given a particular sample design. Call it the $r$th sample. Figure 6.3 presents three sample distributions, each based only on the $n$ sample elements from the $r$th sample. They mimic the corresponding population distributions of Figure 6.2, but they are based on smaller numbers of elements. Indeed, the more each of the possible samples from this design (recall that Figure 6.3 presents only one of a possible large number) resembles its corresponding population distribution, the lower the sampling error of a related survey statistic.

The third type of distribution is the **sampling distribution of a sample statistic**. Sampling error concerns the variability of values of statistics over the different samples that could be drawn. Figure 6.4 shows the sampling distribution of the sample mean of $x$ and $y$ and the sample-based correlation coefficient. These are just three statistics which might be computed using $x$ and $y$. Sampling distributions correspond to specific survey statistics. Sampling error is a measure of the dispersion of this distribution. Sampling variance measures average squared deviations about the expected value of $\hat{\rho}_{xy}$. Note that sampling variance *does not* measure differences, for example, between the average sample value $E(\hat{\rho}_{yx})$ and the true value $\rho_{xy}$ in the frame population. This is bias in the sample correlation coefficients, an error common to all of them (and thus not measured by comparing them).

## 6.3 MEASURING SAMPLING ERROR

Sampling variance is the variability of a statistic over all possible samples using the same design, but the vast majority of surveys are conducted once, using only one sample. The challenge to the sample designer is thus to choose one sample in such a way as to be able to measure the sampling variance due to the design. The keys to measuring sampling variance are *randomization* and *replication*.

A *probability sample* is one for which all members of the frame population have a known, nonzero chance of selection. The word