# Exhibit A

# Exhibit A

| From: | Andrew Taylor <Dustin_Taylor@ncwd.uscourts.gov> |
|---|---|
| Sent: | Friday, May 16, 2025 12:58 PM |
| To: | Jason M. Sneed; Jackson, David A.; Johnson, Aaron D.; Woller, Joy; Haug, Ed; Colletti, Robert; Basanta, Mark; Joshua B. Durham |
| Cc: | Hillary Stroud |
| Subject: | FW: CMT USA, Inc. and CMT Utenseli S.p.A. v. Apex Tool Group LLC and Apex Brands, Inc.; Case No. 3:24-CV-137-RJC-DCK |

**Caution**: External (dustin_taylor@ncwd.uscourts.gov)

First-Time Sender   Details

Report This Email  FAQ

**CAUTION! [External to Womble Bond Dickinson]**

Counsel:

Thank you for reaching out to chambers regarding the status of this case. My understanding is that the case will be reassigned to a new presiding District Judge at a later date and that in the meantime Judge Keesler will continue to manage the case.

To the extent the parties are concerned about trial preparations and other deadlines, the parties may file a motion to continue the trial and/or stay deadlines pending resolution of the motions for summary judgment.

Also, I realize there is a motion to compel that is still pending. (Document No. 114). Please let me know if that dispute has been resolved or narrowed; if not, we'll try to get to it soon.

Best regards,
Dustin

_____
Andrew D. Taylor III
Law Clerk to Judge David C. Keesler
401 W. Trade Street, Suite 1400
Charlotte, NC 28202
704-350-7433

**From:** Joshua B. Durham <JDurham@belldavispitt.com>
**Sent:** Friday, May 16, 2025 10:48 AM
**To:** judge_keesler_chamber <keesler_chamber@ncwd.uscourts.gov>
**Cc:** Jason M. Sneed <jsneed@sneedlegal.com>; Jackson, David A. <djackson@lewisroca.com>; Johnson, Aaron D. <adjohnson@lewisroca.com>; Woller, Joy <joy.woller@wbd-us.com>; Haug, Ed <ehaug@haugpartners.com>; Colletti, Robert <rcolletti@haugpartners.com>; Basanta, Mark <mbasanta@haugpartners.com>
**Subject:** CMT USA, Inc. and CMT Utenseli S.p.A. v. Apex Tool Group LLC and Apex Brands, Inc.; Case No. 3:24-CV-00137-RJC-DCK

1

**CAUTION - EXTERNAL:**

Judge Keesler –

Regarding Judge Conrad's recent retirement, we have been informed that a notice of stay and notice of reassignment was issued in at least one of his other cases. As the Court is aware, there are, in this case, various pending motions, including cross-motions for summary judgment. The case is also set for trial in September. As our client representatives are in Italy and travel for them presents a few more complexities than those faced by local witnesses, we are inquiring into what Judge Conrad's retirement may mean, if anything, for the scheduling of this action.

Thank you for your consideration of this inquiry and any insight the Court is inclined to share.

Josh Durham



**Joshua B. Durham**

Bell • Davis • Pitt

JDurham@belldavispitt.com

Main: 704.227.0400
Direct: 704.227.0125
Fax: 704.227.0178
www.belldavispitt.com

227 West Trade Street, Suite 1800
Charlotte, NC 28202-1697

The information contained in this email is privileged and confidential information intended only for review by the addressee(s). If you are not the intended recipient, or the employee or agent of the intended recipient responsible to deliver this email to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email, including any attachment to this email, is prohibited. If you have received this email in error, please destroy the communication and promptly notify the sender or contact our postmaster at postmaster@belldavispitt.com. Thank you for your cooperation.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.