UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:24-cv-00137-TMR-DCK

| | |
|---|---|
| **CMT USA, INC. AND CMT UTENSILI S.P.A.**, <br><br> Plaintiffs, <br><br> v. <br><br> **APEX TOOL GROUP LLC AND APEX BRANDS, INC.**, <br><br> Defendants. | **ORDER** |

Timothy M. Reif, Judge, United States Court of International Trade:

  **THIS MATTER IS BEFORE THE COURT** regarding defendants' motion to continue to the trial date, or in the alternative, to stay the above-captioned action. Defs.' Mot. to Continue Trial Date and/or to Stay Action, ECF No. 212. Having considered the record of this case, the Court will direct that this action be stayed pending the resolution of parties' respective motions for summary judgment.

  Accordingly, it is hereby **ORDERED** that this action is **STAYED** until otherwise ordered. The Court will set a new trial date as necessary following the entry of an Order resolving Plaintiffs' Motion for Summary Judgment of Trademark Infringement, ECF No. 157, and Defendants' Motion for Partial Summary Judgment, ECF No. 161.

  **SO ORDERED.**

|                              | /s/ Timothy M. Reif                          |
|------------------------------|----------------------------------------------|
|                              | Timothy M. Reif, Judge                       |
| Dated: <u>June 3, 2025</u>   | United States Court of International Trade   |
| New York, New York           | *Sitting by Designation*                     |
|                              | United States District Court for the         |
|                              | Western District of North Carolina           |