# DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS

# [FILED SEPARATELY UNDER SEAL]