# EXHIBIT 1

[FILED SEPARATELY
UNDER SEAL]

EXHIBIT 1