# Exhibit B

# Exhibit B

Aaron D. Johnson (NY Bar No. AJ1977)
ADJohnson@lewisroca.com
David A. Jackson (admitted *pro hac vice*)
DJackson@lewisroca.com
Michael J. McCue (admitted *pro hac vice*)
MMcCue@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
100 Pine St., Ste. 1750
San Francisco, CA 94111
Tel: 650-687-8426
Fax: 650-391-1395

*Attorneys for Defendants Apex Tool Group LLC and Apex Brands, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CMT USA, Inc. and CMT Utensili S.p.A.,

Plaintiffs,

v.

Apex Tool Group LLC and Apex Brands, Inc.,

Defendants.

Case No. 1:23-cv-07507-JLR

**DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 1 – 18)**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendants Apex Tool Group LLC and Apex Brands, Inc. (collectively, "Apex") hereby responds to Plaintiffs' First Set of Interrogatories (Nos. 1 – 18) as follows:

## INTRODUCTORY STATEMENT

As a preliminary matter, Apex has fully attempted to respond to these interrogatories in good faith and exercising the diligence required under applicable law. The responses set forth below are based on information and documents identified by Apex during the course of its investigation. However, Apex has not fully completed its investigation, discovery, analysis, legal research or preparation for this matter. It is possible and probable that Apex's further investigation, discovery, analysis, legal research or preparation will result in discovering additional information and documents, including those that require modification of these responses. Accordingly, Apex reserves the right to supplement and otherwise modify these responses at any time in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

## GENERAL OBJECTIONS

1. Apex objects to Plaintiffs' First Set of Interrogatories to the extent that they call for the disclosure of information or documents protected by the attorney-client privilege, work product doctrine or other applicable privilege or immunity. Apex claims such privileges and protections to the extent implicated by each Interrogatory and excludes privileged and protected information from any answer to Plaintiffs' First Set of Interrogatories. Any disclosure is inadvertent and is not intended to waive those privileges or protections, which are specifically reserved.

2. Apex reserves all objections to relevance and materiality. Apex's answers shall neither waive nor prejudice any objections that Apex may later assert, including, without limitation, objections as to the admissibility of any document or subject matter at trial.

3. Apex objects to the definitions set forth in Plaintiffs' First Set of Interrogatories to the extent such definitions attempt to expand Apex's discovery obligations beyond those that are required by the Federal Rules of Civil Procedure.

## INTERROGATORIES

[redacted]

[redacted]

[redacted]

[redacted]

**<u>Interrogatory No. 6</u>:**

State by month (if available, or, if not, for each separate period reflected in Defendants' records) Defendants' expenditures for each advertising or promotional medium used to promote the Accused Blades.

**<u>Response</u>:**

Apex maintains records reflecting its advertising expenditures for its CRESCENT® brand saw blades. However, Apex sells a number of different saw blades that are used for purposes other

than cutting wood, and its records are not necessarily broken down in a manner that would isolate saw blades that would fall within CMT's definition of "Accused Blades." Nonetheless, Apex will produce records reflecting advertising expenditures for its CRESCENT® brand saw blades, which encompass (but are not necessarily limited to) circular blades for power saws for cutting wood.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

DATED: January 17, 2024

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: *<u>/s/ David A. Jackson</u>*

Aaron D. Johnson (NY Bar No. AJ1977)
David A. Jackson (admitted *pro hac vice*)
Michael J. McCue (admitted *pro hac vice*)
100 Pine St., Ste. 1750
San Francisco, CA 94111
Tel: 650-687-8426
Fax: 650-391-1395

*Attorneys for Defendants Apex Tool Group LLC and Apex Brands, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, a copy of this document was delivered by email on the following attorneys:

Edgar H. Haug, Esq.
Robert E. Colletti, Esq.
Patrick J. Lavery, Esq.
Jessica M. Stookey, Esq.
HAUG PARTNERS LLP
745 Fifth Avenue
New York, NY 10151
ehaug@haugpartners.com
rcolletti@haugpartners.com
cdebonis@haugpartners.com
plavery@haugpartners.com
jstookey@haugpartners.com
*Attorneys for Plaintiffs*
*CMT USA, Inc. and CMT Utensili S.p.A.*

/s/ David Jackson
David A. Jackson

## VERIFICATION

Ryan Kropfelder, under penalty of perjury, declares:

I am the Strategic Business Unit Leader for the CRESCENT® brand for Defendant Apex Tool Group LLC, and I am authorized to make this verification on behalf of Defendants Apex Tool Group LLC and Apex Brands, Inc. (collectively, "Apex"). I have read the foregoing DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 1 – 18) and know the contents thereof. The information contained therein is true to the best of Apex's knowledge, except as to those matters alleged on information and belief, and as to such matters, Apex believes them to be true.

By: Ryan Kropfelder

[redacted]