# EXHIBIT C

[FILED SEPARATELY UNDER SEAL]

# EXHIBIT C