# EXHIBIT D

[FILED SEPARATELY UNDER SEAL]


# EXHIBIT D