# EXHIBIT E

[FILED SEPARATELY UNDER SEAL]

EXHIBIT E