# EXHIBIT F

[FILED SEPARATELY UNDER SEAL]


# EXHIBIT F