# EXHIBIT G

[FILED SEPARATELY UNDER SEAL]

EXHIBIT G