# EXHIBIT H

[FILED SEPARATELY UNDER SEAL]

# EXHIBIT H