# EXHIBIT 2

[FILED SEPARATELY
UNDER SEAL]

EXHIBIT 2