# Exhibit C

# Exhibit C

**Saw blade information for CMT Case**

**Confidential Document: ATG**

**January 12, 2024**

1. Saw blade sales by year:
    a. 2021: [redacted]
    b. 2022: [redacted]
    c. 2023: [redacted]

2. Saw blades marketing spend by year:
    a. 2021: [redacted]
    b. 2022: [redacted]
    c. 2023: [redacted]

3. Saw blades headcount by year:
    a. 2021: [redacted]
    b. 2022: [redacted]
    c. 2023: [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY APEX00003387