# Exhibit D

# Exhibit D

| Show Name | Channel (auto, hdwr, ind, retail) | Start Date | End Date | Booth or Table Top | Booth Size | Selling Show Y or N | Sales Lead | Channel Lead | Show Location City/State | Brands Displayed | Booth Design (booth fixtures, demos, hauler, show car, signage) | Show Registration Complete | List Attendees | Additional Show Events (meeting, party, banquet, etc) | Hotel Room Link or Hotel Room Block | Customer Dinners Y or N | Holt Exhibits Support Y or N | Holt Preshow Booth Set Y or N | After Show Inventory Back to Holt Y or N | LY Spend (Booth, Attendee Registration, Skyline only - No T&E) | TY Budget Ask |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

Case 3:24-cv-00137-TMR-DCK Document 235-3 Filed 06/09/25 Page 2 of 9

Case 3:24-cv-00137-TMR-DCK Document 231-3 Filed 06/04/25 Page 2 of 9

| Show Name | SCM or Channel Lead Event | Type | Booth or Table Top | Selling Show (Y or N) | Sales Lead | Channel Lead | Planning Team (who is doing what?) | City, State | Start Date | End Date | Virtual or In Person | Gameplan / Booth Design | HT Support | PT Support | PTA Support | Weller Support | Jobox Support | Registration Complete | Attendees | Party | Donations | Hotels | Booth/Display | Customer Dinners | Marketing Vehicle | SKYLINE Support | SKYLINE Preshow Visit (Booth Setup) | After Show SKYLINE Inventory |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

[redacted]

| Show Name | Type | Selling Show (Y or N) | Sales Lead | City, State | Start Date | End Date | Virtual or In Person | Gameplan | HT Support | PT Support | Weller Support | Jobox Support | Registration Complete | Attendees | Party | Donations | Hotels | Booth/Display | Customer Dinners | Marketing Vehicle | After Show SKYLINE Inventory |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]





Case 3:24-cv-00137-TMR-DCK Document 235-3 Filed 06/09/25 Page 4 of 9

| Show Name | Type | Selling Show | Y or N | Sales Lead | City, State | Start Date | End Date | Show Status - COVID-19 Update | Owned by | [illegible] | [illegible] | Walker Support | [illegible] Support | Registration Complete | Attendees | Party | Donations | Hotels | Booth/Trailer | Customer Dinners | Marketing Vehicle | After Show [illegible] Inventory |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | | | | | | | | |

| Show Name | Type | Selling Show (Y or N) | Sales Lead | City, State | Start Date | End Date | Gameplan | HF Support | PT Support | Apex/Weller Support | Jobox Support | Registration Complete | Attendees | Party | Donations | Hotels | Booth/Display | Customer Dinners | After Show SKYLINE Inventory |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

**From:** Marketing Email Preview Send <noreply@hubspot.com>
**To:** "Mandelkorn, Michele" <michele.mandelkorn@apextoolgroup.com>
**Subject:** Preview - Still interested in a free saw blade?
**Date:** Wed, 27 Dec 2023 15:20:51 +0000
**Importance:** Normal

---

**Use Caution:** This email is from an external organization.

CRESCENT®

Hi there,

Guess what! We have additional Crescent NailSlicer™ framing blades, and you are next on our list to receive a free one! If you're still interested in receiving a free circular saw blade, please provide your mailing address by using the link below. Before you know it, your free Crescent NailSlicer™ blade will be on the way!

Your Crescent Team

Get Your Saw Blade!

---

Apex Tool Group, LLC, 910 Ridgebrook Road, Suite 200, Sparks, MD 21152
Unsubscribe Manage preferences

**From:** [redacted]
**To:** [redacted]
**Subject:** [redacted]
**Date:** [redacted]
**Importance:** [redacted]
**Inline-Images:** [redacted]

---

[redacted]

[redacted]