# Exhibit E

# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CMT USA, INC., ET AL.,
Plaintiffs, Case No.
vs. 3:24-CV-137
APEX TOOL GROUP, LLC, ET AL.,
Defendants.
____________________________________/

Pursuant to Notice, the videotaped deposition of CURTIS WEBER was taken on Friday, August 9, 2024, commencing at 9:01 a.m., at the offices of Veritext Legal Solutions, 36 S. Charles Street, Suite 2002, Baltimore, Maryland before David C. Corbin, a Registered Professional Reporter and Notary Public.

REPORTED BY: David Corbin, RPR

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:

ROBERT COLLETTI, ESQUIRE
PATRICK LAVERY, ESQUIRE
Haug Partners
745 5th Avenue, 10th Floor
New York, New York 10151
rcolletti@haugpartners.com

ON BEHALF OF THE DEFENDANTS:

JOY WOLLER, ESQUIRE
DAVID JACKSON, ESQUIRE
Lewis Roca
1601 19th Street, Suite 1000
Denver, Colorado 80202
jwoller@lewisroca.com

ALSO PRESENT: Bryce Rufener, Esquire, Apex Tool Group Inhouse Counsel

VIDEOGRAPHER: Brian Mackey

# I N D E X


Name of Witness

Curtis Weber

| Examination: | Page |
|---|---|
| By Mr. Colletti | 6 |


## E X H I B I T S


| | |
|---|---|
| Exhibit 42 Crescent brand guidelines | 52 |
| Exhibit 43 News announcement | 85 |
| Exhibit 44 Training module | 91 |
| Exhibit 45 News announcement | 93 |
| Exhibit 46 News announcement | 95 |
| Exhibit 47 News announcement | 142 |
| Exhibit 48 Apex Corporate Summary Report | 150 |
| Exhibit 49 Linked In page | 152 |
| Exhibit 50 Apex Bates 3515-3532 | 161 |
| Exhibit 51 Apex Bates 3300-3306 | 176 |
| Exhibit 52 Tested HQ report | 220 |
| Exhibit 53 Tested HQ report | 230 |
| Exhibit 54 Tested HQ PowerPoint | 236 |
| Exhibit 55 Apex Bates 2122-2138 | 239 |

Exhibit 56 E-mail 242
Exhibit 57 E-mail 244
Exhibit 58 E-mail 248
Exhibit 59 E-mail 248
Exhibit 60 Apex Bates 3392-3440 250
Exhibit 61 Power tool division document 255
Exhibit 62 Apex Bates 3632 265
Exhibit 63 CMT trademark registration 300
Exhibit 64 Letter from Lowe's 322
Exhibit 65 Apex Bates 3317-3323 331

(Exhibits retained by Mr. Colletti.)

HIGHLY CONFIDENTIAL EXCERPTS: Begin/End
52/83
128/152
177/

IT IS HEREBY STIPULATED AND AGREED that the reading and signing of this deposition are not waived.

VIDEOGRAPHER: We're going on the record at 9:01 a.m. on August 9th, 2024. This is media unit one in the deposition of Curt Weber in the matter of CMT USA, Incorporated, et al, versus Apex Tool Group, LLC, et al. In the United States District Court for the Western District of North Carolina, Charlotte Division. Case number 3:24-CV-137-RJCDCK. This deposition is taking place at 36 South Charles Street, Baltimore, Maryland. My name is Brian Mackey from Veritext and I'm the videographer. The court reporter today is Dave Corbin from Veritext. Would counsel please state their appearances and affiliations for the record.

MR. COLLETTI: My name is Rob Colletti. I'm with Haug Partners. I represent the plaintiffs CMT Utensili and CMT USA.

MR. LAVERY: Patrick Lavery also with Haug

Partners representing the plaintiffs CMT Utensili and CMT USA.

MR. JACKSON: David Jackson with Lewis Roca representing the defendants Apex Tool Group and Apex Brands, Inc.

MS. WOLLER: Joy Woller with Lewis Roca representing Apex Tool Group and Apex Brands, Inc.

MR. RUFENER: Bryce Rufener. I'm inhouse counsel for Apex Tool Group.

VIDEOGRAPHER: Will the reporter please swear in the witness.

CURTIS WEBER,

duly been sworn/affirmed to tell the truth, the whole truth, and nothing but the truth, testifies as follows:

E X A M I N A T I O N

BY MR. COLLETTI:

Q. Good morning, Mr. Weber. Can you state your full name for the record?

A. Curtis Joseph Weber.

(Off the record.)

VIDEOGRAPHER: We're back on the record. The time is 4:33 p.m. This is media number six.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

STATE OF MARYLAND

I, David Corbin, a Notary Public in and for the State of Maryland, do hereby certify that the within named, CURTIS WEBER, personally appeared before me at the time and place herein set according to law, was interrogated by counsel.

I further certify that the examination was recorded stenographically by me and then transcribed from my stenographic notes to the within printed matter by means of computer-assisted transcription in a true and accurate manner.

I further certify that the stipulations contained herein were entered into by counsel in my presence.

I further certify that I am not of counsel to any of the parties, not an employee of counsel, nor related to any of the parties, nor in any way interested in the outcome of this action.

AS WITNESS my hand and Notarial Seal this 15th day of August, 2024, at Centerville, Maryland

David C. Corbin
Notary Public

My commission expires November 13, 2027

JOY WOLLER, ESQ.
jwoller@lewisroca.com

August 20, 2024

RE: CMT USA, INC., ET AL. v. APEX TOOL GROUP, LLC, ET AL.

8/9/2024, Curtis Weber (#6788727)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at cs-ny@veritext.com.

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,

Veritext Legal Solutions

# E R R A T A  S H E E T

CMT USA, INC., ET AL. v. APEX TOOL GROUP, LLC, ET AL.

8/9/2024 - Curtis Weber (#6788727)

PAGE LINE CORRECTION AND REASON

_____ _____ ______________________________

_____ _____ ______________________________

_____ _____ ______________________________

_____ _____ ______________________________

_____ _____ ______________________________

_____ _____ ______________________________

_____ _____ ______________________________

_____ _____ ______________________________

_____ _____ ______________________________

_____ _____ ______________________________

_____ _____ ______________________________

_____ _____ ______________________________

_____ _____ ______________________________

_____ _____ ______________________________

_____ _____ ______________________________

_________________________ _______________

Curtis Weber Date

CMT USA, INC., ET AL. v. APEX TOOL GROUP, LLC, ET AL.
8/9/2024 - Curtis Weber (#6788727)

ACKNOWLEDGEMENT OF DEPONENT

I, Curtis Weber, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

______________________________ _______________

Curtis Weber Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

______ DAY OF ________________, 20___.

__________________________

NOTARY PUBLIC

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.