# Exhibit F


# Exhibit F

## Wildman, Karen

**From:** Johnson, Aaron D. <Aaron.Johnson@wbd-us.com>
**Sent:** Thursday, March 13, 2025 2:18 PM
**To:** Basanta, Mark; Johnson, Aaron D.; Woller, Joy
**Cc:** Colletti, Robert; Ruggeri, Malorie; DeBonis, Caroline; Joshua B. Durham; Jackson, David A.; Wildman, Karen
**Subject:** RE: K Holt Errata

Dear Mark,

Regarding the issues from your email:

1. Supplementation for 2024

Apex agrees to supplement its discovery responses for the 2024 calendar year, as applicable. Since both parties have obligations to supplement their discovery and neither party has supplemented for the complete 2024 year, we propose that the parties agree on a date to mutually exchange documents with the supplemental information. Our proposal is for that date to be two months before the start of trial, to enable both sides' experts sufficient time to review and analyze the supplemental information.

As part of this, we'd expect that CMT would supplement the following documents through the end of 2024:

- Sales, with revenue and cost information (update to CMT0014539 and CMT0012993 with all the same columns as in the "All Sales" and "Foglio1" tabs)
- Both Plaintiffs' Income Statements and P&L Statements for 2024, in the same format as CMT0013431

And Apex would agree to supplement the following documents through the end of 2024:

- Marketing spend and headcount (update to APEX00003387)
- Sales, with revenue and cost (update to APEX00003308, APEX00003309, APEX00003314, and APEX00025303)

2. Additional information regarding APEX00003387

We have reviewed your questions regarding APEX00003387 and don't believe any additional information or comment on the document is necessary. The document is accurate, and to the extent that CMT had any questions about how it was created CMT had sufficient time to ask those questions. The document was produced on May 17, 2024, over five months before the end of fact discovery. CMT also had many hours of deposition time to ask questions about the document. We note that CMT asked both Mr. Kropfelder and Mr. Weber about the document during their depositions, and during his deposition Mr. Weber confirmed he created it. Based on our review of the deposition transcripts the document was not brought up during either of the 30(b)(6) depositions of Apex, despite both taking place after production of the document. As a result, we believe the case law is clear that CMT had sufficient time to probe any questions it had about the document during fact discovery, and CMT is not able to re-write the case schedule to ask additional questions at this time.

3. Request for documents used in response to Interrogatory 6

Apex specifies the following document for its response to Interrogatory 6, pursuant to FRCP 33(d):

- APEX00003387

Best regards,
Aaron


**Aaron Johnson**
Partner
Womble Bond Dickinson (US) LLP

**d:** 650.687.8426
**e:** Aaron.Johnson@wbd-us.com

50 California Street
Suite 2750
San Francisco, CA 94111

WOMBLE BOND DICKINSON

**womblebonddickinson.com**


**From:** Basanta, Mark <MBasanta@haugpartners.com>
**Sent:** Wednesday, March 5, 2025 1:23 PM
**To:** Johnson, Aaron D. <Aaron.Johnson@wbd-us.com>; Woller, Joy <Joy.Woller@wbd-us.com>
**Cc:** Colletti, Robert <RColletti@haugpartners.com>; Ruggeri, Malorie <mruggeri@haugpartners.com>; DeBonis, Caroline <CDeBonis@haugpartners.com>; Joshua B. Durham <jdurham@belldavispitt.com>; Jackson, David A. <David.Jackson@wbd-us.com>; Wildman, Karen <Karen.Wildman@wbd-us.com>
**Subject:** RE: K Holt Errata

**CAUTION! [External to Womble Bond Dickinson]**

Thanks for the update Aaron. We look forward to Apex's response early next week.

**From:** Johnson, Aaron D. <Aaron.Johnson@wbd-us.com>
**Sent:** Wednesday, March 5, 2025 3:42 PM
**To:** Basanta, Mark <MBasanta@haugpartners.com>; Woller, Joy <Joy.Woller@wbd-us.com>
**Cc:** Colletti, Robert <RColletti@haugpartners.com>; Ruggeri, Malorie <mruggeri@haugpartners.com>; DeBonis, Caroline <CDeBonis@haugpartners.com>; Joshua B. Durham <jdurham@belldavispitt.com>; Jackson, David A. <David.Jackson@wbd-us.com>; Johnson, Aaron D. <Aaron.Johnson@wbd-us.com>; Wildman, Karen <Karen.Wildman@wbd-us.com>
**Subject:** RE: K Holt Errata

**This Message originated outside your organization.**

Dear Mark,

We are currently working on a response to the issues you mention below, but we will not be able to have a full response to you by today. We expect to have a response to you by early next week.

Best regards,
Aaron

**Aaron Johnson**
Partner
Womble Bond Dickinson (US) LLP

**d:** 650.687.8426
**m:**
**e:** Aaron.Johnson@wbd-us.com

50 California Street
Suite 2750
San Francisco, CA 94111

WOMBLE BOND DICKINSON

**womblebonddickinson.com**

---

**From:** Basanta, Mark <MBasanta@haugpartners.com>
**Sent:** Wednesday, February 26, 2025 1:24 PM
**To:** Woller, Joy <Joy.Woller@wbd-us.com>
**Cc:** Colletti, Robert <RColletti@haugpartners.com>; Ruggeri, Malorie <mruggeri@haugpartners.com>; DeBonis, Caroline <CDeBonis@haugpartners.com>; Joshua B. Durham <jdurham@belldavispitt.com>; Jackson, David A. <David.Jackson@wbd-us.com>; Johnson, Aaron D. <Aaron.Johnson@wbd-us.com>; Wildman, Karen <Karen.Wildman@wbd-us.com>
**Subject:** RE: K Holt Errata

**CAUTION! [External to Womble Bond Dickinson]**

---

Hi Joy,

My earlier email had placeholder production numbers. That citation should have been CMT0014784-962. We expect to be able to serve those documents this week.

Thanks,

Mark

---

**From:** Basanta, Mark
**Sent:** Wednesday, February 26, 2025 4:18 PM
**To:** 'Woller, Joy' <Joy.Woller@wbd-us.com>
**Cc:** Colletti, Robert <RColletti@haugpartners.com>; Ruggeri, Malorie <mruggeri@haugpartners.com>; DeBonis, Caroline <CDeBonis@haugpartners.com>; Joshua B. Durham <jdurham@belldavispitt.com>; Jackson, David A. <David.Jackson@wbd-us.com>; Johnson, Aaron D. <Aaron.Johnson@wbd-us.com>; Wildman, Karen <Karen.Wildman@wbd-us.com>
**Subject:** RE: K Holt Errata

Hi Joy,

We're following up on Ms. Holt's deposition and Apex's marketing spend on saw blades that was discussed extensively at the deposition.

As established during the deposition, Apex's representation that it spent [redacted] on marketing its circular saw blades in 2023 is inconsistent with its documented activities. As you know, Apex markets/advertises "through trade shows ... product catalogs, and email campaigns," as well as through its own website and various social media accounts, and by other means. Apex's Resp. to Interrog. 5 (Jan. 17, 2024). As discussed with Ms. Holt, Apex attended over [redacted] trade shows in 2023 alone (Holt Dep. Ex. 7 (APEX00003602)) and produced a 2024 product catalog featuring its saw blades (Holt Dep. Ex. 5). If Ms. Holt had not been as obstructive as she was during her deposition, we would have had time to further explore numerous social media posts by Apex and its influencers in 2023-24 (*e.g.*, Dep. Ex. 46 (APEX00005239); CMT000__–__) and Apex's email campaigns in 2023-24 (*e.g.*, Dep. Ex. 56 (APEX00003266); Dep. Ex. 59 (APEX00003270)). These are just examples, of course. Needless to say, these activities necessarily incurred costs, contradicting Apex's representation that it spent [redacted] marketing/advertising saw blades in 2023 (Dep Ex. 12 (APEX00003387)). There's also good reason to question the accuracy of Apex's 2021 and 2022 numbers. *E.g.*, Weber Tr. 319:7-17 ("When I got involved in 2021 and took [saw blades] over," Apex was "spending [redacted] in marketing money....").

Ms. Holt also mentioned that she didn't include Apex's full 2024 financial results in her analyses because they were not available yet. Given that it is almost March 2025, we trust that Apex now has these figures.

In accordance with FRCP 26(e), CMT requests that Apex promptly update its response to CMT's Interrogatory No. 6 to correct Apex's 2021-23 information and supplement the 2024 information. If Apex is using FRCP 33(d) for any part of its response to Interrogatory 6, Apex must "specify[] the records" that it's relying on such that CMT can "locate and identify them as readily as [Apex] could." To date, Apex has not done so. We also request that Apex similarly correct and supplement APEX00003387, which is materially incorrect and incomplete.

Please provide us the requested updates by March 5, 2025. This information is critical to CMT's case; further delay would be prejudicial.

Thanks,

Mark

---

**From:** Woller, Joy <Joy.Woller@wbd-us.com>
**Sent:** Tuesday, February 18, 2025 11:00 AM
**To:** Colletti, Robert <RColletti@haugpartners.com>; Basanta, Mark <MBasanta@haugpartners.com>; Ruggeri, Malorie <mruggeri@haugpartners.com>
**Cc:** Jackson, David A. <David.Jackson@wbd-us.com>; Johnson, Aaron D. <Aaron.Johnson@wbd-us.com>; Wildman, Karen <Karen.Wildman@wbd-us.com>
**Subject:** K Holt Errata

**This Message originated outside your organization.**

---

Counsel,

Please see the attached errata letter for Ms. Holt.

Best regards

Joy

**Joy Woller**

She/Her
Partner
Womble Bond Dickinson (US) LLP

**d:** 303.628.9504
**m:**
**e:** Joy.Woller@wbd-us.com

1601 19th Street
Suite 1000
Denver, CO 80202

WOMBLE BOND DICKINSON

**womblebonddickinson.com**

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

---

This email originates from Haug Partners LLP. It is intended only for the addressee(s) named herein, and may contain confidential and/or legally privileged information. The dissemination, distribution, or copying of this email by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you received this message in error, please promptly notify us at firm@haugpartners.com or (212) 588-0800.

---

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.
This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.