# Exhibit 2

Exhibit 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-CV-00137-TMR-DCK

CMT USA, Inc. and CMT Utensili S.p.A.,

Plaintiffs,

v.

Apex Tool Group LLC and Apex Brands, Inc.,

Defendants.

**DECLARATION OF CURTIS WEBER**

I, Curtis Weber, affirm under penalty of perjury under the laws of the United States as follows:

1. I am over the age of 18, have personal knowledge as to the statements that follow, and would be competent to testify on all matters stated herein.

2. I am the former Vice President of Marketing for the CRESCENT brand of products at Apex Tool Group, LLC ("Apex"), a position I held from August 2021 through May 2024. My responsibilities in that role included developing strategies and tactics for CRESCENT brand marketing, product management, channel marketing, trade marketing, category management, and demand creation.

3. I left Apex in June 2024.

4. During my time at Apex I was familiar with the CRESCENT line of products at Apex and was involved in all marketing activities for the entire CRESCENT line of products in my role as Vice President of Marketing for the CRESCENT brand.

5. On or around January 12, 2024 I created a document titled "Saw blade information for CMT Case." I created this document as part of the captioned lawsuit filed by CMT USA, Inc. and

CMT Utensili S.p.a. That document included saw blades advertising spend by year, which was estimated at [redacted] in 2021, [redacted] in 2022, and [redacted] in 2023. Those numbers encompassed advertising spend for the entire line of CRESCENT saw blades and was not limited to circular saw blades for cutting wood, which represents a subset of the saw blades sold under the CRESCENT brand. Apex did not limit or designate its advertising spend based on the type of material designed to be cut by the different saw blades Apex sold.

6. I was deposed in connection with this lawsuit on or around August 9, 2024. During that deposition I was presented with the "Saw blade information for CMT Case" document I created and answered a number of questions related to that document.

7. I confirm that the saw blades advertising spend by year for 2021, 2022, and 2023 set forth in the "Saw blade information for CMT Case" document was correct to the best of my knowledge when I created it in January 2024, and I maintain that the information set forth in that document is correct to the best of my knowledge.

8. If asked to testify at trial in this case, I am prepared to testify that the saw blades advertising spend by year for 2021, 2022, and 2023 set forth in the "Saw blade information for CMT Case" document was and remains correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.




Executed on: June 4, 2025 /s/ Declarant