# Exhibit 1

# Exhibit 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00137-TMR-DCK

CMT USA, Inc. and CMT Utensili S.p.A.,

Plaintiffs,

v.

Apex Tool Group LLC and Apex Brands, Inc.,

Defendants.

**DECLARATION OF AARON D. JOHNSON**

I, Aaron D. Johnson, affirm under penalty of perjury under the laws of the United States as follows:

1. I am a partner at the law firm of Womble Bond Dickinson (US) LLP, counsel for Defendants in this proceeding.

2. I am over the age of 18, have personal knowledge as to the statements that follow, and would be competent to testify on all matters stated herein.

3. Apex hired Professor Steven Bleicher to offer certain opinions about the colors at issue in this case.

4. Attached as **Exhibit A** is a true and correct copy of Professor Bleicher's CV, which was attached as Exhibit 2 to the Bleicher Report.

5. Attached as **Exhibit B** is a true and correct copy of an online listing for Professor Bleicher's book "Contemporary Color: Theory and Use" which includes critic reviews of the book, one of which calls it a "must-have for students of art and design."

6. After he wrote the Bleicher Report and the Bleicher Rebuttal Report, and had his deposition taken by CMT counsel, Professor Bleicher unfortunately and suddenly passed away in March 2025. Once his death was confirmed, Apex quickly informed CMT's counsel about his

death and then developed a plan for how to replace his testimony based on Fourth Circuit precedent. Apex proposed a substitute expert and attempted to negotiate with CMT on the parameters for the substitute expert's testimony in order to gain CMT's consent and efficiently resolve the problem, including offering to restrict the substitute expert's report to the identical topics of the Bleicher Report and the Bleicher Rebuttal Report. But CMT refused to consent to any of Apex's proposals. Apex was then forced to file the Substitution Motion, which requests leave to disclose a substitute expert and sets forth in greater detail the circumstances and communications between the parties regarding Professor Bleicher's passing.

7. Attached as **Exhibit C** is a true and correct copy of the transcript for the Deposition of Seven Bleicher, taken on February 28, 2025.

8. Attached as **Exhibit D** is a true and correct copy of the transcript for the Deposition of David Wyble, taken on February 5, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 13, 2025 /s/ Aaron D. Johnson
Declarant