# Exhibit A

# Exhibit A

# STEVEN BLEICHER

136 Sardis Drive
Myrtle Beach, South Carolina 29579
954-558-2555
stevenbleicher@gmail.com
www.stevenbleicher.com
https://www.instagram.com/stbleicher/


## EDUCATION

| | | |
|---|---|---|
| 1979 | **Master of Fine Arts** (with Highest Honors) | Pratt Institute, Brooklyn, New York |
| 1977 | **Bachelor of Fine Arts** (with Honors) | Pratt Institute, Brooklyn, New York |

## ACADEMIC EXPERIENCE

2005-Present

**Professor of Visual Arts**
**Director of Special Programs and Projects (2015-2017)**
**Associate Dean, Edwards College of Humanities and Fine Arts (2012-2015)**
**Visual Arts Department Chair (2005-2007)**
Coastal Carolina University, Conway, South Carolina

**Director of Special Programs and Projects**
-Oversee the Director of the Arts proposal for the dean (Spring 2015).
-COHFA QEP Coordinator (Spring 2015).
-Developed a formal partnership for the University and the Gullah-Geeche Federal Corridor.
-Other projects assigned by the dean.

**Associate Dean**
-Responsibilities: Oversee College administration, fundraising, donor/board relations, work directly with dean on strategic plan initiative, accreditation, curriculum, College press, Cultural Arts Calendar, and endowed lecture series. Represent dean, College and University at official functions. Currently work with departments of visual arts, theater and music to develop an arts therapy program.
-Fundraising: Developed and oversaw the donation of a million dollar gift of Audubon and related artworks. Board of Visitors liaison. Direct and coordinate annual College Gala, fundraising initiatives including donor relations, private endowments, alumni and community outreach; Cultural Arts Calendar fundraising and sponsorship.
-Supervise: Nine academic department chairs, five associate chairs, four full-time and eight part-time administrative and support staff.
-Budgets: Cost Center Director for College press and Cultural Arts Calendar.
-Accreditation: appointed by dean to oversee all professional accreditations (NASAD, NASM, NAST and ACEJMC).
-Committees: Supervise all College-wide committees; represent College at Associate Provost's Council, University Research Committee, Enrollment Management Committee, Admissions and Scholarship Committee; Center for Excellence in Teaching and Learning.
-Accomplishments: Developed the third largest single gift/donation of a million dollars of Audubon and other related artworks to the college. Established the Athenaeum Press and subsequent endowment, manage bi-annual Cultural Arts Calendar (including selecting/hiring guest performers/artists, budget, advertising and publicity), direct global initiatives, including faculty exchanges, study abroad and visiting artist series.

**Visual Arts Chair – Faculty**
-Responsibilities: Oversaw departmental administration, accreditation, assessment, development of new curricula and annual reviews for tenure and promotion, instituted a faculty mentoring program, represented University and department at recruiting events, worked on fundraising initiatives, community outreach and annual College Gala.

-Supervise: 14 full-time faculty and seven adjunct faculty as well as a staff of three full-time and five part-time administrative and support staff.
-Budgets: Visual Arts Department and Cost Center Director for all of the Bryan Gallery budgets including all annual endowments.
-Accreditation: Prepared initial reports and established committees for NASAD accreditation. Hired consultant to review health and safety issues - all recommendations implemented and a full-time studio technician was hired.
-Committees: College Technology Committee, Ad-hoc Faculty Senate Distance Education Committee (committee was charged with developing University policies on distance education – Provost adopted all recommendations and the committee was permanently established), College representative to the Center for Excellence in Teaching and Learning where I developed a University-wide faculty mentoring program.
-Accomplishments: Established the groundwork for the graphic design major, developed and created first visual arts distance education course: ARTS 102, *Visual Art and Culture*. Added several new full-time faculty lines to the department, developed exchange program with the Nanjing Art Institute that culminated in exhibitions at NAI and CCU.

Courses Taught

*Artist as Professional (Senior Capstone Course)*
*Internship Coordinator*
*Art Fundamentals, Visual Arts and Culture*
*Foundations III*
*Drawing 1, Drawing 2*
*Electronic Design (Graphic Design 1)*
*Digital Image Making*
*The History of Color in Art and Design*
*Advanced Color Theory*
*Mixed Media*

2005-2007 **Graduate Thesis Advisor - Mentor**
Art Department, Concordia University & Quebec University, Quebec, Canada

1997-2005 **Senior Faculty** (Dual Appointment)
Graphic Design Department and Arts and Humanities Program
The Art Institute of Fort Lauderdale, Fort Lauderdale, Florida
-Interim Chair of Graphic Design (1997-1998).
-Acting Chair of Arts and Humanities while Director was on leave.
-Responsibilities: Oversaw development of new curricula, planned semester schedule, hired adjunct faculty as needed. Managed admissions and recruiting events.
-Supervise: as Interim Chair of Graphic Design -12 full-time faculty, eight part-time faculty and three full-time administrative staff and while Acting Chair of Arts and Humanities: 14 full-time faculty and 10 part-time faculty.
-Budgets: Administered Graphic Design Department budget ($35,000).
-Committees: System-wide Foundation Committee, developed comprehensive foundations program for all colleges and units. Faculty Development Committee.
-Accomplishments: Developed system wide foundations program, which became the Arts and Humanities Program. Instituted faculty development program and related travel grant program. Implemented new assessment plan working with Graphic Design Industry Advisory Board and faculty.

Courses Taught

*Senior Thesis Project*
*Three Dimensional Design, Advanced Three-Dimensional Design*
*Drawing and Perspective, Life Drawing, Drawing and Anatomy*
*Design Basics, Digital Design Basics, Color Applications*
*Digital Imaging, Computer Graphics*

1995-1997 **Assistant Professor**

Art Department, Marian College, Fond du Lac, Wisconsin

-Accomplishments: Founded a new state-of-the-art darkroom facility and secured funding (donations) for equipment and supplies. Established new computer graphics facility and classroom/studio space. Developed *Digital Art Fundamentals* curriculum. Selected as guest artist for the University of Wisconsin Pigeon Lake Summer Program.

Courses Taught

*Fine Arts I – IV, Life Drawing*
*Basic Design, Art Fundamentals, Digital Art Fundamentals*
*Digital Imaging, Photography*
*Arts and Culture, Modern Art (1860 to Present)*

1989-1995 **Assistant Dean of the School of Art and Design**

Fashion Institute of Technology, New York, New York

-Responsibilities: Administered the day-to-day operations of the division. Represented division in all tenure and promotion matters. Chaired weekly Dean's and Chairs meeting. Assumed Dean's role on campus when required. Oversaw departmental five-year reviews. Instituted divisional assessment plan. Represent Dean at all recruiting and promotional events. Worked closely with chairpersons developing new curricula and programs. Institutional representative to American Indian Community House.

-Supervise: 22 Chairs and Assistant Chairs and supervised 12 full-time administrative staff and technicians.

-Budgets: $985,000 divisional budget and worked with chairpersons to develop their departmental annual budgets.

-Accreditation: Headed and authored NASAD reaccreditation self-study. Division representative to Middle States reaccreditation team. Dean's representative for FIDER accreditation.

-Accomplishments: Managed and coordinated construction on new academic computer facility. Added new departments in Toy Design, Menswear Design and Restoration. Established new fundraising initiatives and chaired *300 Photographs* benefit. Administered Federal Title III Grant totaling $100,000 annually.

Courses Taught

*Freshman Seminar*

**Adjunct Professor**

Fine Arts, Photography, and Accessories Design Departments,
Fashion Institute of Technology, New York, New York

Courses Taught

*Life Drawing, Drawing and Anatomy*
*Internship and Special Projects*
*Alternative Imaging Seminar*

1995 **Curriculum Development Specialist (Tribal Arts)**

New York University, School of Continuing Education, New York, New York

-Developed new Continuing Education and non-degree offerings in non-western art.

1986-1989 **Software and Systems Instructor (Systems Liaison)**

Academic and Administrative Computing Departments
Brooklyn College, City University of New York, Brooklyn, New York

-Responsibilities: Worked with faculty to integrate new technology into curriculum. Wrote functional specifications for administrative database management system. Liaison to the Registrar's Office and member of the University Enrollment Management Committee. Trained faculty and staff on computer software and hardware.

-Supervise: Staff of five full-time and four part-time (student aides).

-Accomplishments: Developed plans for new Academic Computing Department.

1983-1986 **Department Manager**
State University of New York at Old Westbury, Old Westbury, New York
-Responsibilities: Managed and directed all administrative aspects of department. Worked closely with Director on annual budget and financial planning. Worked with university auditors. Managed registration activities for the area. Represented department on University Enrollment Management Committee. Implemented new computerized financial control systems.
-Supervise: 12 full-time and 4 part-time staff.
-Budgets: Oversaw departmental accounts ($40,000).
-Accomplishments: Representative to University Administrative and Academic Computer Task Force. Represented Task Force at statewide meetings and conferences.

1980-1983 **Assistant Director**
New York Studio School of Drawing, Painting, and Sculpture, New York, New York
-Responsibilities: Oversaw day-to-day administration of school including all finances. Administered scholarship programs including Australia Arts Commission Grants. Secured visas for visiting faculty and students. Managed federal financial aid programs, acted as registrar. Worked closely with Director on fundraising and grant writing initiatives. Worked with Assistant Dean on visiting artist and lecture programs. Hired and supervised model program (each week the school hired 15 life models.) Coordinated Student Mobility Program with 15 art schools and universities nationally.
-Supervise: 4 full-time staff including bookkeeper, maintenance and administrative staff and 15 part-time student workers.
-Budgets: Oversaw entire operating budget for school ($300,000). Acted as agent for school's rental property ($24,000 annually).
-Accomplishments: Streamlined administrative operations. Increased number of federal student aid programs generating significant funding for eligible students. Completed New York University certificate program in fundraising and grant writing management.

1978-1979 **Graduate Teaching Assistant and Intern**
Art History Department, School of Visual Arts, New York, New York
Courses Taught
*Works on Paper, Tribal Arts*

---

## INTERNATIONAL PUBLIC ART INSTALLATION

2013 *Man and Nature in Rhapsody of Light*, Water Cube, Beijing, China
Artists: Jennifer Wen Ma, Zheng Jainwei and Steven Bleicher.
-A reimagining of the cellular skin of the Water Cube combining traditional Chinese philosophy, contemporary conceptual aesthetics and digital technology.

---

## RECENT SOLO EXHIBITIONS

2024 Bryan Art Gallery, *Pure Color,* Conway, South Carolina

2023 Art Reach of Mid-Michigan, Mt. Pleasant, Michigan

2021 Outlander Gallery, *Harriet Tubman Byway*, Jersey City, New Jersey

2020 Holy Family University Art Gallery, *Harriet Tubman Byway*, Philadelphia, Pennsylvania

2019 Martin Hall Gallery, Mobile University, *Kings Highway, The Father Road*, Mobile, Alabama
North Charleston City Gallery, *Southern Stories of the Kings Highway*, North Charleston, South Carolina

| | |
|---|---|
| 2018 | The Franklin G. Burroughs-Simeon B. Chapin Museum of Art*, Southern Stories of The Kings Highway*, Myrtle Beach, South Carolina |
| 2015 | The Center for Life and Faith Gallery, Luther College, *Route 66*, Decorah, Iowa |
| 2013 | Branigan Cultural Arts Center, *Concrete Currents*, Las Cruses, New Mexico |
| 2012 | Pickens Museum of Art, *Road Stories,* Pickens, South Carolina<br>Tony Hungerford Gallery, *Route 66*, La Plata, Maryland |
| 2011 | McClellanville Arts Council, *Destinations,* McClellanville, South Carolina<br>Moberly Community College Gallery, *American Memento*, Moberly, Missouri |
| 2008 | Santa Fe College Art Gallery, *Marginal Terrain*, Gainesville, Florida |
| 2007 | Southeastern Community College, *Recent Work*, Whiteville, North Carolina |
| 2005 | Mark Wheeler Gallery, *Marginal Terrain*, Fort Lauderdale, Florida |
| 2003 | University of South Carolina, *American Dreams*, Spartanburg, South Carolina |
| 2001 | Shacknow Museum of Fine Arts, *A Decade of Work*, Plantation, Florida |
| 1999 | Third Avenue Art, *Gallery Walk*, Fort Lauderdale, Florida |
| 1997 | An Appetite for Art, Milwaukee, Wisconsin |
| 1996 | An Appetite for Art, Milwaukee, Wisconsin |
| 1993 | Agora Gallery, New York, New York<br>Virginia Center for the Creative Arts, Sweet Briar, Virginia |
| 1992 | Wetherholt Gallery, Washington, D. C. |

**SELECTED GROUP EXHIBITIONS (SINCE 1990)**

| | |
|---|---|
| 2024 | Sig Held Gallery, *Yom Hashoah*, Nashville, Tennessee |
| 2023 | James May Gallery, *Harriet Tubman Byway,* Dousman, Wisconsin<br>Sig Held Gallery, *History of the Jewish Press*, Nashville, Tennessee |
| 2022 | Drawing Rooms Artsy.net, *Rewriting Herstory: Women Making the World Better,* Jersey City, New Jersey<br>Side Street Studio Gallery, *Yellow,* Elgin, Illinois<br>Janice Charach Gallery, *Flight*, West Bloomfield, Michigan<br>Second Street Studio, *Four Person Exhibition*, Troy, New York<br>Studio Montclair, *On the Surface*, Montclair, New Jersey<br>Studio Next, *Black & White Exhibition*, Kolkata, West Bengal, India (online due to lock down) |
| 2021 | Hellenic Museum of Michigan, *Inaugural Exhibition*, Detroit, Michigan<br>ArtSPACE, *Summer Exhibition, London*, England (online due to lockdown)<br>Seacoast Artists Gallery, *Guest Artist*, Myrtle Beach, South Carolina |
| 2020 | Mikhail Zakin Gallery, *Visual Thinking: A Drawing Show*, Demarest, New Jersey<br>Chapin Museum of Art, *The Power of She*, Myrtle Beach, South Carolina |
| 2019 | Center for Contemporary Art, *South Carolina Biennial 2019*, Columbia, South Carolina<br>VAE Raleigh, *Unfinished Business, Raleigh, North Carolina* |

| | |
|---|---|
| 2018 | Rebecca Bryan Art Gallery, *Triennial Faculty Exhibition*, Conway, South Carolina |
| 2015 | Pratt Institute, *Alumni Exhibition*, Brooklyn, New York<br>Rebecca Bryan Art Gallery, *Biannual Faculty Exhibition*, Conway, South Carolina |
| 2012 | Marygrove College Gallery, *Retooled/Repackaged*, Detroit, Michigan<br>Rebecca Bryan Art Gallery, *Faculty Biennial*, Conway, South Carolina |
| 2011 | St. Louis Art Center, *FATE Juried Exhibition,* St. Louis, Missouri<br>Studio 659 Gallery, *Joyride*, Whiting, Indiana<br>Rochester Contemporary Art Center, *6X6X2010*, Rochester, New York<br>Rebecca Bryan Art Gallery, *Vestages*, Conway, South Carolina |
| 2010 | McCutchan Art Center, *Jumping Off of Cliff,* Evansville, Indiana<br>Rochester Contemporary Art Center, *6X6X2010*, Rochester, New York<br>ArtHouse, *Mailme,* Brooklyn, New York<br>Rebecca Bryan Art Gallery, *Faculty Exhibition*, Conway, South Carolina |
| 2009 | Rocky Mountain Art Center, *Sculptural Influence,* Rocky Mountain, North Carolina<br>Rebecca Bryan Art Gallery, *Faculty Exhibition*, Conway, South Carolina<br>Gallery 37A, *Gallery Artists*, Dania Beach, Florida |
| 2008 | Schweinfurth Memorial Art Center, *Highways and Byways*, Auburn, New York<br>Gallery 1708, *Heartland*, Chicago, Illinois<br>Ohabai Sholom Gallery, *Arts Festival Invitational Exhibition*, Nashville, Tennessee |
| 2007 | Athens Institute of Contemporary Art, *Spaces In Between*, Athens, Georgia<br>The Cultural Center, *SECAC Juried Members' Exhibition*, Charleston, West Virginia<br>Ohabai Sholom Gallery, *Arts Festival Invitational Exhibition*, Nashville, Tennessee<br>Gallery 37A, *Gallery Artists*, Dania Beach, Florida |
| 2006 | Gallery 37A, *Gallery Artists*, Dania Beach, Florida<br>Gallery 57, *New Southern Artists*, Pawleys Island, South Carolina<br>Rebecca Bryan Art Gallery, *Faculty Exhibition*, Conway, South Carolina |
| 2005 | Levall Gallery, *ArCade Retrospective*, Novorsbirsk, Russia<br>Gallery 37A, *New Work*, Dania Beach, Florida |
| 2004 | SIGGRAPH Art Gallery, *Synesthesia*, Los Angeles, California<br>The Main Gallery, *ArCade IV*, Psalter Lane Site, Sheffield Hallam University, Sheffield<br>Foyer Gallery, *ArCade IV*, University of Central Lancaster, Preston, Lancashire,<br>Center for the Arts, *2+3 Traveling Exhibition*, Jupiter, Florida<br>Artists' Haven Gallery of Fine Art, *Winter Exhibition*, Fort Lauderdale, Florida<br>Mark Wheeler Gallery, Fort Lauderdale, Florida<br>Gallery 218, *Gallery Artists*, Milwaukee, Wisconsin<br>European CADE 2004, *Human-computer Interaction Design*, Copenhagen, Denmark |
| 2003 | University of Brighton, *ArCade IV, Digital Invitational Traveling Exhibition,* Brighton, UK England *(The exhibition is currently scheduled to travel throughout Europe and Russia)*<br>Bonnet House, *Invitational Exhibition*, First Prize Award, Fort Lauderdale, Florida<br>Dee Shaw Gallery, *Foundations Today: Student-Mentor Exhibition*, Ogden, Utah<br>Vero Beach Museum of Art, *2+3 Traveling Exhibition*, Vero Beach, Florida<br>Webber Center, *2+3 Traveling Exhibition*, Ocala, Florida<br>Mark Wheeler Gallery, Fort Lauderdale, Florida<br>Gallery 218, *Gallery Artists*, Milwaukee, Wisconsin<br>Gallery 218, *Elvis and Other Icons*, Milwaukee, Wisconsin<br>Gallery 218, *Works on Paper*, Milwaukee, Wisconsin |

| | |
|---|---|
| 2002 | IGFA Museum, *Environment*, Hollywood, Florida<br>Jewish Museum of Florida, *PB 2002 Invitational*, Miami Beach, Florida<br>Art in Public Places Program, *Inaugural Exhibition*, Aventura, Florida<br>Gallery 37A, *New Work*, Dania Beach, Florida<br>Bay View Arts Guild, *Arts Tour Exhibition*, Bay View, Wisconsin<br>Gallery 218, *Gallery Artists*, Milwaukee, Wisconsin<br>Gallery 218, *ELVIS and Other Pop Cultural Icons*, Milwaukee, Wisconsin<br>Mark Wheeler Gallery, Fort Lauderdale, Florida |
| 2001 | Bal Harbor Gallery, *Masks*, Miami Beach, Florida<br>Gallery 218, *Gallery Artists*, Milwaukee, Wisconsin<br>Gallery 218, *Blue Shirt*, Milwaukee, Wisconsin<br>Gallery 218, *Works on Paper*, Milwaukee, Wisconsin<br>Mark Wheeler Gallery, Fort Lauderdale, Florida |
| 2000 | Museum of Art, *True Crime*, Fort Lauderdale, Florida<br>ArtServe Exhibition Space, *Best of 2000*, Fort Lauderdale, Florida<br>Bonnet House, *Invitational Exhibition*, Fort Lauderdale, Florida<br>New River Arts Gallery, *Inaugural Exhibition*, Wilton Manors, Florida<br>Gallery 218, *New Millennium Exhibition*, Milwaukee, Wisconsin<br>Mark Wheeler Gallery, Fort Lauderdale, Florida<br>Gallery 218, *Gallery Artists*, Milwaukee, Wisconsin<br>Gallery 218, *Works on Paper*, Milwaukee, Wisconsin |
| 1999 | Museum of Art, *Chair-it-ability*, Fort Lauderdale, Florida<br>ArtServe Exhibition Space, *Boxes*, Fort Lauderdale, Florida<br>Gallery 218, *Works on Paper*, Milwaukee, Wisconsin<br>Cripps & San Germa, Fort Lauderdale, Florida |
| 1998 | ArtServe Exhibition Space, *New River Arts*, Fort Lauderdale, Florida<br>Mark Wheeler Gallery, Fort Lauderdale, Florida<br>New River Arts, *On-line*, Oakland Park, Florida<br>Gallery 218, *"Red" Exhibition*, Milwaukee, Wisconsin<br>Gallery 218, *Gallery Artists*, Milwaukee, Wisconsin |
| 1997 | Gallery 218, *Gallery Artists*, Milwaukee, Wisconsin<br>Kansas City Artists Coalition, *Edge of the Millennium*, Kansas City, Missouri<br>Gallery 218, *" Red" Exhibition*, Milwaukee, Wisconsin<br>Cripps & San Germa, Fort Lauderdale, Florida<br>Mark Wheeler Gallery, Fort Lauderdale, Florida |
| 1996 | Katie Gingrass Gallery, Milwaukee, Wisconsin<br>Gallery 303, *Musing on Mona*, Statesboro, Georgia<br>Gallery 218, *Gallery Artists*, Milwaukee, Wisconsin<br>Mark Wheeler Gallery, Fort Lauderdale, Florida<br>Cripps & San Germa, Fort Lauderdale, Florida<br>Gallery 218, *"Red" Exhibition*, Milwaukee, Wisconsin |
| 1995 | Discovery Gallery, *Artists Against Hunger*, Sea Cliff, New York<br>Katie Gingrass Gallery, Milwaukee, Wisconsin<br>San Francisco State University, *Do Not Bend*, San Francisco, California<br>Anderson Ranch Arts Center, Snowmass Village, Colorado<br>Pond Salon, Bryant Pond, New York<br>West Campus Gallery, Orlando, Florida<br>Marian College, *Faculty Exhibition*, Fond du Lac, Wisconsin<br>Gallery 218, *New Members*, Milwaukee, Wisconsin |
| 1994 | Dana Segal, New York, New York<br>Southeastern Community College, *Global Art*, Whiteville, North Carolina |

| | |
|---|---|
| | Marian College, *Faculty Exhibition*, Fond du Lac, Wisconsin<br>Napa Valley Grill, New York, New York |
| 1994 | Miami Museum of Modern Art, *Second Biennial*, Miami, Florida<br>Orange County Center for Contemporary Art, Santa Ana, California<br>RAIN Network, *Cultural Images Exhibition*, Santa Barbara, California<br>China Phoenix Gallery, *Anatomy of Solitude*, Albuquerque, New Mexico |
| 1993 | Arts 901, Washington, D. C.<br>Wetherholt Gallery, *Gallery Artists*, Washington, D. C.<br>Bernhardt Collection, Washington, D. C.<br>Fashion Institute of Technology, New York, New York<br>Shirley Goodman Resource Center, *200 Photographs*, New York, New York<br>Little Red Schoolhouse, *Benefit*, New York, New York |
| 1992 | Pleiades Gallery, *New Talent*, New York, New York<br>Bernhardt Collection, Washington, D. C.<br>Fashion Institute of Technology, *Food for Thought*, New York, New York<br>Wetherholt Gallery, Washington, D. C. |
| 1991 | Wetherholt Gallery, *Gallery Artists*, Washington, D. C.<br>International Association of Visual Artists, Washington, D. C.<br>Fashion Institute of Technology, New York, New York<br>Woodstock Artist's Guild, *Open Studio*, Woodstock, New York |
| 1990 | Wetherholt Gallery, *New Artists*, Washington, D. C.<br>International Association of Visual Artists, Washington, D. C.<br>Palenville Inter Arts Colony, *Fellows Group Exhibit*, Palenville, New York<br>Fashion Institute of Technology, New York, New York |

## SELECTED PUBLIC COLLECTIONS

Barnes Collection, Washington, D. C.
Bonnet House, Fort Lauderdale, Florida
Brooklyn Museum Art School, Brooklyn, New York
China Phoenix Gallery, Albuquerque, New Mexico
Chef Natalie Dupree, Charleston, South Carolina
Maestro Richard Johnson, Myrtle Beach, South Carolina
Esther Sharp, Baltimore, Maryland
Fashion Institute of Technology Foundation and Museum, New York, New York
Harcourt, Brace, and World Publishers Art Collection, New York, New York
Levall Gallery, Novorsbirsk, Russia
Shacknow Museum of Fine Arts, Plantation, Florida
Symphony of the Americas, Fort Lauderdale, Florida
Virginia Center for the Creative Arts, Sweet Briar, Virginia
Woodstock Art Guild, Woodstock, New York
Alice Zimmerman, Nashville, Tennessee

## ARTIST RESIDENCIES

| | |
|---|---|
| 2000 | **Artist-in-Residence.** Virginia Center for the Creative Arts, Sweet Briar, Virginia |
| 1996 | **Guest Artist**. University of Wisconsin Summer Campus, Pigeon Lake, Wisconsin |
| 1995 | **Artist-in-Residence**. Millay Colony for the Arts, Austerlitz, New York |
| 1993 | **Artist-in-Residence.** Virginia Center for the Creative Arts, Sweet Briar, Virginia |

1991 **Artist-in-Residence.** Byrdcliffe Art Colony, Woodstock, New York

1990 **Artist-in-Residence.** Palenville Inter Arts Colony, Palenville, New York

## PUBLICATIONS

### Books

2023 **Contemporary Color, Theory and Use.** New Third Edition. Routledge Press. Fully revised and updated with a new images and text (April 2023).

2021 **Art and Design Fundamentals.** The book is the most extensive and comprehensive foundation text and includes conceptual thinking and color theory as well as all aspects of two and three-dimensional design. Oxford University Press. (August 2021).

2012 **Contemporary Color, Theory and Use.** Second Edition. Revised and updated with a new chapter on global color. Cengage Press. (2012).

2004 **Contemporary Color, Theory and Use.** Authored a new book on contemporary color theory and use. Chapters include traditional color theory, color psychology, physiology and dimension aspect of color. The text also fully integrates the topic of digital color and examines its use in art and design. Thomson Learning, Delmar Press. (2004)

2003 **A Mind at Work.** Edited by Mercedes Vilanova and Fredric Chorda. Contributed to a collection of essays and articles on the work of Mihai Nadin. Synchron Publishers. (2003)

**Find Your Future in the Arts, Entertainment, and Communication**. Edited by Diane Lindsey Reeves. A collection of interviews and articles on careers in the arts and communication fields. Bright Futures Press. (2003)

2000 **The Creative Jolt.** Artwork selected for a book on creativity. North Light Press. (2000)

### Articles and Reviews

2002 **Form and Space.** A review of Stephen Luecking's 3-D foundation text "Principles of Three-Dimensional Design: Objects, Space, and Meaning." *FATE in Review*. (Volume 24, 2001-2002)

2000 **Another Facet of Cubism**. A discussion of Richard Martin's book "Cubism and Fashion". *FATE in Review*. (Volume 22, 1999-2000)

**Literacy Lost.** A discussion of Mihai Nadin's book the "Civilization of Illiteracy". Radical Pedagogy, Published online by Wake Forest University (Spring 2000)

1999 **Digital Design in the Millennium.** A review of Digital Design 2000 and a discussion on the future of digital design and new trends in design education. *Communication Arts Magazine*. (May/June 1999)

**Review.** A review of Mihai Nadin's book the "Civilization of Illiteracy". *Communication Arts Magazine*. (September/October 1999)

**New Views.** An article reviewing new trends in the study of art and psychology. *Southeastern College Art Conference Review*. (November 1999)

**Digital Design 2000.** A special CD ROM publication including interviews and a tape of the live web broadcast. Bergishe Universitat, Wuppertal, Germany. (July 1999)

**Ill Literate**. A discussion of Mihai Nadin's book the "Civilization of Illiteracy".

*FATE in Review*. (Volume 21, 1998-1999)

1998 **The House That Mabel Built.** A discussion of Mabel Dodge Luhan's role as patron and her influence on Southwestern art. *The Art Journal*. (Spring 1998)

**Foundations.** A review of "Bauhaus: An Illustrated History" by Lutz Schobe and Wolfgang Thoner. *Rain Taxi.* (Summer 1998)

1997 **Book Review.** "Utopian Vistas: The Mabel Dodge Luhan House and the American Counterculture" by Lois Palken Rudnick. *New Mexico Magazine.* (May 1997)

**Another View.** An article on "Art and Psychoanalysis" by Laurie Schneider Adams. *EBR.* (Published on-line by the University of Illinois, Chicago. (June 1997)

1996 **Utopia Lost.** A review of "Utopian Vistas: The Mabel Dodge Luhan House and the American Counterculture" by Lois Palken Rudnick. *Rain Taxi.* (Fall 1996)

---

**PROFESSIONAL ACTIVITY (SINCE 1990)**

2024 **Expert Witness**, Banjo v. Green Leaf
-Expert witness on color psychology and copyright infringement.

2023 **Color in Contemporary Practice**
Southeastern College Art Conference, Raleigh, North Carolina
-Chairing a session on contemporary color use.

**Editorial Consultant**, McGraw Hill Publishers, *Living With Art 13th Edition*

2022 **Color Consultant**, Nike Inc., San Jose, California
-Consultant on color use and sustainability.

2021-Present **Expert Witness**, Cheryl Farine, Esq. for Hudak, Shunk & Farine Co., LPA
-Expert witness on color psychology and copyright infringement.

2021 **Anti-Semitism in Modern and Contemporary Art**
109th Annual College Art Association Conference, New York, New York
-My Paper: Overview of Anti-Semitism in Modern and Contemporary Art and Design.

**What Color (Co-Session Chair and Presenter)**
Foundations in Art Theory and Education (FATE) Conference, Charlotte, North Carolina
-The session looks at contemporary issues regarding teaching digital color theory

2020 **Juror – Waccamaw Arts and Crafts Guild**, Chapin Museum, Myrtle Beach, South Carolina

**Innovative Foundations**
Southeastern College Art Conference, Raleigh, North Carolina
-Chairing a session on post millennium foundations.

2019 **Contemporary Color**
Foundations in Art Theory and Education, Conference, Columbus, Ohio
-Chaired a session on new trended in teaching color theory.

**Your Lightening Round**
Foundations in Art Theory and Education, Conference, Columbus, Ohio
-Presented a paper on conceptual foundations art assignments.

2018 **Expert Witness**, Copyright Infringement; MICHAEL MOEBIUS, an individual, Plaintiff, v. HB USA HOLDINGS, INC., a Delaware corporation, d/b/a Huda Beauty, Howard S. Hogan, Gibson, Dunn & Crutcher LLP.

2017-2019 **Expert Witness**, Thompson Reuters, New York, New York
-Expert witness on color psychology and trademark infringement.

2017 **I am Curious Yellow**
Southeastern College Art Conference, Columbus, Ohio
-Presented a paper on the history of the color yellow in art and design.

**Rethinking Foundations**
106th Annual College Art Association Conference, New York, New York
-My Paper: **Contemporary Conceptual Foundations** - An exploration of contemporary issues in foundations, focusing on how to introduce conceptual thinking to the curriculum.

**What Is So Important About Color Theory? (Co-Session Chair and Presenter)**
Foundations in Art Theory and Education (FATE) Conference, Kansas City, Missouri
-The session looks at contemporary issues regarding teaching color theory.

My paper: **Understanding Contemporary Color, Teaching New Trends in Color Theory** – An examination of new color theories and how to introduce them as well as associated studio art assignments.

2016 - 2019 **Myrtle Beach Cultural Arts Advisory Committee**
-Appointed by the Mayor for a three-year term.

2014 **Drawing Today (Session Chair - MACAA Affiliate Session)**
103nd Annual College Art Association Conference, Chicago, Illinois
-An exploration of contemporary issues facing foundation drawing classes.

2013 **Beyond the Water Cube: Pubic Art in China**
UCCA - Ullens Center for Contemporary Art, Beijing, China
-A discussion of the new public art installation at the Water Cube with Zheng Jianwei, Jennifer Wen Ma and Steven Bleicher focusing and the current state of Chinese public art.

**Getting them Talking (Session Chair and Presenter)**
Foundations in Art Theory and Education (FATE) Conference, Savannah, Georgia
-The session looks at how to stimulate discussion in critiques.

**Designing Foundations (Session Chair - MACAA Affiliate Session)**
102nd Annual College Art Association Conference, New York, New York
-An examination whether studio art and design should share a common curriculum.

2012 **What Makes a Competitive Candidate? (Session Chair – Student and Emerging Professionals Committee Sponsored Session)**
101st Annual College Art Association Conference, Los Angeles, California

**What is Conceptual Thinking? (Session Chair - MACAA Affiliate Session)**
101st Annual College Art Association Conference, Los Angeles, California
- An examination of how to stimulate conceptual thinking in the classroom and studio.

2011 **Editorial Consultant**, Thames & Hudson Press,
-Consultant for new art appreciation textbook: *Gateway to Art: Understanding The Visual Arts* also discussed new trends in textbooks and their use.

**Introducing Postmodern Thought (Session Chair - FATE Rep to CAA)**
100th Annual College Art Association Conference, New York, New York
- An examination of the role of postmodern thought in the foundations curriculum.

**Global Color (Session Chair and Presenter)**
Foundations in Art Theory and Education (FATE) Conference, St. Louis, Missouri
-The session looks at the introducing issues of multicultural and global color into the foundation curriculum. Presented paper: *Why Global Color*.

**Day One – Setting the Tone for the Semester**
Southeastern College Art Conference, Savannah, Georgia
-Presented a paper on first day special in class studio assignments.

2010 **Going the Distance - Teaching Foundations Through Distance Education (Session Chair - FATE Rep to CAA)**
99th Annual College Art Association Conference, Chicago, Illinois
-The session will explore the use of distance education to teach foundations.

**Introducing Global Color**
Guest Speaker, Savannah College of Art and Design, Savannah, Georgia
-Gave a presentation to the faculty about global and multicultural color use.

2009 **Conceptual Thinking (Session Chair)**
Foundations in Art Theory and Education (FATE) Conference, Portland, Oregon
-The session discussed the importance of teaching conceptual thinking.

**New Color: The Importance of New Theories And Color Psychology In Foundation Education**
Southeastern College Art Conference, Mobile, Alabama
-Presented a paper on new color theories including the work of Nadin and Bachelor.

**Academic Consultant**
Art Department, Doane College, Doane, Nebraska
-Assisted department in restructuring, departmental administration, and personnel issues. All recommendations instituted.

**Green Foundations, Curricular and Environmental Sustainability (Session Chair - FATE Rep to CAA)**
98th Annual College Art Association Conference, Los Angeles, California
-The session looked at new curricular innovations for teaching sustainability.

2008 **Towards a Digital Aesthetic - Sessions 1 & 2 (Session Chair)**
97th Annual College Art Association Conference, Dallas, Texas
-The session examined whether digitally created art works can be judged by the same standards as traditional art works.

**Teaching Gen M (the millennium generation) (Session Chair - FATE Rep to CAA)**
97th Annual College Art Association Conference, Dallas, Texas
-The session explored new paradigms and pedagogies and teaching strategies.

**New Trends in the Socio-economics of Color Psychology**
Inter-Society Color Council Annual Meeting, Baltimore, Maryland
-Discussed trends in the socio-economics of color psychology in advertising and design.

**Contemporary Color (Session Chair)**
Midwestern College Art Association (MACAA) Conference, Indianapolis, Indiana
-This session will investigate contemporary color theories and concepts.

2007 **A Quality Education?**
Southeastern College Art Conference, Charleston, West Virginia
-A paper examining strategies for improving freshmen education and retention.

**Studio Art Textbooks - Tools For a New Generation (Session Chair)**
Foundations in Art Theory and Education (FATE) Conference, Milwaukee, Wisconsin
-This session will explore alternatives to traditional textbooks for studio art courses.

2006 **AmBushed II, Strategies for Engagement (Session Co-chair)**
Southeastern College Art Conference, Nashville, Tennessee
-Co-chair of a panel exploring ways to deal with post 9-11 censorship issues.

**Guest Artist and Participant, Closing Ceremonies Pan-American Exhibition**
Museum of the African Diaspora, San Francisco, California
-Invited guest artist - participant for Pan-American unity installation and performance artwork.

**Our Common Ground: A Roundtable Discussion**
94th Annual College Art Association Conference, Boston, Massachusetts
-Co-chaired and lead a roundtable discussion between members FATE and NAEA.

2005 **Judging and Being Judged: A Discussion on Faculty Assessment**
93rd Annual College Art Association Conference, Atlanta, Georgia
-Participant in a panel discussion sponsored by the Education Committee.

**AmBushed, Art and Censorship in the Bush Era (Session Co-chair)**
Southeastern College Art Conference, Little Rock, Arkansas
-Co-chair of a panel examining post 9-11 censorship issues.

**Visiting Lecturer: Color Psychology**
University of North Florida, Jacksonville, Florida

**Color Psychology - Using Color Effectively**
WTVJ Channel 6, South Florida Today, Miami, Florida
-First of a series of television segments on the psychology of using color in daily life.

**Jump Start - Making the First Day Count**
Foundations in Art Theory and Education (FATE) Conference, Columbus, Ohio
-Presenting a paper on first day in class studio art projects.

**How Do You Measure Success? (FATE Session Co-chair)**
93rd Annual College Art Association Conference, Atlanta, Georgia
-Produced and organized FATE Roundtable session on methods of assessing student performance at the end of the foundation program.

2004 **The Socio-economics of Color Psychology**
Southeastern College Art Conference, Jacksonville, Florida
-Presented a paper on the socio-economics of color psychology in advertising and design.

**How Do You Know What They Know? (CAA Education Committee)**
92nd Annual College Art Association Conference, Seattle, Washington
-Panelist for a joint session with the NAEA on program assessment.

**A Foundation for Foundations (FATE Session Co-chair)**
92nd Annual College Art Association Conference, Seattle, Washington
-Organized FATE panel discussion on contemporary issues facing foundation programs.

2003 **What Makes You Think That Whatever You Do…Works?**
91st Annual College Art Association Conference, New York, New York
-Panelist for a session on innovative curriculum strategies and pedagogy.

**Swimming Upstream**
Foundations in Art Theory and Education (FATE) Conference, Sarasota, Florida
-Discussed how to navigate the curricular committee maze for innovative new curriculum.

**FATE Roundtables (Session Co-chair)**
91st Annual College Art Association Conference, New York, New York

**The Bauhaus is Dead (Session Chair)**
Southeastern College Art Conference, Raleigh, North Carolina
-This session will explore post-modern foundation education theory and pedagogy.

**Color Psychology**
Southeastern College Art Conference, Raleigh, North Carolina
-Presented a paper on the importance of color psychology in foundation education.

2002 **Curriculum and Accreditation Consultant**
Department of Visual Arts, Southeastern Louisiana University, Hammond, Louisiana
-Held a retreat and assisted department in NASAD accreditation.

**Segregation or Integration (Session Chair)**
90th Annual College Art Association Conference, Philadelphia, Pennsylvania
-This session examined pedagogical strategies for teaching new technologies.

2001 **Off the Page, The 3-D Assignment (Session Chair)**
Foundations in Art Theory and Education (FATE) Conference, Boston, Massachusetts
-The panel is part of a three-session series on three-dimensional design.

**Towards a Digital Aesthetic (Session Co-chair)**
Southeastern College Art Conference, Columbia South Carolina
-The session will examine whether digitally created art works can be judged by the same standards as traditional art works.

**A Lesser Aesthetic**
Southeastern College Art Conference, Columbia South Carolina
-My paper examined the relationship between photography and digital imaging and explored if a new "technical aesthetic" is emerging.

**What Do First Year College Students Know About Art, Anyway?**
89th Annual College Art Association Conference, Chicago, Illinois
-Panelist at a joint session with the NAEA on the preparedness of college freshmen.

**The Impact of Digital Technologies on College Level Art Programs**
89th Annual College Art Association Conference, Chicago, Illinois
-Discussant for a special forum sponsored by the Collation of Women's Art Organizations.

2000 **Sense of Touch**
Uncommon Senses, Concordia University, Montreal, Canada
-An international conference on the senses and their relation to art and culture. My paper explored the concept of tactility and touch in contemporary art.

**HEman (Session Chair)**
Southeastern College Art Conference, Louisville, Kentucky
-The session will look at the changing iconography of male imagery in contemporary art with a specific emphasis on the masculine male image.

**Anyman**
Southeastern College Art Conference, Louisville, Kentucky
- A paper on contemporary male imagery and iconography.

1999 **Time For Change**
Southeastern College Art Conference, Norfolk, Virginia
-A paper on nonlinear philosophy and its use as a new design education paradigm.

**Plugging In: Teaching Basic Design in the Digital Age**
Foundations in Art Theory and Education (FATE) Conference, Fort Collins, Colorado
-A paper on integrating the use of digital technologies into the foundation curriculum.

1998 **Discussant, Digital Design 2000**
Computational Design Department, Bergishe Universitat, Wuppertal, Germany
-Panel member for a special international conference on the future of digital design.

**Art 101 (Session Chair)**
86th Annual College Art Association Conference, Toronto, Canada
-The session presented a discussion regarding the introductory course for non-majors with a specific focus on pedagogy, studio projects, texts, and issues of multiculturalism.

**Picasso's Men: The Male Imagery and Iconography of Pablo Picasso**
Southeastern College Art Conference, Miami, Florida
-Presented a paper on the imagery and iconography of Picasso's male portraits.

1994 **Visiting Artist and Guest Lecturer**
Institute of American Indian Arts, Santa Fe, New Mexico
Kansas State University, Manhattan, Kansas

1991 **Guest Critic,** Senior Seminar, Fine Arts Department.
Fashion Institute of Technology, New York, New York

1990-1993 **Co-Curator**
Alternative Exhibition Space, New York, New York
-Headed oversight committee and coordinated entire exhibition program.

---

**PROFESSIONAL SERVICE**

2020 **Teaching 101**, College Art Association Workshop
-Led a professional workshop on developing a syllabus and other pedagogic issues.

2018 **Making the First Day Count**, New Faculty Orientation, Coastal Carolina University
-Led a workshop for new faculty on developing a syllabus and other pedagogic issues.

**Day One**, Art and Craft, Coastal Carolina University, Conway, South Carolina
-Presented a paper on making the first day of a new semester count.

2016 **The Syllabus, Mapping Out The Semester**, College Art Association Workshop
-Led a pedagogy workshop on developing a syllabus, lesson plans and classroom management issues.

2015 **The Syllabus, Mapping Out The Semester**, College Art Association Workshop
-Led a pedagogy workshop on developing a syllabus, lesson plans and classroom management issues.

2014 **The Syllabus, Mapping Out The Semester**, College Art Association Workshop
-Led a pedagogy workshop on developing a syllabus, lesson plans and classroom management issues.

2013 **The Syllabus, Mapping Out The Semester**, College Art Association Workshop
-Led a pedagogy workshop on developing a syllabus and classroom management issues.

2012 **The Syllabus, Mapping Out The Semester**, College Art Association Workshop
-Led a pedagogy workshop on developing a syllabus, lesson plans and classroom management issues.

2011 **The Syllabus, Mapping Out The Semester**, College Art Association Workshop
-Led a pedagogy workshop on developing a syllabus, lesson plans and classroom management issues.

**Student and Emerging Professionals Committee Member, College Art Association**
-Appointed for a two-year term.

**Board Member, Mid-America College Art Association**

2010 **The Syllabus, Mapping Out The Semester**, College Art Association Workshop
-Led a pedagogy workshop on developing a syllabus, lesson plans and classroom management issues.

**Practical Publications Committee Member, College Art Association**
-Appointed to an ad-hoc committee to investigate developing new publications to increase professional association's revenues.

2009 **The Syllabus, Mapping Out The Semester**, College Art Association Workshop
-Led a pedagogy workshop on developing a syllabus, lesson plans and classroom management issues.

2007-2011 **FATE Board Member** (Foundations in Art Theory and Education.)
-College Art Association Representative.

2007 **The Lesson Plan**, College Art Association Workshop
Co-taught inaugural new faculty development workshop on classroom pedagogy.

2006-2008 **Education Committee Member, College Art Association**
-Oversaw development of pedagogy mentoring sessions and developed a pilot program workshop launched at the New York City conference.

2005-2006 **Nominating Committee Member, College Art Association**
-Interviewed and selected candidates to run for CAA Board of Directors.

2004-2005 **Board Member**, SECAC (Southeastern College Art Conference)

2001 **Digital Color – A Workshop**
Florida Art Educators Annual State Conference, Fort Lauderdale, Florida
-Presented a lecture and workshop on digital color and related studio projects.

**Contributing Editor - *Drawing: Space, Form and Expression*.**
Reviewed and edited manuscript for Prentice Hall Publishers, New York, New York New

2000-2006 **Associate Editor**
*FATE in Review*, the journal of the Foundations in Art Theory and Education.

2000 **Contributing Editor,** *The Yin and Yang of Design on the Computer*
Reviewed and edited manuscript for Prentice Hall Publishers, New York, New York

1998-2004 **Education Committee Member, College Art Association**
-Served two consecutive terms on CAA Education Committee.

1998 **Contributing Editor,** *Photographic Imaging with Photoshop*.
Reviewed and edited manuscript for Delmar Publishing Company, Inc., Albany, New York

1997-2000 **Advisory Board Member**
New River Arts and Crafts Association, Fort Lauderdale, Florida

1995-1997 **Special Consultant, Visual Arts Task Force**
Fond du Lac Art Center, Fond du Lac, Wisconsin
-Developed exhibition, performance, and related seminar series.

## AWARDS, HONORS AND GRANTS (SINCE 1990)

2023 **Juror**, Waccamaw Arts Guild Juried Exhibition, Chapin Museum of Art, Myrtle Beach, South Carolina

2020 **Juror**, Waccamaw Arts Guild Juried Exhibition, Chapin Museum of Art, Myrtle Beach, South Carolina

2016 **Judge**, Seacoast Artists Gallery, Spring Fine Arts Exhibition, Myrtle Beach, South Carolina

2014 **Judge**, Seacoast Artists Gallery, New Artists Exhibition, Myrtle Beach, South Carolina

2013 **Judge**, Seacoast Artists Gallery, Fall Fine Arts Exhibition, Myrtle Beach, South Carolina

2011 **Juror**, Alumni Exhibition, Bryan Gallery, Conway, South Carolina

2009 **Round Table Group's Expert Network** (Admitted for Membership)
2008 **Juror,** Works on Paper, Southeastern College, Whiteville, North Carolina

2006 **Service of Teaching and Learning Technology Grant**
-Awarded competitive grant to fund continued faculty work on the Ashes2Art Project.

2003 **Travel Grant.** Art Institute of Fort Lauderdale, Fort Lauderdale, Florida

2001 **Judge**, 30th Annual Seminole Tribal Pow-Wow and Art Exhibition, Seminole Okalee Village, Florida

**Travel Grant.** Art Institute of Fort Lauderdale, Fort Lauderdale, Florida

2000 **Featured Artist**, Gallery Page, *City Link*. Volume 12, No. 6, Fort Lauderdale, Florida

**Juror,** Art in the Capitol, 19th Annual Congressional Art Competition, Fort Lauderdale, Florida

**2000 Outstanding Artists and Designers**
International Biographical Centre, Cambridge, England

1999 **Travel Grant.** Art Institute of Fort Lauderdale, Fort Lauderdale, Florida

**Judge,** Eudcom Medal Awards Program. Educause/Educom, New York, New York

| | |
|---|---|
| | **Juror,** Art in the Capitol, 18th Annual Congressional Art Competition, Fort Lauderdale, Florida |
| 1997 | **Faculty Development Grant.** Marian College, Fond du Lac, Wisconsin |
| 1996 | **Judge,** Heritage Festival of the Arts, Fond du Lac, Wisconsin |
| 1995 | **Judge,** Heritage Festival of the Arts, Fond du Lac, Wisconsin |
| 1993 | **Critic-Judge,** Annual Design Competition. Lord and Taylor, New York, New York |
| 1992 | **Judge,** Annual Design Competition. National Bead Society, New York, New York |
| | **Critic-Juror,** Design Competition, Barnes and Noble Bookstores, New York, New York |
| 1991 | **Judge,** National Packaging Awards. National Paper Box Association, New York, New York |
| 1990 | **Critic-Juror,** Design Competition, Barnes and Noble Bookstores, New York, New York |

Portfolio: **http://www.stevenbleicher.com**
**https://www.instagram.com/stbleicher/**

*Man and Nature Rhapsody of Light at the Water Cube*:
http://vimeo.com/73714164
http://www.stevenbleicher.com/public-art-installation.mov

*The Kings Highway*
*https://www.youtube.com/watch?v=5PDnbmUsEfo*