# Exhibit B

# Exhibit B

Free standard shipping on all orders



Buy 3+ Books & Get 25% Off, Limited Time Only • Shop Now »




PREVIEW BOOK

Table of Contents | Book Description | Critics' Reviews

3rd Edition

# Contemporary Color
## Theory and Use

By Steven Bleicher

Copyright 2023

| Paperback | Hardback | eBook |
|---|---|---|
| $89.99 | $290.00 | $80.99 |

ISBN 9781032151533
312 Pages 251 Color Illustrations
Published April 24, 2023 by Routledge

Request Inspection Copy

Free Shipping (6-12 Business Days)
shipping options

Paperback

USD $89.99  1

ADD TO CART

ADD TO WISH LIST

## Description

This fully revised and updated third edition offers students and artists valuable insights into traditional color theory and its practical application using today's cutting-edge technology.

The text is lavishly illustrated, stressing issues of contemporary color use and examining how today's artists and designers are using color in a multitude of mediums in their work. It is the only book that has parity between the male and female artists and designers represented, while containing more multicultural and global examples of art and design than any other text. This book begins with how we see color and its biological basis, progressing to the various theories about color and delving into the psychological meaning of color and its use. There are individual chapters on color use in art and design, as well as global and multicultural color use. One chapter investigates cross cultural life events such as marriages and funerals, while examining the six major religions' conceptual and psychological underpinnings of color use. The final chapter explores the future of color.

*Contemporary Color* is the ideal text for color theory courses, but also for beginning art and design students, no matter what their future major discipline or emphasis may be. It provides the foundation on which to build their career and develop their own personal artistic voice and vision.

## Table of Contents

## Author(s)

### Biography

**Steven Bleicher** is a tenured professor of visual arts and former chairperson of the visual arts department at Coastal Carolina University. Bleicher received his B.F.A. and M.F.A. from Pratt Institute. He is an accomplished artist whose artwork is included in many major collections and is widely exhibited both nationally and




PREVIEW BOOK

## Author(s)

### Biography

**Steven Bleicher** is a tenured professor of visual arts and former chairperson of the visual arts department at Coastal Carolina University. Bleicher received his B.F.A. and M.F.A. from Pratt Institute. He is an accomplished artist whose artwork is included in many major collections and is widely exhibited both nationally and internationally in numerous solo and group exhibitions. Bleicher is one of the most sought after color consutants, and over the last five years he has developd a thriving practice working as an expert witness on color and trademark and copyright infringement cases.

## Critics' Reviews

"*Contemporary Color, Theory and Use* is a must-have for students of art and design. Along with theoretical discussions, it covers the practical aspects of color as a means of expression and communication. The presentation of ideas is clear and concise. This third edition is updated to include recent innovations in the field." - Sandy Skoglund

"A wonderful resource and a must-have reference book for all artists, designers, visual creators and students interested in the deep impacts that colors have on our lived experience." - Jennifer Wen Ma

## Shipping Options

### Why choose this book?

The third edition of "Contemporary Color-Theory and Use" offers a comprehensive exploration of color theory, merging traditional principles with contemporary applications across various artistic mediums.

- **Key Features:** Explore in-depth chapters covering color perception, psychological nuances, and the global cultural influences on color usage.
- **Benefits:** Illustrated with a diverse array of global examples, this textbook encourages practical learning and creative exploration of color theory.

**Ideal for:** Art and design students seeking a comprehensive understanding of color theory and its practical applications in contemporary art and design practices.

REQUEST INSPECTION COPY

### Related Books or Resources

You may also be interested in:

- Experiments in Art Research
- The Mentor-Disciple Relationship in the Visual Arts and Beyond

## Related Subjects

Art & Visual Culture | Contemporary Art | Design | Theory of Art | Visual Arts | Fine Art | History of Art & Design | Gaming & Animation | Game Art | Graphic Arts | Mass Communication | Popular Culture | Arts | Communication Studies | Cultural Studies | Humanities

Back To Top

PREVIEW BOOK

## Shipping Options

### Why choose this book?

The third edition of "Contemporary Color-Theory and Use" offers a comprehensive exploration of color theory, merging traditional principles with contemporary applications across various artistic mediums.

- **Key Features:** Explore in-depth chapters covering color perception, psychological nuances, and the global cultural influences on color usage.
- **Benefits:** Illustrated with a diverse array of global examples, this textbook encourages practical learning and creative exploration of color theory.

**Ideal for:** Art and design students seeking a comprehensive understanding of color theory and its practical applications in contemporary art and design practices.

REQUEST INSPECTION COPY

### Related Books or Resources

You may also be interested in:

- Experiments in Art Research
- The Mentor-Disciple Relationship in the Visual Arts and Beyond

## Related Subjects

Art & Visual Culture | Contemporary Art | Design | Theory of Art | Visual Arts | Fine Art | History of Art & Design | Gaming & Animation | Game Art | Graphic Arts | Mass Communication | Popular Culture | Arts | Communication Studies | Cultural Studies | Humanities

Back To Top

ROUTLEDGE

CONTACT US
- Customer Service
- Editorial Contacts
- Sales Contacts
- Rights and Permissions
- Become an Affiliate Partner

FAQS

PARTNERS

CUSTOMER RESOURCES
- Authors
- Booksellers
- Instructors
- Request An Inspection Copy
- Librarians
- Press and Media
- Societies & Associations
- Students

OUR PRODUCTS
- eBooks
- eBook+
- Book Series
- Online Platforms
- Open Access Books
- Focus Shortform Books

ABOUT US
- About Routledge
- About Taylor & Francis
- Taylor & Francis Journals
- Careers

BLOG

POLICIES
- Accessibility
- AI Policy
- Inspection Copy T&Cs
- Privacy Policy
- Returns & Cancellations
- Shipping Information
- Sustainability
- Tax Exemptions
- Terms & Conditions

© 2025 Informa UK Limited, an Informa Plc company

SOCIAL

SECURE SHOPPING