# Exhibit C

Exhibit C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CMT USA, INC. and CMT UTENSILI S.P.A.,
Plaintiffs,
vs. CASE NO. 3:24-CV-00137-RJC-DCK
APEX TOOL GROUP, LLC and APEX BRANDS, INC.,
Defendants.

VIDEOTAPE
DEPOSITION OF: STEVEN BLEICHER

DATE: February 28, 2025

TIME: 8:33 a.m.

LOCATION: Sheraton Myrtle Beach
2101 North Oak Street
Meeting Room 209
Myrtle Beach, SC

TAKEN BY: Counsel for the Plaintiffs

REPORTED BY: PATRICIA L. THOMPSON,
Registered Professional Reporter

APPEARANCES OF COUNSEL:

ATTORNEYS FOR THE PLAINTIFFS
CMT USA, INC.
and CMT UTENSILI S.P.A.:
HAUG PARTNERS, LLP
BY: ROBERT E. COLLETTI
MALORIE RUGGERI
745 Fifth Avenue, 10th Floor
New York, NY 10151
(212) 588-0800
rcolletti@haugpartners.com
mruggeri@haugpartners.com

ATTORNEYS FOR THE DEFENDANTS
APEX TOOL GROUP, LLC
and APEX BRANDS, INC.:
WOMBLE BOND DICKINSON, LLP
BY: DAVID A. JACKSON
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
(602) 262-5311
david.jackson@wbd-us.com

ALSO PRESENT:
Jon Landau, Videotape Specialist

(INDEX AT REAR OF TRANSCRIPT)

THE VIDEOTAPE SPECIALIST: The following will be the videotaped deposition of Steve Bleicher in the matter of CMT USA, Incorporated, et al, versus Apex Tool Group, LLC, et al, File No. 3:24-cv-00137-RJC-DCK.

Today's date is February 28th, 2025, and the time is 8:33 a.m. We are here today at 2101 North Oak Street, Myrtle Beach, South Carolina.

The court reporter is Patty Thompson and the videographer is Jon Landau.

At this time I will ask all attorneys present to please state their names and whom they represent for the record.

MR. COLLETTI: Rob Colletti. I'm with Haug Partners representing the plaintiffs, CMT USA and CMT Utensili. With me is my colleague, Malorie Ruggeri.

MR. JACKSON: David Jackson, Womble Bond Dickinson. I represent the defendants, Apex Tool Group, LLC and APEX Branding.

THE VIDEOTAPE SPECIALIST: You may swear the witness, please.

STEVEN BLEICHER
being first duly sworn, testified as follows:
EXAMINATION
BY MR. COLLETTI:
Q. Good morning, Mr. Bleicher.
A. Good morning.
Q. Can you state your full name for the record.
A. Sure. My full name is Steve Bleicher, B-L-E-I-C-H-E-R.
Q. And your home address, please?
A. My home address is 136 Sardis, S-A-R-D-I-S, Drive in Myrtle Beach, South Carolina.
Q. Do you have any other addresses?
A. No.
Q. Have you been deposed before?
A. Yes.
Q. So you're familiar with the procedures?
A. Yes.
Q. All right. Just let me review a few ground rules for the deposition today.
A. Sure.
Q. As you know, I'll be asking you a series of questions today, and you understand that you're under oath; correct?

A. Uh-huh. Yes.
Q. And so you understand that you're testifying as if you were in court? Do you understand that?
A. Yes.
Q. And I'm going to ask you to listen carefully to my questions. If there is something you don't understand, I'm going to ask that you let me know. Is that okay?
A. Yes.
Q. If you answer a question, I'm going to assume that you understood it. Is that okay?
A. Yes.
Q. We have a court reporter here today, so I would ask that when you respond, you respond verbally.
A. Yes.
Q. Okay. The other thing I would ask is that we do not speak over each other. So please let me complete my question, and I'll let you complete your answer, for the benefit of the court reporter.
Do you understand that?
A. Yes.
Q. Your lawyer may object to some of my

A. No.
Q. Is it accurate or is it fair to say that when people talk about color psychology, that is the study of how colors are influencing emotions or behavior?
A. Yes.
Q. Do you have a degree in optometry?
A. No.
Q. Are you familiar with color science degrees?
A. Vaguely.
Q. And how are you familiar with color science degrees?
A. It tends to be a Ph.D. program, and I've kind of learned about it through the ISCC. And their name is in French, so I always screw it up. But if you look up ISCC, that's also where -- Dr. Wyble is part of it.
Q. Yes. Do you know Dr. Wyble?
A. I know of him. I've been at online meetings with him. In fact, he reviewed my proposal for a course at the upcoming ISCC conference in June, and it was selected.
So I think we know of each other, but we don't know each other. We have not met yet.

DAVID A. JACKSON, ESQ.
david.jackson@wbd-us.com

March 11, 2025

RE: CMT USA, INC., et al. vs. APEX TOOL GROUP, LLC, et al.

2/28/2025, Steven Bleicher (#7131403)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at cs-ny@veritext.com.

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,

Veritext Legal Solutions

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.