# EXHIBIT V

# CONTEMPORARY COLOR THEORY & USE

THIRD EDITION

STEVEN BLEICHER

ROUTLEDGE

Case 3:24-cv-00137-TMR-DCK Document 245-2 Filed 06/20/25 Page 2 of 16

# Contemporary Color

This fully revised and updated third edition offers students and artists valuable insights into traditional color theory and its practical application using today's cutting-edge technology.

The text is lavishly illustrated, stressing issues of contemporary color use and examining how today's artists and designers are using color in a multitude of mediums in their work. It is the only book that has parity between the male and female artists and designers represented, while containing more multicultural and global examples of art and design than any other text. This book begins with how we see color and its biological basis, progressing to the various theories about color and delving into the psychological meaning of color and its use. There are individual chapters on color use in art and design, as well as global and multicultural color use. One chapter investigates cross cultural life events such as marriages and funerals, while examining the six major religions' conceptual and psychological underpinnings of color use. The final chapter explores the future of color.

*Contemporary Color* is the ideal text for color theory courses, but also for beginning art and design students, no matter what their future major discipline or emphasis may be. It provides the foundation on which to build their career and develop their own personal artistic voice and vision.

**Steven Bleicher** is a tenured professor of visual arts and former chairperson of the visual arts department at Coastal Carolina University. Bleicher received his B.F.A. and M.F.A. from Pratt Institute. He is an accomplished artist whose artwork is included in many major collections and is widely exhibited both nationally and internationally in numerous solo and group exhibitions. Bleicher is one of the most sought after color consultants, and over the last five years he has developd a thriving practice working as an expert witness on color and trademark and copyright infringement cases.

Case 3:24-cv-00137-TMR-DCK Document 245-2 Filed 06/20/25 Page 3 of 16

# Contemporary Color

## Theory and Use

Third edition

**Steven Bleicher**

Routledge
Taylor & Francis Group
LONDON AND NEW YORK

Designed cover image: Jon Malis, *ACEScg-elle-V2-g10.icc*, digital c-type photographic print mounted on sintra, 11x14, 2018.

Third edition published 2023
by Routledge
4 Park Square, Milton Park, Abingdon, Oxon, OX14 4RN

and by Routledge
605 Third Avenue, New York, NY 10158

*Routledge is an imprint of the Taylor & Francis Group, an informa business*

© 2023 Steven Bleicher

The right of Steven Bleicher to be identified as author[/s] of this work has been asserted in accordance with sections 77 and 78 of the Copyright, Designs and Patents Act 1988.

All rights reserved. No part of this book may be reprinted or reproduced or utilised in any form or by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying and recording, or in any information storage or retrieval system, without permission in writing from the publishers.

*Trademark notice*: Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation without intent to infringe.

First edition published by Course Technology Ptr, 2004

Second edition published by Cengage Learning, 2011

*British Library Cataloguing-in-Publication Data*
A catalogue record for this book is available from the British Library

*Library of Congress Cataloging-in-Publication Data*
Names: Bleicher, Steven, author.
Title: Contemporary color : theory and use / Steven Bleicher.
Description: Third edition. | Abingdon, Oxon ; New York, NY : Routledge, [2023] | Includes index. |
Identifiers: LCCN 2022048821 (print) | LCCN 2022048822 (ebook) |
ISBN 9781032151502 (hbk) | ISBN 9781032151533 (pbk) | ISBN 9781003242741 (ebk)
Subjects: LCSH: Color in art. | Color in design. | Color.
Classification: LCC ND1488 .B575 2023 (print) | LCC ND1488 (ebook) |
DDC 701/.85--dc23/eng/20230105
LC record available at https://lccn.loc.gov/2022048821
LC ebook record available at https://lccn.loc.gov/2022048822

ISBN: 978-1-032-15150-2 (hbk)
ISBN: 978-1-032-15153-3 (pbk)
ISBN: 978-1-003-24274-1 (ebk)

DOI: 10.4324/9781003242741

Typeset in Optima
by Deanta Global Publishing Services, Chennai, India

Case 3:24-cv-00137-TMR-DCK Document 245-2 Filed 06/20/25 Page 5 of 16

# Preface

Color is the single most important design element. No other formal design component has its unique power. Color stimulates the eye and brain and creates an immediate unconscious response from the viewer. It can move the soul and sway emotions. It can physically affect the viewer's feelings of temperature; raise or lower pulse rate, blood pressure and respiration; and make items appear lighter or heavier, near or far, cheap or expensive. The right color can make or break a work of art or design.

## Intended Audience

*Contemporary Color* has been developed and designed to teach the effective use of color across all areas of art and design. The text covers in detail fundamental studio elements along with a historical perspective to give the reader a deeper insight and understanding. The book has been designed with the awareness that artists and designers are visual learners. The pictures, images and illustrations reinforce the text and bring the material to life. In addition, the book contains the most comprehensive and up-to-date information on color psychology.

Understanding the intrinsic power of color and its relationship with all of the other design elements is important for every artist, designer and student. *Contemporary Color* may be used by both introductory, intermediate and advanced level art and design majors from community colleges to universities and professional art institutions and academies.

## Emerging Trends

Digital and other new technologies are now a part of every art and design student's education. It is vital that students understand them as well as they do traditional materials and methods of working with color. To this end, *Contemporary Color*, as its name suggests, also includes all forms of new technology, including digital imaging, animation, Web creations, virtual entities, lasers and holography to prepare today's students for a future in art and design.

## Background of This Text

This book has been developed sequentially. Each chapter builds upon the information in the previous chapter to give the reader a complete understanding of this most complex of design elements. *Contemporary Color* bridges the areas of theory and practical application with its use of illustrations and professional examples from great design to outstanding works of art by emerging artists as well as modern masters.

While most books on color treat digital and other new forms of art as an afterthought, *Contemporary Color* integrates all forms of art and design throughout the text. This enables the reader to understand that these are not separate entities, but are all a part of the world of art and design. The theory and use of color is not handled one way on canvas and another on the computer; the same overriding principles apply for both. Only the medium changes, not the underlying concepts. Therefore, there has been a conscious effort to select images that span the scope of contemporary art and design.

In addition, the illustrations and images used in the text are predominantly contemporary art and design. I found throughout more than twenty years of being a practicing artist and teaching that this approach makes much more sense to students – using examples of art and design they can relate to and that are a part of their lives. This allows a fresher perspective because students are not studying the distant past and trying to figure out how this might relate to what they are doing or may want to do. They are studying the recent past and present to understand how their contemporaries are using these concepts today.

This book was written to bring the material on color up to date not only in visual terms, but also in terms of the new philosophies, concepts and media currently in use. The aim was to integrate all forms of contemporary art and design to show our common concerns and practices. This book is an attempt to bring sometimes divergent areas together, showing that with respect to color, we use one common language.

Since this book is solely about color, it is assumed that students may have had some previous background in design. However, the text has been designed and developed to present the information in a clear, logical and concise manner and to enable anyone to read and understand the materials, regardless of background.

## Textbook Organization

This book is organized and structured so that readers are introduced to the fundamental elements of color in a logical order. Each chapter builds on the previous one to give the reader a solid foundation, increasing their knowledge about and ability to use color effectively.


Case 3:24-cv-00137-TMR-DCK Document 245-2 Filed 06/20/25 Page 7 of 16

## Chapter 1: Color Perception

Color exists in and is as much a component of the function of the brain as it is the eye. This chapter explains the biology and physiology of vision, how a person sees and perceives color. It also presents an overview of the various modes of perception. Understanding how color is perceived is as important as how it can be used.

## Chapter 2: Color Theory – Making Sense of Color

From the dawn of time, mankind has tried to make sense of color. The theories that evolved have shaped our ideas and use of color. This chapter highlights the major theorists and their contributions, including contemporary theories of color from the palette to the swatch.

## Chapter 3: Color Psychology

We don't approach color in a vacuum. We carry with us a lifetime's worth of ideas, experiences and preferences. These affect how we relate to color in everything from the products we buy, to the food we eat, to the color of our homes, to the clothes we wear, and they may even reveal aspects of our personality. Depending upon our age, sex and socioeconomic background, our responses to color will vary accordingly. This chapter helps the artist and designer understand these issues in order to use color more effectively.

## Chapter 4: Color Harmonies

This chapter visually explains color harmonies: what they are, why they are important to both artists and designers, and how to use them effectively. The full scope of color harmonies and their interactions are examined in a variety of media and styles.

## Chapter 5: Pigments, Colorants and Paints

Not only is understanding color harmonies and their interactions necessary, but it is also equally vital to understand the composition of the materials or media used.

There are two types of colorants – traditional and digital. This chapter looks at traditional media including pigments, colorants and dyes, and explains their formulation and

usage. It also looks at nontraditional media and materials used in contemporary art and design.

## Chapter 6: Digital Color

Today, learning about pigments is not enough. Nearly every image in any magazine, advertisement, product and package has been digitally processed. It has become so much a part of our daily lives; we now take it for granted. This chapter explains digital color, from the most elemental level of the pixel to its complex digital elements.

## Chapter 7: Color and 3-D

The world we live in is not a two-dimensional space, though most of the art and designs created are two-dimensional. From sculpture to product design to new forms of dimensional art, color can be used to enhance or deny the dimensionality of a form or object. This chapter examines all aspects of color as it relates to working with forms and objects that are fully three-dimensional.

## Chapter 8: Color in Fine Art

Beginning with impressionism, this chapter reviews the trends and movements in modern art that have placed color at the forefront of their aesthetic philosophies. Pioneering movements from the Fauves, to expressionism, color-field painting and op art are reviewed. Also, contemporary uses of color in environmental, installation and conceptual art are examined.

## Chapter 9: Color in Design

Color is used to emphasize and accent a design or product and usually influences our buying decisions. This chapter shows how designers use color in graphics, advertising, packaging, industrial design and animation to communicate their ideas effectively.

## Chapter 10: Global Color

Throughout the world people view and employ color differently. It is seen in relation to one’s national origin, religion, cultural upbringing and more. Color and it uses may


Case 3:24-cv-00137-TMR-DCK Document 245-2 Filed 06/20/25 Page 9 of 16

distinguish a people and can be used for its symbolic nature. It can quickly identify a faction or single individual. Since color has an instantaneous subliminal human response, it can trigger a whole host of associations. This is, in part, why groups – whether they are religious, political or cultural – use identifying color markers. This chapter examines how color is used and its differing meanings around the world.

## Chapter 11: The Future of Color

Color doesn't stand still. It is always changing, developing and transforming our lives. New technologies are allowing us to work with an ever-increasing array of colors and hues. This chapter examines new products, theories, concepts and modes of expression. It also looks at the law and our legal system, one of the newest arbiters of color use.

## Features

The following list provides some of the salient features of the text:

- An innovative and contemporary approach to the introduction to color theory for students and a skill-sharpener for professionals.
- Parity between the work of the male and female artists and designers represented.
- Equally focuses on traditional and digital color and their practical applications in contemporary art and design.
- More examples of multicultural and global works from artists and designers throughout the book.
- Integrates digital and other new forms of art throughout the text.
- Clear, concise illustrations and images are used to supplement the text and encourage visual learning.
- Includes a comprehensive chapter on the psychology of color.
- Color and 3-D are thoroughly explored, including types of media, colorants and their uses.
- Colorants and pigments are examined to assist the artist and designer in choosing and using the correct medium to convey the concept or idea in the most effective manner possible.

CHAPTER 2

# Color Theory

## Making Sense of Color

- Introduction
- Naming Color
- The Color Circle
- Aristotle
- da Vinci
- Newton
- Le Blon and Harris
- Goethe and Impressionism
- Chevreul, Rood and Pointillism
- Albers, Itten and the Bauhaus
- Munsell
- Commission Internationale de l'Eclairage (CIE)
- International Color Consortium (ICC) and Inter-Society Color Council (ISCC)
- Digital Color
- Chromophobia
- Nadin
- Color Forecasting
- Contemporary Colorist: Jennifer Wen Ma, *Nature and Man in Rhapsody of Light at the Water Cube*
- Summary
- Color Theory Time Line

DOI: 10.4324/9781003242741-2

Case 3:24-cv-00137-TMR-DCK Document 245-2 Filed 06/20/25 Page 11 of 16

## Introduction

Mankind has been trying to make sense of color and its use since the dawn of time. Our artist ancestors, the cave painters, used a limited range of hues made from natural elements to express representations and images of their world. For example, in the buffalo shield pictured in Figure 2.1, the red circles symbolize sun haloes – the circles that can be seen around the sun prior to a storm. The small black dashed lines represent pieces of the warrior so tiny that his enemies would not be able to harm him. The target motif is considered a sun symbol and may have connected the shield owner with 'Sun-power' that safeguarded his life.



**FIGURE 2.1** War Shield, c. 1860. The shield is made from buffalo hide. The symbols and colors used by each tribe represented their concepts of the meaning of color.

As far as we can tell, there was little thought as to how the various hues cave painters used related to each other and to their primitive world. Throughout time, each culture and tribal group have had their own various symbolic uses of color. However, it wasn't until Aristotle that thoughts of how colors were formed and how they might be used together in some harmonious way began to evolve. And they have been evolving and changing ever since. The one thing that can be said about color theory is that it is ever changing. As digital and other new technological applications are invented, our conception and thoughts about color will change with them.

Many early theories were highly subjective, with moral overtones. Others showed the personal bias of the author. They speculated on how and why we see the various hues around us. Color theories assist the artist and designer in finding a logical and reliable method of dealing with color. These theories also were developed to help communicate ideas about color to other artists, designers and manufacturers. Moreover, they helped to answer the most basic questions about color – how it was formed and how it could be used. Theories changed as man's basic understanding of science and technology evolved. Even today, new theories of color in a digital or computational age are being


Case 3:24-cv-00137-TMR-DCK Document 245-2 Filed 06/20/25 Page 12 of 16

addressed and rediscovered. But before we can understand where we may be going, it is important to know where we have been and how we arrived at our contemporary understanding of color.

Today, more is written about imagery than color. With the widespread use of digital and other new technologies in both fine art and design, there is a resurgence in theorizing about color and its role in new media and as a vehicle for communication. The field may be more wide open than ever with new developments taking place on an almost daily basis. No contemporary artist works from a single color theory. They can mix and match the best of all theories, using what works and discarding what does not.

## Naming Color

After the first six hues – red, blue, yellow, orange, green and violet – there has been little agreement about the names for any given color. Names have more to do with language and culture than hue or chroma. Originally, names had to do with the pigment content of the paint. The names were descriptive of the minerals, plants and other things that made up the colorants or pigments. As far back as the eighteenth century, hues still had simple direct names, such as sky blue and primary yellow. During the nineteenth century and with the ever-increasing explorations and colonialism of the West, there was a shift that gave the various hues more romantic sounding names such as canary yellow, Tahitian green and so on. But it was the boom of the 1950s onwards that changed the naming of color. Hues took on descriptive names such as bubble gum pink and fire engine red. Colors were being named by manufacturers to boost the sales of their products. During the 1960s and 1970s, the names of colors became synonymous with commercialism and consumerism. When we think of names such as harvest gold or avocado, we automatically think of kitchen appliances including refrigerators and stoves. Color names are developed by an industry to fit their particular need. The names used by a cosmetics company would vary widely from the names given to hues used in the automotive industry. There is no uniformity or convention. Hue names keep changing with the times to reflect the culture and society and fads of the day.

## The Color Circle

Most color theories are based on a circular arrangement of the hues in a chromatic order or sequence. They may be viewed as a circle, wheel or sphere, as in Figure 2.2. This circular format allows relationships between each hue to be expressed in a concise visual manner. In this type of arrangement, each hue can be viewed individually or in relation to one another. The ring-shaped format also works the best for showing the relationships in subtractive color theory. There are several types or versions including additive,


Case 3:24-cv-00137-TMR-DCK Document 245-2 Filed 06/20/25 Page 13 of 16

CHAPTER

# 3

# Color Psychology

- Introduction
- Innate Responses
- Learned Color Responses
- Color and Psychoanalysis
- The Luscher Color Test
- The Brain and Cortex
- Color Constancy
- Color Function and Cognition
- A History of Blue
- Picasso's Blue Period
- Psychological Perception
- Mood and Emotion
- Color and Appetite
- Color and Flavor
- Packaging and Products
- Apple Changes Everything
- Socioeconomic Aspects of Color
- Oppenheim's Blue Shirt
- Artists' Use of Color
- Color as a Means of Expression
- Contemporary Colorist: Jim Arendt, *Sarah and Augustus*
- Summary

DOI: 10.4324/9781003242741-3

Case 3:24-cv-00137-TMR-DCK Document 245-2 Filed 06/20/25 Page 14 of 16

## Introduction

Have you ever felt blue? We use color in our language on a regular basis to describe feelings and emotions. People are said to be 'green with envy', 'in the pink' or 'seeing red'. They can be 'true blue', 'white as a ghost' or a 'yellow-bellied coward'. Even our medals for bravery and heroism have a color: the Purple Heart honors the wounded in combat.

Color and emotions are so closely related that we use these terms as descriptions for concepts and feelings that go beyond words and language.

Color plays a vital role in culture and daily life and may be the single most important aspect of a painting, product or design. It is not enough for an artist or designer to produce a particular product in any color of their choosing: they must be aware of how their choice will affect the viewer. In design, the simple act of choosing a color can make or break a product. Even a vast knowledge of color harmonies, such as how two or more hues may be mixed to create an infinite number of new hues, will not ensure that viewers derive the artist's intended message. Why do people favor one color over another and what does it all really mean?

When we look at anything from a painting to a package or even a simple product, we bring a lifetime's worth of memories, experiences and psychological baggage that impacts and affects our perception. Color psychology and market research go hand in hand, but these two areas have had an uneasy relationship or alliance since the days of Sigmund Freud. Psychologists and psychiatric professionals are concerned with pure academic scholarship and the need to understand and make sense of the psyche. Their research may result in new diagnostic tools and therapies, as well as a better understanding of the human mind. Market research, on the other hand, might be considered the application of this knowledge for commerce and industry.

Whichever your primary focus, the goal is understanding this complex relationship of color, psyche and emotion that enables artists and designers to produce effective works of art and designs. The artist must have more than the technical knowledge of creating and mixing color; he must also understand its impact on the viewer. This knowledge enables the artist and designer to intentionally create a work that will elicit the specific desired response from the viewer.

## Innate Responses

Our reaction to color and the color of an item or object is determined by two factors. There are inherited or innate responses to color, ones that we all share as human beings and those that are taught to us from infancy. We are born with certain 'wired in' responses to color. These are reactions that are common to all people regardless of their place of birth, cultural upbringing or social status. One of the most primal and innate


Case 3:24-cv-00137-TMR-DCK Document 245-2 Filed 06/20/25 Page 15 of 16

responses is our reaction to the combination of yellow and black (Figure 3.1). These are the colors of poison and danger. Bumblebees, wasps, police caution tape and road hazard warning signs all contain these two colors. So while they are easy to recognize and read, they are not inviting and rarely used in design.



**FIGURE 3.1** Picture of a honey bee. The yellow and black stripes of many bee species signal danger. Even if you did not know that bees could sting, you would still be wary of anything with these colors or markings.

## Learned Color Responses

Our response to color is not purely unconscious or intuitive; it is learned. Blue for boys and pink for girls is a cultural response to color taught to us by our family and reinforced in the marketplace (Figure 3.2). Infants and young children, if given their choice, would select bright simple saturated primary hues, with red topping the list for both sexes. Colors are also cultural, having religious connotations. For example, in India, red is used for weddings and white for funerals; neither would be acceptable in the Western cultural view.

For years, fire trucks have been painted red, hence the name 'fire-engine red'. But several years ago it was discovered that this red hue is hard to see at dawn and dusk when there is little light. Today, yellow-green is used for fire trucks and hydrants because it can be seen from farthest away, regardless of the light and time of day. Years from now, when schoolchildren are asked what color fire trucks are, they will answer 'yellow-green'.

## Color and Psychoanalysis

Psychiatrists have long been interested in perception and color and their combined effect on the psyche. While Sigmund Freud was one of the first to begin to discuss the use of color and its relationship to psychology in his monograph on Leonardo da Vinci, it was