

**January 13, 2026**

Womble Bond Dickinson (US) LLP

50 California Street
Suite 2750
San Francisco, CA 94111

**VIA ECF**

Hon. Timothy M. Reif
U.S. District Court
Western District of North Carolina
Charlotte Division
401 West Trade Street, Room 1200
Charlotte, NC  28202

Aaron D. Johnson
Partner
650.687.8426
Aaron.Johnson@wbd-us.com

RE:     ***CMT USA, Inc. et al. v. Apex Tool Group LLC et al.*, No. 3:24cv137-TMR-DCK (W.D.N.C.)**

Dear Judge Reif:

The parties write to jointly request a two-week extension of time to file the Joint Pretrial Order and other required pretrial filings, until February 3, 2026.  This short extension will not affect any other deadline in the case and is supported by good cause.

The current deadline for submission of the Joint Pretrial Order was set by Judge Reif on December 19, 2025 (Dkt. No. 254).  The 30 day deadline from that order will be January 18, 2026, which due to a weekend and federal holiday puts the current deadline for submission on Tuesday, January 20, 2026.  The parties have not previously requested any extension of time for this deadline.

There is good cause for this extension because, while Apex has been diligently working on the pretrial materials after the Court issued its order, those materials require them to obtain supplemental information from their clients on sales over a multi-year period and have discussions with their expert and fact witnesses previously involved in the case.  The preparation of these materials and discussions over the December holidays has caused this to take additional time, due to employee vacations and absences. A lead counsel for Apex has also recently had a baby, which has delayed those activities as well.

CMT has agreed to the extension contingent upon the interim deadlines set forth below, which the parties have also agreed on:

| Event | Date |
|---|---|
| Apex to provide CMT with its comments and completed designated sections of the draft pretrial order, including its list of anticipated trial witnesses | Jan. 14, 2026 |
| The parties to exchange their respective exhibit lists | Jan. 20, 2026 |
| The parties to exchange their respective statement of facts and law | Jan. 23, 2026 |
| The parties to exchange initial deposition designations | Jan. 23, 2026 |

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see



| | |
|---|---|
| Apex to provide CMT with its sales data, updated through Dec. 31, 2025 | Jan. 23, 2026 |
| The parties to exchange marketing data, updated through Dec. 31, 2025 | Jan. 23, 2026 |
| CMT to provide Apex with the voir dire questions, proposed jury instructions, and jury verdict form | Jan. 26, 2026 |
| Apex to provide CMT with its comments/objections to the voir dire questions, proposed jury instructions, and jury verdict form | Jan. 29, 2026 |
| The parties to exchange counter-designations and objections | Jan. 29, 2026 |
| The parties to provide objections to the other party's exhibit list | Jan. 30, 2026 |
| The parties to exchange counter-designation objections | Feb. 2, 2026 |
| CMT to file the joint pretrial order with the Court | Feb. 3, 2026 |
| CMT to file the voir dire questions, proposed jury instructions, and jury-verdict form with the court | Feb. 3, 2026 |
| Deadline for the parties to file in limine motions, if any, with the Court | Feb. 3, 2026 |
| The parties to file any oppositions to in limine motions with the Court | Feb. 10, 2026 |

The additional two weeks will allow the parties sufficient time to prepare the necessary information, exchange and consult with each other, provide full and substantive responses and objections, and complete the above tasks. Therefore, the requested extension serves the interests of efficiency and the conservation of resources. It will allow the parties time to meaningfully confer, fully consult with their witnesses and experts, have additional time to review each parties' proposed witnesses, exhibits, stipulations, and submissions with the goal of narrowing or resolving issues without Court intervention.

And, without a trial date set, this short extension will not affect any other deadline.

For these reasons, the parties respectfully request that the Court extend the deadline for submission of the Joint Pretrial Order and other required pretrial filings for two weeks, until February 3, 2026.

We appreciate the Court's time and attention to this request.

Respectfully Submitted,

/s/ Robert E. Colletti
Edgar H. Haug (pro hac vice)
Robert E. Colletti (pro hac vice)
Brian E. Auricchio (pro hac vice)
Malorie Ruggeri (pro hac vice)
HAUG PARTNERS LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
ehaug@haugpartners.com
rcolletti@haugpartners.com
bauricchio@haugpartners.com
mruggeri@haugpartners.com

/s/ Aaron D. Johnson
Michael J. McCue
Aaron D. Johnson
David A. Jackson
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, California 94111
Michael.McCue@wbd-us.com
Aaron.Johnson@wbd-us.com
David.Jackson@wbd-us.com

Jason M. Sneed (NC Bar ID 29593)
Megan E. Sneed (NC Bar ID 38525)



Ward Davis (NC Bar ID 27546)
Joshua B. Durham (NC Bar ID 25414)
BELL, DAVIS & PITT
227 W. Trade Street, Suite 1800
Charlotte, NC 28202
(704) 227-0400
ward.davis@belldavispitt.com
jdurham@belldavispitt.com

*Attorneys for Plaintiffs*
*CMT USA, Inc. and CMT Utensili S.p.A*

SNEED PLLC
445 S. Main St., Suite 400
Davidson, North Carolina 28036
JSneed@sneedlegal.com
MSneed@sneedlegal.com

*Attorneys for Defendants*
*Apex Tool Group LLC and Apex Brands, Inc*