UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:24-CV-00137-TMR-DCK

| | |
|---|---|
| CMT USA, INC. and CMT UTENSILI S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> APEX TOOL GROUP LLC and APEX BRANDS, INC. <br><br> Defendants. | **PLAINTIFFS' <br> MOTION IN LIMINE NO. 2: <br> TO PRECLUDE TWO <br> DOCUMENTS AND TESTIMONY <br> FROM IAN CUNNINGHAM AND <br> SCOTT BUBLITZ** |

**NOW COME** Plaintiffs CMT USA, Inc. and CMT Utensili S.p.A. (collectively "CMT"), by and through counsel, respectfully submit this Motion *in Limine* No. 2 to Preclude Documents and Testimony from Ian Cunningham and Scott Bublitz.

As set forth in Plaintiffs' Memorandum filed contemporaneously herewith, Messrs. Cunningham's and Bublitz's "Spectrophotometry and Color Measurement Analysis" ("Analysis") is irrelevant and unfairly prejudicial. Further, Messrs. Cunningham and Bublitz should be precluded from testifying on this subject, as it constitutes improper lay testimony from a fact witness. Finally, the third-party blades identified in the Analysis are irrelevant, unfairly prejudicial, and risk confusing and misleading the jury.

WHEREFORE, for the reasons stated in the Memorandum and Declaration of Robert E. Colletti with accompanying exhibits, Plaintiffs request that the Court enter an Order precluding certain testimony from Messrs. Cunningham and Bublitz, and excluding the "Spectrophotometry and Color Measurement Analysis" and the third-party saw blades identified therein.

Respectfully submitted, this 3rd day of February, 2026.

                                Respectfully submitted,

/s/ Joshua B. Durham
Ward Davis (NC Bar ID 27546)
Joshua B. Durham (NC Bar ID 25414)
**BELL, DAVIS & PITT**
227 W. Trade Street, Suite 1800
Charlotte, NC 28202
(704) 227-0400
ward.davis@belldavispitt.com
jdurham@belldavispitt.com

/s/ Robert E. Colletti
Edgar H. Haug (*pro hac vice*)
Robert E. Colletti (*pro hac vice*)
Brian E. Auricchio (*pro hac vice*)
Malorie Ruggeri (*pro hac vice*)
**HAUG PARTNERS LLP**
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
ehaug@haugpartners.com
rcolletti@haugpartners.com
mbasanta@haugpartners.com

*Attorneys for Plaintiffs*
*CMT USA, Inc. and CMT Utensili S.p.A.*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 3, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System. Service of same on any counsel of record will be accomplished through the Court's electronic filing system in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

/s/ Joshua B. Durham
Joshua B. Durham (NC Bar ID 25414)
**BELL, DAVIS & PITT**
227 W. Trade St., Suite 1800
Charlotte, NC 28202
(704) 227-0400
jdurham@belldavispitt.com