UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:24-CV-00137-RJC-DCK

| | |
|---|---|
| CMT USA, INC. and CMT UTENSILI S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> APEX TOOL GROUP LLC and APEX BRANDS, INC. <br><br> Defendants. | PLAINTIFFS' DAUBERT MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF LESLIE BANDUCH |

**NOW COME** Plaintiffs CMT USA, Inc. and CMT Utensili S.p.A. (collectively "CMT"), by and through counsel and pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), respectfully submit this Motion to Exclude the Opinions and Testimony Leslie Banduch.

As set forth in Plaintiffs' Memorandum filed contemporaneously herewith, Plaintiffs respectfully requests that the Court exclude Mr. Banduch's reports and preclude him from offering expert testimony at trial. Mr. Banduch (i) lacks qualifications to support his proffered opinions, (ii) applies no methodology and instead offers subjective, speculative assertions unsupported by any objective data, and (iii) strays into irrelevant and prejudicial territory because he relies on products that are outside of the relevant product class. Moreover, Rules 702 and 703 separately bar him from serving as a conduit to present the Marksmen Report as substantive evidence in lieu of his own analysis. Finally, Mr. Banduch's post-report declaration on e-commerce is an improper attempt to disclose new opinions after the close of discovery and should be disregarded.

WHEREFORE, for the reasons stated in the Memorandum and Declaration of Robert E. Colletti with accompanying exhibits, Plaintiffs respectfully request that the Court enter an Order excluding the opinions and testimony of Leslie Banduch.

Respectfully submitted, this 3rd day of February, 2026.

>
> Respectfully submitted,
>
> /s/ Joshua B. Durham
> Ward Davis (NC Bar ID 27546)
> Joshua B. Durham (NC Bar ID 25414)
> **BELL, DAVIS & PITT**
> 227 W. Trade Street, Suite 1800
> Charlotte, NC 28202
> (704) 227-0400
> ward.davis@belldavispitt.com
> jdurham@belldavispitt.com
>
> /s/ Robert E. Colletti
> Edgar H. Haug (*pro hac vice*)
> Robert E. Colletti (*pro hac vice*)
> Brian E. Auricchio (*pro hac vice*)
> Malorie Ruggeri (*pro hac vice*)
> **HAUG PARTNERS LLP**
> 745 Fifth Avenue
> New York, NY 10151
> (212) 588-0800
> ehaug@haugpartners.com
> rcolletti@haugpartners.com
> mbasanta@haugpartners.com
>
> *Attorneys for Plaintiffs*
> *CMT USA, Inc. and CMT Utensili S.p.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System. Service of same on any counsel of record will be accomplished through the Court's electronic filing system in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

/s/ Joshua B. Durham
Joshua B. Durham (NC Bar ID 25414)
**BELL, DAVIS & PITT**
227 W. Trade St., Suite 1800
Charlotte, NC 28202
(704) 227-0400
jdurham@belldavispitt.com