

Haug Partners LLP
745 Fifth Avenue, 10th Floor
New York, NY 10151
+1.212.588.0800 Main
haugpartners.com

February 5, 2026

**Robert E. Colletti**
**rcolletti@haugpartners.com**

Hon. Timothy M. Reif
U.S. District Court
Western District of North Carolina
Charlotte Division
401 West Trade Street, Room 1200
Charlotte, NC 28202

Re: ***CMT USA, Inc. et al. v. Apex Tool Group LLC et al.*, No. 3:24cv137-TMR-DCK (W.D.N.C.)**

Dear Judge Reif:

The parties respectfully submit this joint request for a one-week extension of time from February 10 to February 17, 2026 to file oppositions to motions in limine and pre-trial memoranda.

Good cause exists for this brief extension of time. The February 10 deadline was set when the parties previously agreed to the February 3 deadline for the joint pre-trial order. In finalizing that submission, the parties completed a substantial volume of filings, including 11 motions in limine filed by Apex (two of which are Daubert motions) and 4 motions in limine filed by CMT (one of which is a Daubert motion). The number and scope of these motions warrant a short extension to allow the parties to prepare full and substantive responses.

The requested extension will promote efficiency and ensure the Court receives briefing that is complete and will assist the Court in resolving the motions. This short extension will not affect any other deadline and no trial date has been set.

For these reasons, the parties respectfully request that the Court extend the deadline for submission of the oppositions to the motions in limine and pre-trial memoranda by one week to February 17, 2026.

The parties appreciate the Court's time and attention to this request.





Respectfully Submitted,

*/s/ Robert E. Colletti*
Edgar H. Haug (pro hac vice)
Robert E. Colletti (pro hac vice)
Brian E. Auricchio (pro hac vice)
Malorie Ruggeri (pro hac vice)
HAUG PARTNERS LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
ehaug@haugpartners.com
rcolletti@haugpartners.com
bauricchio@haugpartners.com
mruggeri@haugpartners.com

Ward Davis (NC Bar ID 27546)
Joshua B. Durham (NC Bar ID 25414)
BELL, DAVIS & PITT
227 W. Trade Street, Suite 1800
Charlotte, NC 28202
(704) 227-0400
ward.davis@belldavispitt.com
jdurham@belldavispitt.com

*Attorneys for Plaintiffs*
*CMT USA, Inc. and CMT Utensili S.p.A*

*/s/ John F. Morrow, Jr.*
John F. Morrow, Jr.
Aaron D. Johnson
David A. Jackson
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, California 94111
Michael.McCue@wbd-us.com
Aaron.Johnson@wbd-us.com
David.Jackson@wbd-us.com

Jason M. Sneed (NC Bar ID 29593)
Megan E. Sneed (NC Bar ID 38525)

SNEED PLLC
445 S. Main St., Suite 400
Davidson, North Carolina 28036
JSneed@sneedlegal.com
MSneed@sneedlegal.com

*Attorneys for Defendants*
*Apex Tool Group LLC and Apex Brands, Inc*