**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:24-CV-137-TMR-DCK**

| | | |
|---|---|---|
| **CMT USA, INC., and** | ) | |
| **CMT UTENSILI S.P.A.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **APEX TOOL GROUP LLC, and** | ) | |
| **APEX BRANDS, INC.,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 343) filed by Local Counsel Joshua B. Durham on May 5, 2026.

Applicant Kaitlin M. Farrell seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 343) is **GRANTED**. Kaitlin M. Farrellis hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: May 6, 2026

David C. Keesler
United States Magistrate Judge