womblebonddickinson.com



**WOMBLE BOND DICKINSON**

Womble Bond Dickinson (US) LLP

May 14, 2026

Via ECF

Hon. Timothy M. Reif
U.S. District Court Western District of North Carolina
Charlotte Division
401 West Trade Street, Room 1200
Charlotte, NC 28202

Re: CMT USA, Inc. et al. v. Apex Tool Group LLC et al.
    No. 3:24-cv-00137-TMR-DCK (W.D.N.C.)

One West Fourth Street
Winston-Salem, NC 27101

t: 336.721.3600
f: 336.721.3660

John F. Morrow Jr.
Direct Dial: 336-721-3584
Direct Fax: 336-733-8429
E-mail: John.Morrow@wbd-us.com

Dear Judge Reif:

We represent the Apex defendants in this case. We write pursuant to Your Honor's Individual Rule 1A to respectfully request leave to supplement Apex's pending Motion in Limine No. 11 (Dkt. 284) to exclude testimony of Matt Foley based on the hearsay rule and other factors. Fact discovery ended on November 1, 2024, and the case proceeded towards trial. The parties have submitted a final joint pretrial order, multiple Daubert motions, and motions in limine, all of which were fully briefed by February 17, 2026. On March 5, 2026, CMT advised counsel for Apex that it no longer intended to call CMT employee Dustin Melchiorri at trial and instead intended to call another CMT employee, Matt Foley, to address subject matter previously attributed to Mr. Melchiorri in the pre-trial order. While preserving its objections, Apex thereafter agreed to depose Mr. Foley on May 8, 2026 to ascertain the extent and details of his anticipated trial testimony. During his deposition Mr. Foley testified regarding purported consumer confusion that is based on hearsay and that had not been previously identified by Mr. Melchiorri or CMT otherwise during discovery or even prior to Mr. Foley's May 8, 2026 deposition. Apex therefore respectfully requests leave to supplement its Motion in Limine No. 11 to address this newly disclosed evidence and why it should be excluded from trial. We appreciate the Court's consideration and apologize for the additional burden.

Best regards,

Womble Bond Dickinson (US) LLP

/s/ *John F. Morrow, Jr*
John F. Morrow, Jr.
Aaron D. Johnson
David A. Jackson
Joy Tacy Allen Woller
One West Fourth Street
Winston-Salem, NC 27101

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

WBD (US) 4900-7347-1146v1-Letter to Judge Reif re leave to supplement pending MIL No. 11



(336) 721-3600
John.Morrow@wbd-us.com
Aaron.Johnson@wbd-us.com
David.Jackson@wbd-us.com
Joy.Woller@wbd-us.com

Attorneys for Defendants
*Apex Tool Group LLC and Apex Brands, Inc.*



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 14th day of May, 2026, the foregoing document was served via electronic means through CM/ECF on the following counsel of record:

Edward B. Davis (NC Bar ID 27546)
Joshua B. Durham (NC Bar ID 25414)
BELL, DAVIS & PITT
227 W. Trade St., Suite 1800
Charlotte, NC 28202
(704) 227-0400
ward.davis@belldavispitt.com
jdurham@belldavispitt.com

Edgar H. Haug (*pro hac vice*)
Robert E. Colletti (*pro hac vice*)
Malorie Ruggeri (*pro hac vice*)
Brian E. Auricchio (*pro hac vice*)

HAUG PARTNERS LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
ehaug@haugpartners.com
rcolletti@haugpartners.com
mruggeri@haugpartners.com
bauricchio@haugpartners.com

*Attorneys for Plaintiffs CMT USA, Inc.*
*and CMT Utensili S.p.A.*


/s/ *John F. Morrow, Jr.*
John F. Morrow, Jr.

Attorneys for Defendants
*Apex Tool Group LLC and Apex Brands, Inc.*