

**WOMBLE BOND DICKINSON**
Womble Bond Dickinson (US) LLP

May 15, 2026

Via ECF

Hon. Timothy M. Reif
U.S. District Court Western District of North Carolina
Charlotte Division
401 West Trade Street, Room 1200
Charlotte, NC 28202

One West Fourth Street
Winston-Salem, NC 27101

t: 336.721.3600
f: 336.721.3660

John F. Morrow Jr.
Direct Dial: 336-721-3584
Direct Fax: 336-733-8429
E-mail: John.Morrow@wbd-us.com

Re: CMT USA, Inc. et al. v. Apex Tool Group LLC et al.
    No. 3:24-cv-00137-TMR-DCK (W.D.N.C.)

Dear Judge Reif:

　　I represent the Apex defendants in this case, and write to inform the Court that Apex no longer intends to call Mr. Leslie Banduch as a witness at trial. Apex believes this moots Plaintiffs' Motion to Exclude the Testimony and Opinions of Mr. Banduch (Dkt. 274). Please let us know if the Court would like Apex to file something more formal regarding the withdrawal of Mr. Banduch as a trial witness.

　　　　　　　　　　　　　Best regards,

　　　　　　　　　　　　　Womble Bond Dickinson (US) LLP

　　　　　　　　　　　　　/s/ *John F. Morrow, Jr*
　　　　　　　　　　　　　John F. Morrow, Jr.
　　　　　　　　　　　　　Aaron D. Johnson
　　　　　　　　　　　　　David A. Jackson
　　　　　　　　　　　　　Joy Tacy Allen Woller
　　　　　　　　　　　　　One West Fourth Street
　　　　　　　　　　　　　Winston-Salem, NC 27101
　　　　　　　　　　　　　(336) 721-3600
　　　　　　　　　　　　　John.Morrow@wbd-us.com
　　　　　　　　　　　　　Aaron.Johnson@wbd-us.com
　　　　　　　　　　　　　David.Jackson@wbd-us.com
　　　　　　　　　　　　　Joy.Woller@wbd-us.com

　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　*Apex Tool Group LLC and Apex Brands, Inc.*

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

WBD (US) 4900-7347-1146v1-Letter to Judge Reif re leave to supplement pending MIL No. 11



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 15th day of May, 2026, the foregoing document was served via electronic means through CM/ECF on the following counsel of record:

Edward B. Davis (NC Bar ID 27546)
Joshua B. Durham (NC Bar ID 25414)
BELL, DAVIS & PITT
227 W. Trade St., Suite 1800
Charlotte, NC 28202
(704) 227-0400
ward.davis@belldavispitt.com
jdurham@belldavispitt.com

Edgar H. Haug (*pro hac vice*)
Robert E. Colletti (*pro hac vice*)
Malorie Ruggeri (*pro hac vice*)
Brian E. Auricchio (*pro hac vice*)

HAUG PARTNERS LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
ehaug@haugpartners.com
rcolletti@haugpartners.com
mruggeri@haugpartners.com
bauricchio@haugpartners.com

*Attorneys for Plaintiffs CMT USA, Inc.*
*and CMT Utensili S.p.A.*

/s/ *John F. Morrow, Jr.*
John F. Morrow, Jr.

Attorneys for Defendants
*Apex Tool Group LLC and Apex Brands, Inc.*