

Haug Partners LLP
745 Fifth Avenue, 10th Floor
New York, NY 10151
+1.212.588.0800 Main
haugpartners.com

May 28, 2026

**Robert E. Colletti**
**rcolletti@haugpartners.com**

**Via ECF**

Hon. Timothy M. Reif
U.S. District Court
Western District of North Carolina
Charlotte Division
401 West Trade Street, Room 1200
Charlotte, NC 28202

Re:     ***CMT USA, Inc. et al. v. Apex Tool Group LLC et al.*, No. 3:24-cv-00137-TMR-DCK**
        **(W.D.N.C.)**

Dear Judge Reif:

We represent the CMT plaintiffs in this case and write pursuant to Your Honor's Individual Rule 1A to respectfully request leave to file a short supplemental submission, in further support of CMT's Motion in Limine No. 2 to Preclude Two Documents and Testimony from Ian Cunningham and Scott Bublitz (Dkt. 268).

The request is based on testimony obtained during the recent deposition of Apex's substitute color expert, Dr. Renzo Shamey, which was conducted last week on May 20. His deposition testimony further demonstrates the limited relevance and substantial prejudicial effect of the Bublitz spectrophotometry testing and work product (Dkt. 270-2 (Ex. B)). Because this testimony only recently became available, CMT respectfully submits that a brief supplemental filing would assist the Court in resolving the motion on a more complete factual record.

CMT would file the supplemental submission, not to exceed four pages, by noon on Monday, June 1.

We appreciate the Court's consideration.



Respectfully submitted,

/s/ Robert E. Colletti
Edgar H. Haug (*pro hac vice*)
Robert E. Colletti (*pro hac vice*)
Kaitlin M. Farrell (*pro hac vice*)
Brian E. Auricchio (*pro hac vice*)
Malorie Ruggeri (*pro hac vice*)
**HAUG PARTNERS LLP**
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
ehaug@haugpartners.com
rcolletti@haugpartners.com
kfarrell@haugpartners.com
bauricchio@haugpartners.com
mruggeri@haugpartners.com

Ward Davis (NC Bar ID 27546)
Joshua B. Durham (NC Bar ID 25414)
**BELL, DAVIS & PITT**
227 W. Trade Street, Suite 1800
Charlotte, NC 28202
(704) 227-0400
ward.davis@belldavispitt.com
jdurham@belldavispitt.com

*Attorneys for Plaintiffs*
*CMT USA, Inc. and CMT Utensili S.p.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System.  Service of same on any counsel of record will be accomplished through the Court's electronic filing system in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).


/s/ Robert E. Colletti
Robert E. Colletti (*pro hac vice*)
**HAUG PARTNERS LLP**
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
rcolletti@haugpartners.com