

WOMBLE
BOND
DICKINSON

Womble Bond Dickinson (US) LLP

June 9, 2026

Via ECF

Hon. Timothy M. Reif
U.S. District Court Western District of North Carolina
Charlotte Division
401 West Trade Street, Room 1200
Charlotte, NC 28202

One West Fourth Street
Winston-Salem, NC 27101

t: 336.721.3600
f: 336.721.3660

John F. Morrow Jr.
Direct Dial: 336-721-3584
Direct Fax: 336-733-8429
E-mail: John.Morrow@wbd-us.com

Re: CMT USA, Inc. et al. v. Apex Tool Group LLC et al.
No. 3:24-cv-00137-TMR-DCK (W.D.N.C.)

Dear Judge Reif:

I write on behalf of both parties to thank you for the rulings contained in yesterday's Order regarding the motions in limine, and to also respectfully bring to the Court's attention a few other pending Daubert motions which were filed prior to the motions in limine and could impact trial. Specifically, the parties filed other Daubert motions at Dkt. Nos. 153, 197 and 216. We know these are likely on Your Honor's radar and that you have already spent a lot of time on this case. We appreciate Your Honor's time and efforts.

Best regards,

Womble Bond Dickinson (US) LLP

/s/ *John F. Morrow, Jr*
John F. Morrow, Jr.
Aaron D. Johnson
David A. Jackson
Joy Tacy Allen Woller
One West Fourth Street
Winston-Salem, NC 27101
(336) 721-3600
John.Morrow@wbd-us.com
Aaron.Johnson@wbd-us.com
David.Jackson@wbd-us.com
Joy.Woller@wbd-us.com

Attorneys for Defendants
*Apex Tool Group LLC and Apex Brands, Inc.*

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

WBD (US) 4900-7347-1146v1-Letter to Judge Reif re leave to supplement pending MIL No. 11



## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this the 9th day of June, 2026, the foregoing document was served via electronic means through CM/ECF on the following counsel of record:

Edward B. Davis (NC Bar ID 27546)
Joshua B. Durham (NC Bar ID 25414)
BELL, DAVIS & PITT
227 W. Trade St., Suite 1800
Charlotte, NC 28202
(704) 227-0400
ward.davis@belldavispitt.com
jdurham@belldavispitt.com

Edgar H. Haug (*pro hac vice*)
Robert E. Colletti (*pro hac vice*)
Malorie Ruggeri (*pro hac vice*)
Brian E. Auricchio (*pro hac vice*)

HAUG PARTNERS LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
ehaug@haugpartners.com
rcolletti@haugpartners.com
mruggeri@haugpartners.com
bauricchio@haugpartners.com

*Attorneys for Plaintiffs CMT USA, Inc.*
*and CMT Utensili S.p.A.*

/s/ *John F. Morrow, Jr.*
John F. Morrow, Jr.

Attorneys for Defendants
*Apex Tool Group LLC and Apex Brands, Inc.*