**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:24-cv-137-TMR-DCK**

CMT USA, INC., and CMT UTENSILI
S.P.A.,

Plaintiffs,

v.

APEX TOOL GROUP LLC and APEX
BRANDS, INC.,,

Defendants.

**NOTICE OF APPEARANCE FOR**

**KEVIN J. ROAK**

PLEASE TAKE NOTICE that Kevin J. Roak of the law firm Bell, Davis & Pitt, P.A., an attorney admitted to practice in this Court, hereby appears as counsel for plaintiffs CMT USA, Inc., and CMT Utensili S.P.A., along with Edward B. Davis and Joshua B. Durham who have previously made appearances.

This the 12th day of June, 2026.

/s/ Kevin J. Roak
Kevin J. Roak (N.C. Bar No. 57402)
Joshua B. Durham (N.C. Bar No. 25414)
Edward B. Davis (N.C. Bar No. 27546)
**BELL, DAVIS & PITT, P.A.**
227 West Trade Street, Suite 1800
Charlotte, NC  28202
Telephone: (704) 227-0400
Email: kroak@belldavispitt.com
        jdurham@belldavispitt.com
        ward.davis@belldavispitt.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 12, 2026, the foregoing notice was electronically filed with the Clerk of Court using the CM/ECF system, which will serve the same on counsel or parties of record in accordance with F.R.C.P. 5(b)(2)(E).

This the 12th day of June, 2026.

/s/ Kevin J. Roak
Kevin J. Roak