

Haug Partners LLP
745 Fifth Avenue, 10th Floor
New York, NY 10151
+1.212.588.0800 Main
haugpartners.com

June 12, 2026

**Robert E. Colletti**
rcolletti@haugpartners.com

**Via ECF**

Hon. Timothy M. Reif
U.S. District Court
Western District of North Carolina
Charlotte Division
401 West Trade Street, Room 1200
Charlotte, NC 28202

Re:     ***CMT USA, Inc. et al. v. Apex Tool Group LLC et al.*, No. 3:24-cv-00137-TMR-DCK
(W.D.N.C.)**

Dear Judge Reif:

I represent the CMT plaintiffs in the above identified case, and write to inform the Court that, in light of the Court's recent ruling (Dkt. 362) granting CMT's Motion in Limine No. 2 and excluding the spectrophotometry testing conducted by Apex, and in the interest of streamlining the issues for trial, CMT hereby withdraws its Motion to Exclude the Opinions and Testimony of Apex's Proposed Expert Steven Bleicher (Dkt. 216).

This reduces the number of pending Daubert motions before the Court as identified in Dkt. 364.

Please let us know if the Court would like Plaintiffs to file something more formal regarding the withdrawal of its motion.



Respectfully submitted,

/s/ Robert E. Colletti
Edgar H. Haug (*pro hac vice*)
Robert E. Colletti (*pro hac vice*)
Kaitlin M. Farrell (*pro hac vice*)
Brian E. Auricchio (*pro hac vice*)
Malorie Ruggeri (*pro hac vice*)
**HAUG PARTNERS LLP**
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
ehaug@haugpartners.com
rcolletti@haugpartners.com
kfarrell@haugpartners.com
bauricchio@haugpartners.com
mruggeri@haugpartners.com

Ward Davis (NC Bar ID 27546)
Joshua B. Durham (NC Bar ID 25414)
**BELL, DAVIS & PITT**
227 W. Trade Street, Suite 1800
Charlotte, NC 28202
(704) 227-0400
ward.davis@belldavispitt.com
jdurham@belldavispitt.com

*Attorneys for Plaintiffs*
*CMT USA, Inc. and CMT Utensili S.p.A.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 12, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System. Service of same on any counsel of record will be accomplished through the Court's electronic filing system in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).


<u>/s/ Robert E. Colletti</u>
Robert E. Colletti
**HAUG PARTNERS LLP**
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
rcolletti@haugpartners.com