**EXHIBIT A**
**JOINT STATEMENT OF FACTS**

| No. | Asserted Fact |
|---|---|
| 1. | CMT Utensili S.p.A. ("CMT") is the owner of the asserted trademark, U.S. Trademark Registration No. 3,038,625 ("CMT's Registered Mark"). |
| 2. | CMT's Registered Mark has been registered on the Principal Register since January 10, 2006. |
| 3. | CMT filed a Combined Declaration of Use and Incontestability under Sections 8 & 15 with the USPTO on October 20, 2011, which the USPTO accepted on November 29, 2011. |
| 4. | CMT filed a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9 with the USPTO on: November 4, 2015, which the USPTO accepted on January 16, 2016, and on January 15, 2025, which the USPTO accepted on June 22, 2025. |
| 5. | CMT sells circular saw blades for cutting wood via e-commerce platforms. |
| 6. | Apex's circular saw blades for cutting wood are still being sold by retailers. |
| 7. | CMT's Registered Mark was listed as the second entry in the trademark search dated August 1, 2017. |
| 8. | In March 2021, Lowe's awarded Apex a nationwide placement to sell circular saw blades for cutting wood. |
| 9. | Apex received a letter from CMT dated November 5, 2021 regarding trademark Registration No. 3,038,625, which included a demand that Apex immediately cease and desist from all use of CMT's Registered Mark or a confusingly similar mark. |
| 10. | Apex received a letter from CMT dated November 19, 2021, regarding trademark Registration No. 3,038,625, which included a demand that Apex immediately cease and desist from all use of CMT's Registered Mark or a confusingly similar mark. |
| 11. | Apex received a letter from CMT dated December 22, 2021, regarding trademark Registration No. 3,038,625, which included a demand that Apex immediately cease and desist from using the color orange on its woodworking circular saw blades as well as an offer to license Crescent for a limited time while Crescent sells off its inventory. |
| 12. | Apex continued its use of its "rawhide" color on its circular saw blades for cutting wood after receiving CMT's cease and desist letters. |
| 13. | Apex continued its use of its "rawhide" color on its circular saw blades for cutting wood after CMT filed its lawsuit. |
| 14. | CMT's and Apex's circular saw blades for cutting wood are still currently sold. |
| 15. | Apex has attended industry trade shows, where it displays its circular saw blades for cutting wood. |
| 16. | Apex sells its circular saw blades for cutting wood via e-commerce platforms. |
| 17. | Both Apex's and CMT's circular saw blades for cutting wood were sold in Menards in 2023. |

1

| | |
|---|---|
| 18. | Apex's and CMT's circular saw blades for cutting wood are both currently sold on Lowe's website, lowes.com. |
| 19. | Apex's and CMT's circular saw blades for cutting wood were both offered for sale and sold on Amazon. |
| 20. | The Allegedly-Infringing Saw Blades have been on sale in the United States since 2021. |

2