**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:24-CV-00137-TMR-DCK**

|  |  |
|---|---|
| CMT USA, INC. and CMT UTENSILI S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> APEX TOOL GROUP LLC and APEX BRANDS, INC. <br><br> Defendants. | **PLAINTIFFS' MOTION FOR RECONSIDERATION** |

**NOW COME** Plaintiffs CMT USA, Inc. and CMT Utensili S.p.A. (collectively "CMT"), by and through undersigned counsel, respectfully move this Court to reconsider its presentation-of-proof ruling issued during the June 16, 2026 pretrial conference.

As set forth in Plaintiffs' Memorandum filed contemporaneously herewith, the Court's ruling requires CMT to respond to Defendants' genericness affirmative defense before Defendants have introduced any evidence in support, notwithstanding that Defendants bear the burden of proof on genericness. Reconsideration is therefore warranted to ensure a fair presentation of the evidence to the jury.

WHEREFORE, for the reasons stated herein and in the accompanying Memorandum, CMT respectfully requests that the Court reconsider and modify its presentation-of-proof ruling to permit CMT to present rebuttal evidence on genericness after Defendants have presented their genericness case.

Respectfully submitted, this 16th day of June, 2026.

Respectfully submitted,

/s/ Robert E. Colletti
Edgar H. Haug (*pro hac vice*)
Robert E. Colletti (*pro hac vice*)
Kaitlin M. Farrell (*pro hac vice*)
Brian E. Auricchio (*pro hac vice*)
Malorie Ruggeri (*pro hac vice*)
**HAUG PARTNERS LLP**
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
ehaug@haugpartners.com
rcolletti@haugpartners.com
kfarrell@haugpartners.com
bauricchio@haugpartners.com
mruggeri@haugpartners.com

Joshua B. Durham (NC Bar ID 25414)
Kevin Roak (NC Bar 57402)
**BELL, DAVIS & PITT**
227 W. Trade Street, Suite 1800
Charlotte, NC 28202
(704) 227-0400
jdurham@belldavispitt.com
kroak@ belldavispitt.com

*Attorneys for Plaintiffs*
*CMT USA, Inc. and CMT Utensili S.p.A.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 16, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System. Service of same on any counsel of record will be accomplished through the Court's electronic filing system in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

/s/ Robert E. Colletti
Edgar H. Haug (*pro hac vice*)
Robert E. Colletti (*pro hac vice*)
Kaitlin M. Farrell (*pro hac vice*)
Brian E. Auricchio (*pro hac vice*)
Malorie Ruggeri (*pro hac vice*)
**HAUG PARTNERS LLP**
745 Fifth Avenue
New York, NY 10151
(212) 588-0800