**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:24-CV-00137-TMR-DCK**

CMT USA, INC. and CMT UTENSILI S.p.A.,

     Plaintiffs,

     v.

APEX TOOL GROUP LLC and APEX
BRANDS, INC.

     Defendants.

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR RECONSIDERATION**

Defendants Apex Tool Group LLC and Apex Brands, Inc. (collectively, "Defendants" or "Apex") respectfully submit this response to Plaintiffs' Motion for Reconsideration (Dkt. 376).

Apex believes the order and sequence of witnesses set by the Court is appropriate and fair to both sides, while being the most efficient considering both sides have proposed that the trial be finished within 5 days. CMT has been fully aware of the bases for Apex's genericness defense and thus in position to present evidence on that defense during its case-in-chief. Indeed, CMT deposed Apex witnesses at length on issues relating to genericness and thus could present deposition testimony from them on that issue during its case if it wanted to do so. If, however, the Court is inclined to modify the order of presentations and allow CMT to present rebuttal evidence solely on the issue of genericness, Apex proposes the following:

- CMT would still not be permitted to call Apex's live witnesses during CMT's case-in-chief, but rather would be allowed to cross-examine them during Apex's case-in-chief;

1

- During its rebuttal on genericness, CMT would only be permitted to re-call its own witnesses such that Apex's witnesses would not be subject to multiple examinations;[1] and

- Apex would then be allowed to cross-examine those witnesses.

DATED: June 17, 2026         **WOMBLE BOND DICKINSON (US) LLP**

By: /s/ *John F. Morrow, Jr.*
John F. Morrow, Jr.
Aaron D. Johnson
David A. Jackson
Joy Tacy Allen Woller
One West Fourth Street
Winston-Salem, NC 27101
(336) 721-3600
John.Morrow@wbd-us.com
Aaron.Johnson@wbd-us.com
David.Jackson@wbd-us.com
Joy.Woller@wbd-us.com


Attorneys for Defendants
*Apex Tool Group LLC and Apex Brands, Inc.*

---

[1] Notably, some of Apex's witnesses are not Apex employees, are not under subpoena, and are not planning to attend trial the entire week

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 17th day of June, 2026, the foregoing document was served via electronic means through CM/ECF on the following counsel of record:

Edward B. Davis (NC Bar ID 27546)
Joshua B. Durham (NC Bar ID 25414)
BELL, DAVIS & PITT
227 W. Trade St., Suite 1800
Charlotte, NC 28202
(704) 227-0400
ward.davis@belldavispitt.com
jdurham@belldavispitt.com

Edgar H. Haug (*pro hac vice*)
Robert E. Colletti (*pro hac vice*)
Malorie Ruggeri (*pro hac vice*)
Brian E. Auricchio (*pro hac vice*)

HAUG PARTNERS LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
ehaug@haugpartners.com
rcolletti@haugpartners.com
mruggeri@haugpartners.com
bauricchio@haugpartners.com

*Attorneys for Plaintiffs CMT USA, Inc.*
*and CMT Utensili S.p.A.*

/s/ *John F. Morrow, Jr.*

3