UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:24-cv-00137-TMR-DCK

| | |
|---|---|
| **CMT USA, INC. AND CMT UTENSILI S.P.A.,**<br><br>        Plaintiffs,<br><br>v.<br><br>**APEX TOOL GROUP LLC AND APEX BRANDS, INC.,**<br><br>        Defendants. | **ORDER** |

Timothy M. Reif, Judge, United States Court of International Trade:

Upon consideration of parties' joint proposed pretrial order (ECF No. 370)

and related papers, it is hereby

**ORDERED** that the joint proposed pretrial order is **GRANTED**; it is further

**ORDERED** that plaintiffs' motion for reconsideration (ECF No. 376) is

**GRANTED IN PART**; it is further

**ORDERED** that the presentation of evidence will proceed as follows:

1.     Plaintiffs will present their infringement case.

2.     Defendants will present their non-infringement and genericness case.

3.     Plaintiffs will be permitted to present rebuttal on genericness as

necessary, including through witnesses called previously during

plaintiffs' infringement case.  On rebuttal, plaintiffs may only re-call

their own live witnesses, which will be subject in turn to defendants'
cross-examination.

4.      Parties will each present their damages or no damages case, starting
with plaintiffs; and it is further

**ORDERED** that any evidentiary disputes raised in the pretrial order will be
resolved at trial.

The Clerk of Court is respectfully directed to close the open motion at ECF
No. 376.

**SO ORDERED.**


                                        /s/ Timothy M. Reif
                                        Timothy M. Reif, Judge
Dated: June 18, 2026                    United States Court of International Trade
       New York, New York               *Sitting by Designation*
                                        United States District Court for the
                                        Western District of North Carolina