UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:24-cv-00137-TMR-DCK

|  |  |
|---|---|
| **CMT USA, INC. AND CMT UTENSILI S.P.A.,** | |
| Plaintiffs, | |
| v. | **MEMORANDUM & ORDER** |
| **APEX TOOL GROUP LLC AND APEX BRANDS, INC.,** | |
| Defendants. | |

Timothy M. Reif, Judge, United States Court of International Trade:

Upon consideration of Defendants' Supplemental Brief to Exclude the Report and Opinions of Russell Winer Regarding Corrective/Remedial Advertising Damages ("Defs. Br."), ECF No. 379, the court continues to decline to exclude any part of Dr. Winer's damages calculation at this juncture.

Defendants argue that recent rulings of this Court "have resulted in the exclusion of the substantive allegations of harm or confusion that form the basis for Prof. Winer's corrective/remedial advertising theory, or evidence that is strikingly similar thereto." Defs. Br. at 1.

Federal Rule of Evidence 703 provides that an expert may rely on inadmissible evidence in forming an opinion "[i]f experts in the particular field would reasonably rely on those kinds of facts or data" and "if their probative value in helping the jury evaluate the opinion substantially outweighs their prejudicial

effect."  Defendants do not address these elements in their supplemental brief.  *See*
Defs. Br.  For that reason, defendants' objections continue to "go to the weight of the
report rather than to its admissibility and, therefore, do not constitute an adequate
basis for exclusion."  Sealed Op. & Order at 35, ECF No. 362.

That said, the court "recognize[s] the risk that a particular expert might
become nothing more than a transmitter of testimonial hearsay."  *United States v.*
*Johnson*, 587 F.3d 625, 635 (4th Cir. 2009).  Defendants may attack any perceived
hearsay at trial.

**SO ORDERED.**

/s/ Timothy M. Reif
Timothy M. Reif, Judge
Dated: June 18, 2026              United States Court of International Trade
        New York, New York        *Sitting by Designation*
                                  United States District Court for the
                                  Western District of North Carolina