CMT USA, INC. and CMT UTENSILI S.p.A.,

Plaintiffs,

v.

APEX TOOL GROUP LLC and APEX
BRANDS, INC.

Defendants.

**PLAINTIFFS' NOTICE OF
LODGING EXHIBITS IN SUPPORT
OF PLAINTIFFS' OFFERS OF
PROOF**

Pursuant to Federal Rule of Evidence 103(a)(2), Plaintiffs CMT USA, Inc. and CMT Utensili S.p.A. ("Plaintiffs" or "CMT") hereby submit the attached exhibits referenced in Plaintiffs' Offers of Proof for inclusion in the trial record. The exhibits are submitted solely to complete the record regarding the Court's evidentiary rulings and are not offered as admitted trial exhibits.

The attached materials consist of:

1. The excluded designated deposition testimony of Defendants' industry expert, Leslie Banduch, dated February 3, 2025;

2. Plaintiffs' excluded trial exhibit, PTX-076, an email from Dustin Melchiorri to Massimo Ricci, dated November 24, 2021 (Subject: "FW: Orange Blades in Lowes"), which relates to certain excluded testimony of Massimo Ricci, President of CMT USA, Inc.; and

3. The excluded Expert Sur-Rebuttal Report of David Franklyn in Response to Expert Rebuttal Report of Dr. Jeffery A. Stec from a separate litigation, dated November

1

26, 2024, marked as Plaintiffs' Exhibit 19 during the deposition of David Franklyn on March 13, 2025 (identified in Plaintiffs' Trial Exhibit List (Dkt. 370-5) as PTX-261).

Consistent with the Federal Rules of Evidence, Plaintiffs made Offers of Proof during trial regarding each aforementioned exhibit. *See* FED. R. EVID. 103(a)(2). *First*, Plaintiffs submitted an Offer of Proof regarding the exclusion of Mr. Banduch's testimony. R. Tr. II 1:19-2:6.[1] The excluded designated testimony from Mr. Banduch's deposition that Plaintiffs intended to play at trial, including Defendants' counter-designations, is attached hereto as **Exhibit A**. *Second*, Plaintiffs made an Offer of Proof concerning the exclusion of certain testimony of Massimo Ricci, President of CMT USA, Inc., as well as exhibit PTX-076. R. Tr. II 2:8-4:13. In support of Plaintiffs' Offer of Proof, PTX-076 is attached hereto as **Exhibit B**. *Finally*, Plaintiffs submitted an Offer of Proof regarding certain excluded material contained in the Expert Sur-Rebuttal Report of Professor David Franklyn from a separate litigation, dated November 26, 2024, which would have been used for impeachment and credibility purposes. R. Tr. IV 21:4-22.[2] Professor Franklyn's Expert Sur-Rebuttal Report is attached hereto as **Exhibit C**. The portions which would have been used for impeachment are highlighted and appear on pages 20 through 21.

---

[1] Rough Transcript of Trial Day II, June 23, 2026 ("R. Tr. II"). The parties have not yet received the final transcript of the Court's June 23, 2026 proceeding.

[2] Rough Transcript of Trial Day IV, June 25, 2026 ("R. Tr. IV"). The parties have not yet received the final transcript of the Court's June 25, 2026 proceeding.

Dated: July 1, 2026

Respectfully submitted,

/s/ Robert E. Colletti
Edgar H. Haug (*pro hac vice*)
Robert E. Colletti (*pro hac vice*)
Kaitlin M. Farrell (*pro hac vice*)
Brian E. Auricchio (*pro hac vice*)
Malorie Ruggeri (*pro hac vice*)
**HAUG PARTNERS LLP**
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
ehaug@haugpartners.com
rcolletti@haugpartners.com
kfarrell@haugpartners.com
bauricchio@haugpartners.com
mruggeri@haugpartners.com

Joshua B. Durham (NC Bar ID 25414)
Kevin Roak (NC Bar ID 57402)
**BELL, DAVIS & PITT**
227 W. Trade Street, Suite 1800
Charlotte, NC 28202
(704) 227-0400
jdurham@belldavispitt.com
kroak@ belldavispitt.com

*Attorneys for Plaintiffs*
*CMT USA, Inc. and CMT Utensili S.p.A.*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 1, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System.  Service of same on any counsel of record will be accomplished through the Court's electronic filing system in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).


/s/ Robert E. Colletti
Robert E. Colletti (*pro hac vice*)
**HAUG PARTNERS LLP**
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
rcolletti@haugpartners.com