**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:24-CV-00137-TMR-DCK**

|  |  |
|---|---|
| CMT USA, INC. and CMT UTENSILI S.p.A.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APEX TOOL GROUP LLC and APEX BRANDS, INC.<br><br>    Defendants. | **JOINT NOTICE OF LODGING ILLUSTRATIVE AIDS PURSUANT TO FEDERAL RULE OF EVIDENCE 107(C)** |

Pursuant to Federal Rule of Evidence 107(c), Plaintiffs CMT USA, Inc. and CMT Utensili S.p.A. (collectively, "Plaintiffs" or "CMT") and Defendants Apex Tool Group LLC and Apex Brands, Inc. (collectively, "Defendants" or "Apex") hereby jointly lodge the following illustrative aids that were displayed to the Court during the jury trial held on June 22, 2026 through June 25, 2026.

1.      PowerPoint slides used in connection with CMT's Opening Statement (PDX1), attached hereto as **Exhibit A**;

2.      PowerPoint slides used in connection with the direct examination of CMT's color science expert, Dr. David R. Wyble (PDX4), attached hereto as **Exhibit B**;

3.      PowerPoint slides used in connection with the direct examination of CMT's economics expert, Mr. Jon-Reid Henz (PDX5), attached hereto as **Exhibit C**;

4. PowerPoint slides used in connection with the direct examination of CMT's marketing and damages expert, Dr. Russell S. Winer (PDX6), attached hereto as **Exhibit D**;

5. PowerPoint slides used in connection with CMT's Closing Statement, attached hereto as **Exhibit E**;

6. PowerPoint slides used in connection with Apex's Opening Statement, attached hereto as **Exhibit F**;

7. PowerPoint slides used in connection with the direct examination of Apex's survey expert, Prof. David Franklyn, attached hereto as **Exhibit G**;

8. PowerPoint slides used in connection with the direct examination of Apex's damages expert, Ms. Krista F. Holt, attached hereto as **Exhibit H**; and

9. PowerPoint slides used in connection with Apex's Closing Statement, attached hereto as **Exhibit I**.

Dated: July 13, 2026

<table>
<tr><td>

**HAUG PARTNERS LLP**

s/ Robert E. Colletti
_____

Edgar H. Haug (*pro hac vice*)
Robert E. Colletti (*pro hac vice*)
Kaitlin M. Farrell (*pro hac vice*)
Brian E. Auricchio (*pro hac vice*)
Malorie Ruggeri (*pro hac vice*)
**HAUG PARTNERS LLP**
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
ehaug@haugpartners.com
rcolletti@haugpartners.com
kfarrell@haugpartners.com
bauricchio@haugpartners.com
mruggeri@haugpartners.com

-and-

Ward Davis (NC Bar ID 27546)
Joshua B. Durham (NC Bar ID 25414)
Kevin Roak (NC Bar ID 57402)
**BELL, DAVIS & PITT**
227 W. Trade Street, Suite 1800
Charlotte, NC 28202
(704) 227-0400
ward.davis@belldavispitt.com
jdurham@belldavispitt.com
kroak@belldavispitt.com

ATTORNEYS FOR PLAINTIFFS
CMT USA, INC. and CMT UTENSILI S.p.A.

</td><td>

**WOMBLE BOND DICKINSON (US) LLP**

s/ John F. Morrow, Jr.
_____

John F. Morrow, Jr
Aaron D. Johnson
David A. Jackson
Joy Tacy Allen Woller
**WOMBLE BOND DICKINSON (US) LLP**
One West Fourth Street
Winston-Salem, NC 27101 and
50 California Street, Suite 2750
San Francisco, California 94111
John.Morrow@wbd-us.com
Aaron.Johnson@wbd-us.com
David.Jackson@wbd-us.com
Joy.Woller@wbd-us.com

ATTORNEYS FOR DEFENDANTS
APEX TOOL GROUP LLC and APEX
BRANDS, INC.

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System.  Service of same on any counsel of record will be accomplished through the Court's electronic filing system in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

/s/ Robert E. Colletti
Robert E. Colletti (*pro hac vice*)
**HAUG PARTNERS LLP**
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
rcolletti@haugpartners.com