# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:24-CV-00137-TMR-DCK

CMT USA, INC. and CMT UTENSILI S.p.A.

v.

APEX TOOL GROUP LLC and APEX BRANDS, INC.

**CMT's Opening Statement**

Hon. Timothy M. Reif
June 22, 2026

# WHO IS CMT?

**Costruzioni Meccaniche Tommassini**



In **1962**, Osvaldo Tommassini opened a small woodworking workshop in downtown Pesaro, Italy, officially establishing CMT in **1964**, and using orange as his brand color from the start.



Marcello Tommassini
Current CEO of CMT

In **1982**, Osvaldo's sons, Stefano and Marcello Tommassini, joined the company. Marcello later became CEO in **2003**.




**CMT Headquarters**
Chiusa di Ginestreto, Italy, 1982

# MEET THE CMT TEAM



**Marcello Tommassini**
CEO of CMT
Utensili S.p.A.



**Lucia Spallacci**
Head HR & International
Trademark Manager




**Massimo Ricci**
President of CMT
USA, Inc.




**Matt Foley**
Regional Manager of
CMT USA, Inc.

# WHAT IS A TRADEMARK?

- A trademark can be any word, phrase, symbol, design—or color—that identifies and distinguishes a company's goods or services







- Trademarks are brand identifiers
- A trademark owner has the exclusive right to prevent others from using its mark
- Federal registration are issued by the United States Trademark and Patent Office (USPTO)
- A trade dress is a trademark

# THE SUPREME COURT HAS HELD THAT COLOR CAN BE A PROTECTED TRADEMARK

**"We conclude that, sometimes, a color will meet ordinary legal trademark requirements. And, when it does so, no special legal rule prevents color alone from serving as a trademark."**

*Qualitex Co. v. Jacobson Prods. Co.,* 514 U.S. 159, 161 (1995).

# COLOR TRADEMARKS ARE NOT UNCOMMON





















# CMT'S TRADEMARK REGISTRATION

**United States of America**

**United States Patent and Trademark Office**



**Reg. No. 3,038,625**

**Registered Jan. 10, 2006**

**Amended Aug. 30, 2022**

**Int. Cl.: 7**

**Trademark**

**Principal Register**

CMT UTENSILI S.P.A. (ITALY CORPORATION)
Via Della Meccanica
Chiusa Di Ginestreto
PESARO, ITALY 61122

CLASS 7: * Circular * blades for power saws for cutting wood

FIRST USE 4-1-1997; IN COMMERCE 4-1-1997

The mark consists of the color orange as applied to the goods. The drawing is lined for the color orange.

The mark is the color orange, which covers the surface of the power saw blade and the drawing is lined for color thereof. The portion of the drawing which appears in phantom lines is to show positioning of the mark and is not part of the mark.

SER. NO. 75-714,925, FILED P.R. 05-21-1999; AM. S.R. 07-24-2000

CLASS 7: * Circular * blades for power saws for cutting wood

FIRST USE 4-1-1997; IN COMMERCE 4-1-1997

The mark consists of the color orange as applied to the goods. The drawing is lined for the color orange.

The mark is the color orange, which covers the surface of the power saw blade and the drawing is lined for color thereof. The portion of the drawing which appears in phantom lines is to show positioning of the mark and is not part of the mark.




PTX-001; PTX-003; PTX-005





PDX1.7

# CMT'S TRADEMARKED ORANGE SAW BLADES



# BRANDS IN THE CIRCULAR SAW BLADE INDUSTRY USE COLOR TO IDENTIFY SOURCE






# ORANGE MEANS CMT

## SLOGANS

WHEN QUALITY MATTERS GO ORANGE

THE ORANGE IN ACTION

YOU'LL LOOK GOOD IN ORANGE

If it's CMT you are looking for, you want the orange one.

WE'RE LEADING THE WAY
CMT ORANGE TOOLS™
ORANGE YOU GLAD WE'RE HERE?

CMT™ the only ORANGE one

Proud To Be Orange!

## CATALOGS




## SOCIAL MEDIA

- CMT Orange Tools
- @cmt_orangetools
- @cmtorangetools
- CMT Orange Tools
- @cmtorangetools
- cmtorangetools.com



PTX-015; PTX-016; PTX-017; PTX-021; … 043; PTX-140



PDX1.10

# CMT INVESTS HEAVILY IN ITS ORANGE BRANDING

## TRADE SHOWS




## ADVERTISEMENTS




## WEBSITE & SOCIAL MEDIA POSTS




PTX-035; PTX-036; PTX-038; PTX-042; PTX-050; PTX-063

# CMT BRAND HISTORY




CMT launches its orange color saw blade

CMT adopts the name and logo:
**CMT Orange Tools**

CMT declaration of use and incontestability

1962 | 1997 | 1999 | 2004 | 2006 | 2011

CMT is formed
in **1962**




**May 21, 1999**
CMT files for US trademark registration for orange saw blade

The US Patent and Trademark Office grants CMT a federal trademark registration for use of the color orange on saw blades



United States of America
United States Patent and Trademark Office

Reg. No. 3,038,625
Registered Jan. 10, 2006
Amended Aug. 30, 2022
Int. Cl.: 7
Trademark
Principal Register

CMT UTENSILI S.P.A. (ITALY CORPORATION)
Via Della Meccanica
Chiusa Di Ginestreto
PESARO, ITALY 61122

CLASS 7: * Circular * blades for power saws for cutting wood

FIRST USE 4-1-1997; IN COMMERCE 4-1-1997

The mark consists of the color orange as applied to the goods. The drawing is lined for the color orange.

The mark is the color orange, which covers the surface of the power saw blade and the drawing is lined for color thereof. The portion of the drawing which appears in phantom lines is to show positioning of the mark and is not part of the mark.

SER. NO. 75-714,925, FILED P.R. 05-21-1999; AM. S.R. 07-24-2000

PTX-001; PTX-003; PTX-012; PTX-015; PTX-027

# CMT VIGOROUSLY ENFORCES ITS TRADEMARK RIGHTS



**Lucia Spallacci**
Head HR & International Trademark Manager

| | | |
|---|---|---|
| NUMBER OF CRESENT BLADES REPORTED | SELLERS REPORTED FOR INFRINGEMENT | AMAZON REVIEWED & <u>REMOVED</u> PRODUCTS |
| **8** | **23** | **100%** |
| NUMBER OF OTHER ORANGE BLADES REPORTED | SELLERS REPORTED FOR INFRINGEMENT | AMAZON REVIEWED & <u>REMOVED</u> PRODUCTS |
| **33** | **5** | **100%** |

PTX-093; PTX-094; PTX-095; PTX-096; PTX-097; PTX-098; PTX-099; PTX-101; PTX-102; PTX-103; PTX-104; PTX-105; PTX-106

# APEX TOOL GROUP & THE CRESCENT BRAND

- Cresent is owned by Apex Tool Group ("Apex")
- Apex is "one of the largest manufacturers of professional hand and power tools in the world"
- Apex generates approximately $1.3 billion in revenue per year
- Apex owns over 30 different hand and power tool brands and operates 20 manufacturing plants worldwide
- Apex itself is owned by private equity firms

CRESCENT




Accused Products

PTX-137; PTX-138

# APEX KNEW ABOUT CMT AND ITS TRADEMARK REGISTRATION BEFORE IT LAUNCHED ITS OWN ORANGE SAW BLADES




Apex gets trademark search report and sees CMTs trademark registration
**2018**

**2020**
Apex contacts CMT to see if CMT would supply saw blades to Apex

Apex launches orange saw blades into US market
**September 2021**

**November 2021**
CMT sends cease and desist letters to Apex but Apex refuses to stop selling orange blades

**May 2023**
Apex sells saw blades to Menards which was the largest distributor for CMT

CMT files its complaint
**August 2023**

**Late 2024**
Apex decides to discontinue its orange saw blade line but continues to sell off its inventory

Apex informs CMT for the first time that it discontinued its saw blade line
**May 22, 2026**

2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026

PTX-088; PTX-130; PTX-131; PTX-078; PTX-079; PTX-080; PTX-198; PTX-132; PTX-359; PTX-362; PTX-361




HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PTX-169.2 APEX00018576

# COLOR STRATEGY




"Move out of the crowded red space to something that is distinct and own-able."

# APEX DENIES THAT ITS BLADES ARE "A SHADE OF ORANGE"

**Request for Admission No. 183**

Admit that Rawhide Orange is a shade of orange.

**Response**

Apex objects to this Request on the grounds that "shade" has not been defined and is vague and ambiguous. Apex further objects to this Request on the grounds that "orange" is vague and ambiguous. Subject to its General and Specific Objections, Apex responds as follows:

Denied.










PTX-137; PTX-145; PTX-149; PTX-294

# CMT ALLEGES TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

- **There are four factors:**

☐ 1. CMT owns a valid mark;

☐ 2. Apex used the color orange (or an imitation of it) on circular blades for power saws for cutting wood in commerce without CMT's consent and without CMT's authorization;

☐ 3. Apex used the color orange (or an imitation of it) as applied to circular blades for power saws for cutting wood in connection with the sale, the offering for sale, distribution, or advertising of such goods; and

☐ 4. Apex's use of the color orange on circular blades for power saws for cutting wood is likely to confuse consumers as to the source, affiliation, connection, or sponsorship of such goods.

# THE CENTRAL INQUIRY IS ARE CONSUMERS LIKELY TO BE CONFUSED

- **The following 9 factors are evaluated to assess likelihood of confusion:**

***No single factor is conclusive, and every factor need not support CMT**

1. **the strength or distinctiveness of plaintiff's mark;**
   *Orange means CMT*
2. **similarity of the marks;**
   *Both parties use orange base coats*
3. **similarity of the goods;**
   *Both parties sell circular saw blades for cutting wood*
4. **similarity of channels of trade;**
   *The parties sell in the same or similar retail and e-commerce outlets*
5. **similarity of advertising;**
   *The parties advertise via tradeshows, product catalogs, online, and social media*
6. **the defendant's intent;**
   *Apex knew about CMT's trademark*
7. **actual confusion;**
   *There is evidence of actual confusion*
8. **quality of goods (if relevant);**
   *The parties' goods are of similar quality*
9. **sophistication of the consuming public;**
   *Ordinary consumers purchase saw blades*

# CMT'S TRADEMARK IS NOT GENERIC

- Apex alleges that CMT's incontestable trademark, registered with the USPTO, should be canceled as generic

- A trademark is generic when it no longer identifies the source of a product or service.  For example, a trademark may become generic if adopted by the public as the common name or common look for the product.

ASPIRIN




THERMOS




- To cancel CMT's registration because the trademark has become generic, Apex must show that CMT's Registered Trade Dress is understood by the relevant public to refer primarily to circular blades for power saws for cutting wood, from the viewpoint of the relevant public in order for Apex to carry its burden.

# CMT IS ENTITLED TO RELIEF IF YOU FIND APEX HAS INFRINGED ITS VALID TRADEMARK

| CATEGORY |
|---|
| Lost Profits |
| Remedial Advertising |