# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| CMT Utensili S.p.A. CMT USA, Inc.**,** | **)** | JUDGMENT IN CASE |
| | **)** | |
| Plaintiff(s), | **)** | 3:24-cv-00137-TMR-DCK |
| | **)** | |
| vs. | **)** | |
| | **)** | |
| Apex Brands, Inc. Apex Tool Group LLC**,** Defendant(s). | **)** **)** | |

 DECISION BY COURT. This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the jury's verdict June 25, 2026

July 15, 2026

Katherine Hord Simon, Clerk
United States District Court