UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-CV-00137-TMR-DCK

CMT USA, INC. and CMT UTENSILI S.P.A.,

      Plaintiffs,

v.

APEX TOOL GROUP LLC and APEX
BRANDS, INC.,

      Defendants.

**[PROPOSED] ORDER ON
DEFENDANTS' MOTION FOR
AWARD OF REASONABLE
ATTORNEYS' FEES AND COSTS**

Upon consideration of Defendants' Motion for Award of Reasonable Attorneys' Fees and Costs it appears that good cause has been shown for the motion.

IT IS THEREFORE ORDERED that Defendants' Motion for Award of Reasonable Attorneys' Fees is GRANTED. Defendants are awarded attorneys' fees and costs in the total amount of $_____.

This the ___ day of _____, 2026.

_____