FILED: August 18, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2125
(3:24-cv-00137-TMR-DCK)

---

CMT USA, INC.; CMT UTENSILI S.P.A.

Plaintiffs - Appellants

v.

APEX TOOL GROUP LLC; APEX BRANDS, INC.

Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:24-cv-00137-TMR-DCK |
| Date notice of appeal filed in originating court: | 08/13/2026 |
| Appellants | CMT USA, Inc., CMT Utensili S.p.A. |
| Appellate Case Number | 26-2125 |
| Case Manager | J. Neal<br>804-916-2702 |