FILED: September 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2125 (L)
(3:24-cv-00137-TMR-DCK)

---

CMT USA, INC.; CMT UTENSILI S.P.A.

Plaintiffs - Appellants

v.

APEX TOOL GROUP LLC; APEX BRANDS, INC.

Defendants - Appellees

---

No. 26-2219
(3:24-cv-00137-TMR-DCK)

---

CMT USA, INC.; CMT UTENSILI S.P.A.

Plaintiffs - Appellees

v.

APEX TOOL GROUP LLC; APEX BRANDS, INC.

Defendants - Appellants

---

O R D E R

---

The court consolidates Case No. 26-2125 and Case No. 26-2219 as cross-appeals. The appellant in Case No. 26-2125 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk